# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GORDMANS STORES, INC., *et al.*,[1] | ) ) | Case No. 17-80304 (TLS) |
| Debtors. | ) ) ) | (Jointly Administered) |

### DEBTORS' LIST OF EXHIBITS IN SUPPORT OF DEBTORS' MOTION TO (I) ESTABLISH BIDDING PROCEDURES AND (II) APPROVE THE BID PROTECTIONS RELATED TO THE DISPOSITION OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS

Pursuant to Neb. R. Bankr. P. 9017-1. and Appendix J thereto, Gordmans Stores, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") intend to offer the Exhibits and oral testimony detailed below in support of the *Debtors' Motion to (I) Establish Bidding Procedures and (II) Approve the Bid Protections Related to the Disposition of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Interests* [Docket No. 24] at the hearing scheduled to hear and consider the relief requested thereby on Monday, March 20, 2017 at 1:00 p.m. CDT.

| **Docket Number** | **Description** |
|---|---|
| 14 | Declaration of James B. Brown in Support of First Day Motions |
| 24 | Stalking Horse Agency Agreement (attached as Exhibit C to Debtors' Motion to (I) Establish Bidding Procedures and (II) Approve the Bid Protections Related to the Disposition of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Interests) |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, include: Gordmans Stores, Inc. (1987); Gordmans, Inc. (1211); Gordmans Management Company, Inc. (5281); Gordmans Distribution Company, Inc. (5421); Gordmans Intermediate Holdings Corp. (9938); and Gordmans LLC (1987). The location of the debtors' service address is: 1926 South 67th Street, Omaha, Nebraska, 68106.

4840-2638-2149. 1

| | |
|---|---|
| 88 | Declaration of Edward Mielke in Support of Debtors' Motion to (I) Establish Bidding Procedures and (II) Approve the Bid Protections Related to the Disposition of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Interests |
| 104 | Debtors' Notice of Intent to Present Oral Testimony in Support of Debtors' Motion to (I) Establish Bidding Procedures and (II) Approve the Bid Protections Related to the Disposition of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Interests |
| 117 | Cost to Move Sale Commencement Date from March 31 to April 7 |

Respectfully submitted,

Dated:  March 17, 2017

*/s/ Lisa M. Peters*
Lisa M. Peters (Nebraska Bar No. 24546)
Jeffrey T. Wegner (Nebraska Bar No. 18265)
**KUTAK ROCK LLP**
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102
Telephone:     (402) 231-8814
Facsimile:       (402) 346-1148

and-

Patrick J. Nash, Jr., P.C. (*pro hac vice*)
Brad Weiland (*pro hac vice*)
Jamie R. Netznik (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:       (312) 862-2200

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

4840-2638-2149. 1