**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GORDMANS STORES, INC., et al., [1] | ) | Case No. 17-80304 (TLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## Introduction

Gordmans Stores, Inc.; Gordmans, Inc.; Gordmans Management Company, Inc.; Gordmans Distribution Company, Inc.; Gordmans Intermediate Holdings Corp. and Gordmans LLC (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Nebraska (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publically filed or otherwise). Additionally, the Schedules and

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, include: Gordmans Stores, Inc. (1987); Gordmans, Inc. (1211); Gordmans Management Company, Inc. (5281); Gordmans Distribution Company, Inc. (5421); Gordmans Intermediate Holdings Corp. (9993); and Gordmans LLC (1987). The location of the debtors' service address is: 1926 South 67th Street, Omaha, Nebraska 68106.

Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## <u>Global Notes and Overview of Methodology</u>

1.  **<u>Reservation of Rights</u>**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the

Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

A listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2.  **Description of Cases and "as of" Information Date**.  On March 13, 2017 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On March 13, 2017, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 20].

    **The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on February 28, 2017, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on February 28, 2017.**

3.  **Net Book Value of Assets**.   It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the close of business on February 28, 2017, in the Debtors' books and records.  Additionally, because the book values of certain assets, such as patents, trademarks, and copyrights, may materially differ from their fair market values, they may be listed

as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4.    **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5.    **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6.    **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a post-petition basis. However, only prepetition liabilities related to ordinary course wages and compensation that have been paid post-petition have been excluded from the Schedules.

7. **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 10% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors). Correct Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8. **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in Schedule A/B Part 9, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

10. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

11. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the

Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to setoff of such Claims.

12.     **Claims Description**.  Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

13.     **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

14.     **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

        a.      Undetermined Amounts.   The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

        b.      Totals.  All totals that are included in the Schedules and Statements represent totals of all known amounts.   To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

       c.     <u>Liens</u>.   Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15.    **Estimates and Assumptions**.  Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual amounts could differ from those estimates, perhaps materially.

16.    **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17.    **Intercompany.**  The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

18.    **Setoffs**.  The Debtors incur certain offsets and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

19.    **Global Notes Control**.  If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

<u>**Specific Disclosures with Respect to the Debtors' Schedules**</u>

**Schedule A/B**.  All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the close of business on February 28, 2017, unless otherwise noted below.  Other than real property leases reported on Schedule A/B Part 9, the Debtors have not included leases and contracts on Schedule A/B.  Leases and contracts are listed on Schedule G.

**Schedule A/B 3**.  Cash values held in financial accounts are listed on Schedule A/B 3 as of the close of business on March 12, 2017.  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion*

*for Authority to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Intercompany Transactions* [Docket No. 5 ] (the "**Cash Management Motion**").

**Schedules A/B  15**.  Ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

**Schedule A/B 55**.  The Debtors do not own any real property.  The Debtors have listed their real property leases in Schedule A/B 55. The Debtors' leasehold interests/improvements appear on Schedule A/B 50 as opposed to Schedule A/B 55.

**Schedule A/B 74 & 75**.  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or potential warranty Claims against their vendors.  Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are potentially unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule AB 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule A/B 77**. Private Label Card is the Debtors' credit card program and the Debtors recognize sales charged to the credit card at the point of sale and the record a receivable for charges made to the card. Further, the Debtors' accounts receivable is primarily consisting of non-trade accounts receivable. Accounts receivable do not include intercompany receivables.   Landlord receivable consists of the landlord's reimbursement for structural improvements and/or non-structural improvements.

**Schedule D**.  The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, not all such dates are included.  All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.   Except as specifically stated on Schedule D, real property lessors, utility companies, and other

parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E//F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

In the ordinary course of business, the Debtors sells gift cards or provides refunds in the form of gift card, which are redeemable at any location without expiration and are accounted as a liability and booked to revenue when the gift card is used. The current balance for outstanding gift card is $3,365,988.55. However, the

Debtors do not maintain gift card holder information on a creditor level and, as such, Claims of holders of gift cards are not included in Schedule E/F part 2.

In the ordinary course of business the Debtors operate a loyalty program, gRewards, and under the program, loyalty guests earn points toward reward certificates for a discount on future purchases.   There are approximately 5.0 million guests participating in the loyalty program.   However, the Debtors do not maintain loyalty guests information on a creditor level and, as such, Claims of holders of gRewards are not included in Schedule E/F part 2.

**Schedule G**.  Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts.   Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease was in effect on the Petition Date or is valid or enforceable.   Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.   Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry.  In some cases, the same supplier or provider appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.   The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable, or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such agreements may not be set forth on Schedule G.  Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**.  For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H.  The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation.   These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties.   Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H.  Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

### Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**.  Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals) (these are included in both places).  The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.  All disbursements listed on Statement 3 are made through the Debtors' consolidated cash management system maintained by Gordmans, Inc. and listed for that Debtor.

**Statement  4**.   Statement 4 accounts for a respective Debtor's intercompany transactions (these are only accounting balancing entries and no actual payments – we have not listed the purely accounting entries), as well as other transfers to insiders as applicable.  With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance.  Amounts paid on behalf of such employee for certain life and disability coverage has not been included.

The Debtors have included all consulting and payroll distributions and aggregate travel, entertainment, and other expense reimbursements, aggregated by date, made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider."

**Statement 7**.    Information provided in Statement 7 may not include every administrative agency proceeding open or closed during the relevant time period, as certain agency proceedings are quickly dismissed or settled for a nominal sum. Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**.    The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.   The losses listed on Statement 10 are based on the estimated amounts currently owed and are not intended to be an admission of the amounts owed.

**Statement 11**.    Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11.  However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services and may include services rendered to other parties.

**Statement 26d.**    Certain of the Debtors are registrants with the Securities and Exchange Commission and file with such agency periodic financial reports on a consolidated basis. These reports also contain information about those Debtors' finances and are available publically through the Company's website. The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date.  Considering the number of such recipients, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.

**Statement 30**.    Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.#

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Gordmans Stores, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA |
| Case number (if known) | 17-80304 |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| |

1b. **Total personal property:**
Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| $136,762,344.57 |

1c. **Total of all property:**
Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| $136,762,344.57 |

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| |
|---|
| $56,831,825.79 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| UNKNOWN |

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .

| + |
|---|
| UNKNOWN |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Lines 2 + 3a + 3b

| |
|---|
| $56,831,825.79 |

| Fill in this information to identify the case: |
|---|
| Debtor    Gordmans Stores, Inc. |
| United States Bankruptcy Court for the:  DISTRICT OF NEBRASKA |
| Case number    17-80304<br>(if known) |

☐ Check if this is an
    amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    CASH AND CASH EQUIVALENTS

**1.    DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.    CASH ON HAND**

|  | $916,000.00 |
|---|---|

**3.    CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
    *(IDENTIFY ALL)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   BANK OF THE OZARKS | DEPOSITORY | 0012 | $33,754.65 |
| 3.2.   BANK OF THE OZARKS | DEPOSITORY | 2152 | $18,483.04 |
| 3.3.   BUSEY BANK | DEPOSITORY | 1967 | $23,676.65 |
| 3.4.   BUSEY BANK | DEPOSITORY | 4349 | $25,725.84 |
| 3.5.   BUSEY BANK | DEPOSITORY | 8514 | $30,788.39 |
| 3.6.   BUSEY BANK | DEPOSITORY | 8863 | $31,669.94 |
| 3.7.   SOUTHSIDE BANK | DEPOSITORY | 3607 | $18,820.70 |

**4.    OTHER CASH EQUIVALENTS**

**5    Total of Part 1.**
    ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE
    TOTAL TO LINE 80.

| $1,098,919.21 |
|---|

### Part 2:    DEPOSITS AND PREPAYMENTS

**6.    DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.    DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

| | Current value of debtor's interest |
|---|---|

**7.   DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | |
|---|---|---|
| 7.1. | CARROLL ELECTRIC - UTILITY DEPOSIT | $5,000.00 |
| 7.2. | CENTRAL ARKANSAS - UTILITY DEPOSIT | $150.00 |
| 7.3. | CITY OF CORALVILLE - UTILITY DEPOSIT | $900.00 |
| 7.4. | CITY OF NAPERVILLE (STORE 40) - UTILITY DEPOSIT | $3,100.00 |
| 7.5. | CITY OF NAPERVILLE (STORE 44) - UTILITY DEPOSIT | $570.00 |
| 7.6. | CITY OF SOUTHAVEN - UTILITY DEPOSIT | $101.00 |
| 7.7. | CITY OF WYOMNG - UTILITY DEPOSIT | $150.00 |
| 7.8. | COLUMBIA GAS OF OHIO - UTILITY DEPOSIT | $295.00 |
| 7.9. | CONNEXUS ENERGY - UTILITY DEPOSIT | $7,400.00 |
| 7.10. | DOMINION EAST - UTILITY DEPOSIT | $65.27 |
| 7.11. | EAST PEORIA WATER AND SEWER - WATER/SEWER DEPOSIT | $100.00 |
| 7.12. | EMC - INSURANCE | $92,000.00 |
| 7.13. | ENTERGY - UTILITY DEPOSIT | $8,115.00 |
| 7.14. | KU UTILITIES DEPOSIT - UTILITY DEPOSIT | $9,000.00 |
| 7.15. | NIPSCO UTILITY - UTILITY DEPOSIT | $5,000.00 |
| 7.16. | PEPSICO - PEPSI DEPOSIT | $20,000.00 |
| 7.17. | PNM/ PUBLIC SERVICE CO OF NEW MEXICO | $2,400.00 |
| 7.18. | SEARS & ROEBUCK - RENT DEPOSIT | $49,253.76 |
| 7.19. | SENTRY - INSURANCE | $170,442.17 |
| 7.20. | VECTREN ENERGY - UTILITY DEPOSIT | $104.20 |
| 7.21. | WATERLOO WATER WORKS - UTILITY DEPOSIT | $30.00 |

**8.   PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.1. | 2016 RETAX REC JAN-JUN 17 - PREPAID REAL ESTAT | $50,309.56 |
| 8.2. | ABETECH SRVCE59958 - 3 YEAR ZEBRA ONECARE COMP SERVICE | $1,853.76 |
| 8.3. | AIM 884122943 - CAREERLINE ANNUAL SUBSCRITION | $8,943.30 |
| 8.4. | ANSIRA - ADVERTISING | $191.94 |
| 8.5. | BLUE SPRINGS MARKETING FUND - MARKETING FUND | $1,375.00 |
| 8.6. | CULLINAN PROPERTIES - ANNUAL PYLON SIGN RENTAL | $500.00 |
| 8.7. | DEMANDWARE SI-389999 - DYNAMIC IMAGING ANNUAL FEE | $2,083.31 |
| 8.8. | DEVITO VERDI - ADVERTISING | $70,000.00 |
| 8.9. | DEVITO VERDI - ADVERTISING | $70,000.00 |
| 8.10. | DEVITO VERDI - ADVERTISING | $51,625.00 |
| 8.11. | FIFTH THIRD BANK  - PREPAID GIFT CARDS | $34,988.77 |
| 8.12. | HV REAL ESTATE 179-1ST QTR 2017 - ADDITIONAL RENT COVERAGE TO COVER EXPENSES | $2,915.18 |
| 8.13. | ISS 39195 - SOFT TAGS | $95,625.00 |
| 8.14. | ISS INV31984 - SOFT TAGS | $4,943.13 |
| 8.15. | JP MORGAN CHASE CORP TRVL-2/25 - AIRFARE | $3,103.92 |
| 8.16. | KONE 949479091 - MAINTENANCE COVERAGE | $225.52 |
| 8.17. | LAVI - QTRAC CF SERVICE CONTRACT | $21,142.06 |
| 8.18. | LYONS CONSULTING-15440 - DEMANDWARE SUPPORT FEES | $19,700.00 |
| 8.19. | ONIX NETWORKING 161610 - GOOGLE MAPS PLAN 12 MONTHS | $2,500.03 |
| 8.20. | SELLIGENT INC - ADVERTISING | $100,000.00 |
| 8.21. | SHADOW LAKE TOWN CENTER - MARKETING FUND | $750.00 |
| 8.22. | TAGGA MEDIA - ADVERTISING | $6,000.00 |

| **9** | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $922,951.88 |
|---|---|---|

---

**Part 3:   ACCOUNTS RECEIVABLE**

**10.   DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

|  | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| **11. ACCOUNTS RECEIVABLE** | | | | | |
| **12** **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | | | | | |

**Part 4:   INVESTMENTS**

**13.   DOES THE DEBTOR OWN ANY INVESTMENTS?**
  ☐ No. Go to Part 5.
  ☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.   MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**<br>NAME OF FUND OR STOCK: | | |

**15.   NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | % of ownership | |
|---|---|---|
| 15.1.    GORDMANS INTERMEDIATE HOLDING CORP. | 100% | UNKNOWN |

**16.   GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**
  DESCRIBE:

| **17**   **Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | UNKNOWN |
|---|---|---|

**Part 5:   INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18.   DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
  ☐ No. Go to Part 6.
  ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.   RAW MATERIALS** | | | | |
| **20.   WORK IN PROGRESS** | | | | |
| **21.   FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1.    INVENTORY OBSOLENCE RESERVE | | ($1,704,000.00) | | ($1,704,000.00) |
| 21.2.    STORE INVENTORY 0002 DAVENPORT, IA | 1/3/2017 | $842,727.00 | LOWER OF AVERAGE COST OR MARKET | $842,727.00 |
| 21.3.    STORE INVENTORY 0003 MOLINE, IL | 1/13/2017 | $621,813.95 | LOWER OF AVERAGE COST OR MARKET | $621,813.95 |
| 21.4.    STORE INVENTORY 0004 CHAMPAIGN, IL | 7/14/2016 | $691,621.46 | LOWER OF AVERAGE COST OR MARKET | $691,621.46 |
| 21.5.    STORE INVENTORY 0005 FARGO, ND | 1/6/2017 | $1,072,262.44 | LOWER OF AVERAGE COST OR MARKET | $1,072,262.44 |

Debtor _____
(Name)

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.6. STORE INVENTORY 0006 GRAND FORKS, ND | 1/5/2017 | $955,275.18 | LOWER OF AVERAGE COST OR MARKET | $955,275.18 |
| 21.7. STORE INVENTORY 0007 LAKESIDE, NE | 7/17/2016 | $916,683.22 | LOWER OF AVERAGE COST OR MARKET | $916,683.22 |
| 21.8. STORE INVENTORY 0008 SPRINGFIELD, IL | 1/10/2017 | $918,420.76 | LOWER OF AVERAGE COST OR MARKET | $918,420.76 |
| 21.9. STORE INVENTORY 0009 FENTON, MO | 1/12/2017 | $822,427.77 | LOWER OF AVERAGE COST OR MARKET | $822,427.77 |
| 21.10. STORE INVENTORY 0010 WESTMINSTER, CO | 7/13/2016 | $635,942.13 | LOWER OF AVERAGE COST OR MARKET | $635,942.13 |
| 21.11. STORE INVENTORY 0011 CENTRAL OKLAHOMA CITY | 1/12/2017 | $491,169.69 | LOWER OF AVERAGE COST OR MARKET | $491,169.69 |
| 21.12. STORE INVENTORY 0012 NORTH OKLAHOMA CITY | 1/10/2017 | $559,077.59 | LOWER OF AVERAGE COST OR MARKET | $559,077.59 |
| 21.13. STORE INVENTORY 0014 APPLETON, WI | 1/4/2017 | $569,912.17 | LOWER OF AVERAGE COST OR MARKET | $569,912.17 |
| 21.14. STORE INVENTORY 0015 GRAND CHUTE, WI | 1/5/2017 | $717,689.46 | LOWER OF AVERAGE COST OR MARKET | $717,689.46 |
| 21.15. STORE INVENTORY 0016 MOORE, OK | 1/11/2017 | $590,733.24 | LOWER OF AVERAGE COST OR MARKET | $590,733.24 |
| 21.16. STORE INVENTORY 0017 LITTLE ROCK, AR | 7/17/2016 | $621,500.23 | LOWER OF AVERAGE COST OR MARKET | $621,500.23 |
| 21.17. STORE INVENTORY 0018 MADISON, WI | 7/18/2016 | $801,892.69 | LOWER OF AVERAGE COST OR MARKET | $801,892.69 |
| 21.18. STORE INVENTORY 0019 SOUTH DES MOINES, IA | 1/6/2017 | $658,195.47 | LOWER OF AVERAGE COST OR MARKET | $658,195.47 |
| 21.19. STORE INVENTORY 0020 BELLEVUE, NE | 1/8/2017 | $577,663.27 | LOWER OF AVERAGE COST OR MARKET | $577,663.27 |
| 21.20. STORE INVENTORY 0021 EAST DES MOINES, IA | 1/4/2017 | $625,272.15 | LOWER OF AVERAGE COST OR MARKET | $625,272.15 |
| 21.21. STORE INVENTORY 0022 GRAND ISLAND, NE | 1/5/2017 | $789,582.70 | LOWER OF AVERAGE COST OR MARKET | $789,582.70 |
| 21.22. STORE INVENTORY 0023 WATERLOO, IA | 7/18/2016 | $730,928.79 | LOWER OF AVERAGE COST OR MARKET | $730,928.79 |
| 21.23. STORE INVENTORY 0024 PAPILLION, NE | 1/10/2017 | $725,286.39 | LOWER OF AVERAGE COST OR MARKET | $725,286.39 |
| 21.24. STORE INVENTORY 0025 CHESTERFIELD, MO | 1/9/2017 | $512,164.75 | LOWER OF AVERAGE COST OR MARKET | $512,164.75 |
| 21.25. STORE INVENTORY 0026 LENEXA, KS | 7/21/2016 | $852,142.48 | LOWER OF AVERAGE COST OR MARKET | $852,142.48 |
| 21.26. STORE INVENTORY 0027 FAIRVIEW HEIGHTS, IL | 1/11/2017 | $1,030,763.83 | LOWER OF AVERAGE COST OR MARKET | $1,030,763.83 |
| 21.27. STORE INVENTORY 0028 EAST WICHITA, KS | 7/17/2016 | $868,181.22 | LOWER OF AVERAGE COST OR MARKET | $868,181.22 |
| 21.28. STORE INVENTORY 0029 TOPEKA, KS | 1/8/2017 | $839,184.14 | LOWER OF AVERAGE COST OR MARKET | $839,184.14 |
| 21.29. STORE INVENTORY 0030 EAST TULSA, OK | 7/10/2016 | $707,997.88 | LOWER OF AVERAGE COST OR MARKET | $707,997.88 |
| 21.30. STORE INVENTORY 0031 NORTH TULSA, OK | 7/9/2016 | $636,550.74 | LOWER OF AVERAGE COST OR MARKET | $636,550.74 |
| 21.31. STORE INVENTORY 0032 SPRINGFIELD, MO | 1/11/2017 | $1,165,159.65 | LOWER OF AVERAGE COST OR MARKET | $1,165,159.65 |
| 21.32. STORE INVENTORY 0033 NORTHWEST OMAHA, NE | 7/13/2016 | $99,254.05 | LOWER OF AVERAGE COST OR MARKET | $99,254.05 |
| 21.33. STORE INVENTORY 0035 LAKEWOOD, CO | 7/11/2016 | $532,048.95 | LOWER OF AVERAGE COST OR MARKET | $532,048.95 |
| 21.34. STORE INVENTORY 0036 SIOUX CITY, IA | 1/9/2017 | $1,112,896.10 | LOWER OF AVERAGE COST OR MARKET | $1,112,896.10 |
| 21.35. STORE INVENTORY 0037 VERNON HILLS, IL | 1/12/2017 | $465,152.18 | LOWER OF AVERAGE COST OR MARKET | $465,152.18 |
| 21.36. STORE INVENTORY 0038 FARMINGTON, UT | 1/4/2017 | $581,025.08 | LOWER OF AVERAGE COST OR MARKET | $581,025.08 |
| 21.37. STORE INVENTORY 0039 ST. JOSEPH, MO | 7/10/2016 | $784,763.03 | LOWER OF AVERAGE COST OR MARKET | $784,763.03 |
| 21.38. STORE INVENTORY 0040 NAPERVILLE, IL | 1/5/2017 | $441,333.66 | LOWER OF AVERAGE COST OR MARKET | $441,333.66 |
| 21.39. STORE INVENTORY 0041 THORNTON, CO | 7/14/2016 | $818,078.07 | LOWER OF AVERAGE COST OR MARKET | $818,078.07 |
| 21.40. STORE INVENTORY 0042 FREMONT, NE | 1/6/2017 | $573,585.65 | LOWER OF AVERAGE COST OR MARKET | $573,585.65 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21.** | **FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | |
| 21.41. STORE INVENTORY 0043 SIOUX FALLS, SD | 1/12/2017 | $1,256,669.78 | LOWER OF AVERAGE COST OR MARKET | $1,256,669.78 |
| 21.42. STORE INVENTORY 0044 LINCOLN, NE | 1/13/2017 | $966,091.98 | LOWER OF AVERAGE COST OR MARKET | $966,091.98 |
| 21.43. STORE INVENTORY 0045 WESTERN DES MOINES, IA | 1/5/2017 | $1,216,331.11 | LOWER OF AVERAGE COST OR MARKET | $1,216,331.11 |
| 21.44. STORE INVENTORY 0046 BLUE SPRINGS, MO | 1/9/2017 | $686,278.38 | LOWER OF AVERAGE COST OR MARKET | $686,278.38 |
| 21.45. STORE INVENTORY 0047 INDEPENDENCE, MO | 7/15/2016 | $924,519.19 | LOWER OF AVERAGE COST OR MARKET | $924,519.19 |
| 21.46. STORE INVENTORY 0048 NORTHEAST KANSAS CITY | 7/17/2016 | $974,566.18 | LOWER OF AVERAGE COST OR MARKET | $974,566.18 |
| 21.47. STORE INVENTORY 0049 ST. CHARLES, MO | 1/4/2017 | $832,762.93 | LOWER OF AVERAGE COST OR MARKET | $832,762.93 |
| 21.48. STORE INVENTORY 0059 NAMPA, ID | 1/5/2017 | $622,307.16 | LOWER OF AVERAGE COST OR MARKET | $622,307.16 |
| 21.49. STORE INVENTORY 0060 COLORADO SPRINGS SOUTH | 7/15/2016 | $849,254.91 | LOWER OF AVERAGE COST OR MARKET | $849,254.91 |
| 21.50. STORE INVENTORY 0061 ECOMMERCE | 2/2/2017 | $1,048,748.05 | LOWER OF AVERAGE COST OR MARKET | $1,048,748.05 |
| 21.51. STORE INVENTORY 0063 O FALLON, MO | 1/8/2017 | $700,107.50 | LOWER OF AVERAGE COST OR MARKET | $700,107.50 |
| 21.52. STORE INVENTORY 0064 STATELINE, MO | 7/22/2016 | $596,723.69 | LOWER OF AVERAGE COST OR MARKET | $596,723.69 |
| 21.53. STORE INVENTORY 0065 WAUSAU, WI | 1/6/2017 | $751,346.23 | LOWER OF AVERAGE COST OR MARKET | $751,346.23 |
| 21.54. STORE INVENTORY 0066 MANKATO, MN | 1/10/2017 | $733,870.91 | LOWER OF AVERAGE COST OR MARKET | $733,870.91 |
| 21.55. STORE INVENTORY 0067 EVANSVILLE, IN | 7/10/2016 | $830,883.13 | LOWER OF AVERAGE COST OR MARKET | $830,883.13 |
| 21.56. STORE INVENTORY 0068 NORMAL, IL | 7/15/2016 | $711,625.66 | LOWER OF AVERAGE COST OR MARKET | $711,625.66 |
| 21.57. STORE INVENTORY 0069 ROCKFORD, IL | 1/4/2017 | $666,136.11 | LOWER OF AVERAGE COST OR MARKET | $666,136.11 |
| 21.58. STORE INVENTORY 0070 MACHESNEY PARK, IL | 1/3/2017 | $536,440.72 | LOWER OF AVERAGE COST OR MARKET | $536,440.72 |
| 21.59. STORE INVENTORY 0071 PEORIA, IL | 1/11/2017 | $726,622.66 | LOWER OF AVERAGE COST OR MARKET | $726,622.66 |
| 21.60. STORE INVENTORY 0072 CEDAR RAPIDS, IA | 7/17/2016 | $845,560.86 | LOWER OF AVERAGE COST OR MARKET | $845,560.86 |
| 21.61. STORE INVENTORY 0073 SOUTHAVEN, MS | 1/11/2017 | $607,345.55 | LOWER OF AVERAGE COST OR MARKET | $607,345.55 |
| 21.62. STORE INVENTORY 0074 CORDOVA, TN | 1/12/2017 | $449,443.54 | LOWER OF AVERAGE COST OR MARKET | $449,443.54 |
| 21.63. STORE INVENTORY 0076 LAFAYETTE, IN | 7/10/2016 | $851,693.22 | LOWER OF AVERAGE COST OR MARKET | $851,693.22 |
| 21.64. STORE INVENTORY 0078 SOUTH LEXINGTON, KY | 1/11/2017 | $527,925.75 | LOWER OF AVERAGE COST OR MARKET | $527,925.75 |
| 21.65. STORE INVENTORY 0079 ROGERS, AR | 1/7/2017 | $707,479.86 | LOWER OF AVERAGE COST OR MARKET | $707,479.86 |
| 21.66. STORE INVENTORY 0080 CORALVILLE, IA | 1/12/2017 | $712,730.70 | LOWER OF AVERAGE COST OR MARKET | $712,730.70 |
| 21.67. STORE INVENTORY 0081 WICHITA, KS | 7/10/2016 | $738,302.87 | LOWER OF AVERAGE COST OR MARKET | $738,302.87 |
| 21.68. STORE INVENTORY 0082 COUNCIL BLUFFS, IA | 7/10/2016 | $791,821.94 | LOWER OF AVERAGE COST OR MARKET | $791,821.94 |
| 21.69. STORE INVENTORY 0083 FT. WAYNE, IN | 1/4/2017 | $831,545.96 | LOWER OF AVERAGE COST OR MARKET | $831,545.96 |
| 21.70. STORE INVENTORY 0084 MISHAWAKA, IN | 1/6/2017 | $702,203.61 | LOWER OF AVERAGE COST OR MARKET | $702,203.61 |
| 21.71. STORE INVENTORY 0085 RAPID CITY, SD | 1/3/2017 | $1,017,359.84 | LOWER OF AVERAGE COST OR MARKET | $1,017,359.84 |
| 21.72. STORE INVENTORY 0086 BURNSVILLE, MN | 7/21/2016 | $765,636.52 | LOWER OF AVERAGE COST OR MARKET | $765,636.52 |
| 21.73. STORE INVENTORY 0087 WOODBURY, MN | 1/11/2017 | $1,027,200.28 | LOWER OF AVERAGE COST OR MARKET | $1,027,200.28 |
| 21.74. STORE INVENTORY 0089 SOUTH JORDAN, UT | 1/11/2017 | $707,511.19 | LOWER OF AVERAGE COST OR MARKET | $707,511.19 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.75. STORE INVENTORY 0090 ROSEVILLE, MN | 7/17/2016 | $698,684.97 | LOWER OF AVERAGE COST OR MARKET | $698,684.97 |
| 21.76. STORE INVENTORY 0091 SAMPLES, NE | 1/10/2017 | $2,464.22 | LOWER OF AVERAGE COST OR MARKET | $2,464.22 |
| 21.77. STORE INVENTORY 0100 TYLER, TX | 1/3/2017 | $663,114.14 | LOWER OF AVERAGE COST OR MARKET | $663,114.14 |
| 21.78. STORE INVENTORY 0101 AVON, IN | 1/8/2017 | $721,418.95 | LOWER OF AVERAGE COST OR MARKET | $721,418.95 |
| 21.79. STORE INVENTORY 0102 RIVERDALE, UT | 1/12/2017 | $776,409.91 | LOWER OF AVERAGE COST OR MARKET | $776,409.91 |
| 21.80. STORE INVENTORY 0103 MERIDIAN, ID | 1/6/2017 | $766,203.51 | LOWER OF AVERAGE COST OR MARKET | $766,203.51 |
| 21.81. STORE INVENTORY 0104 AURORA, CO | 1/6/2017 | $613,680.11 | LOWER OF AVERAGE COST OR MARKET | $613,680.11 |
| 21.82. STORE INVENTORY 0105 LITTLETON, CO | 1/7/2017 | $577,484.46 | LOWER OF AVERAGE COST OR MARKET | $577,484.46 |
| 21.83. STORE INVENTORY 0106 AMERICAN FORK, UT | 1/3/2017 | $614,370.07 | LOWER OF AVERAGE COST OR MARKET | $614,370.07 |
| 21.84. STORE INVENTORY 0107 EAST PEORIA, IL | 1/9/2017 | $644,999.94 | LOWER OF AVERAGE COST OR MARKET | $644,999.94 |
| 21.85. STORE INVENTORY 0108 MIDVALE, UT | 7/18/2016 | $572,714.38 | LOWER OF AVERAGE COST OR MARKET | $572,714.38 |
| 21.86. STORE INVENTORY 0109 KENOSHA, WI | 1/11/2017 | $734,907.75 | LOWER OF AVERAGE COST OR MARKET | $734,907.75 |
| 21.87. STORE INVENTORY 0110 ALBUQUERQUE CORONADO | 7/17/2016 | $546,551.74 | LOWER OF AVERAGE COST OR MARKET | $546,551.74 |
| 21.88. STORE INVENTORY 0111 ALBUQUERQUE COTTONWOOD | 7/19/2016 | $458,674.21 | LOWER OF AVERAGE COST OR MARKET | $458,674.21 |
| 21.89. STORE INVENTORY 0112 CLARKSVILLE, IN | 1/9/2017 | $583,250.37 | LOWER OF AVERAGE COST OR MARKET | $583,250.37 |
| 21.90. STORE INVENTORY 0113 MINOT, ND | 1/4/2017 | $1,014,294.26 | LOWER OF AVERAGE COST OR MARKET | $1,014,294.26 |
| 21.91. STORE INVENTORY 0114 VALPARAISO, IN | 1/4/2017 | $627,662.32 | LOWER OF AVERAGE COST OR MARKET | $627,662.32 |
| 21.92. STORE INVENTORY 0115 SCHERERVILLE, IN | 1/5/2017 | $652,126.40 | LOWER OF AVERAGE COST OR MARKET | $652,126.40 |
| 21.93. STORE INVENTORY 0116 GREEN BAY, WI | 1/10/2017 | $899,449.53 | LOWER OF AVERAGE COST OR MARKET | $899,449.53 |
| 21.94. STORE INVENTORY 0117 MUSKEGON, MI | 1/5/2017 | $584,705.57 | LOWER OF AVERAGE COST OR MARKET | $584,705.57 |
| 21.95. STORE INVENTORY 0118 GRAYHAWK WEST, NE | 1/11/2017 | $696,720.08 | LOWER OF AVERAGE COST OR MARKET | $696,720.08 |
| 21.96. STORE INVENTORY 0119 WYOMING, MI | 1/6/2017 | $692,489.79 | LOWER OF AVERAGE COST OR MARKET | $692,489.79 |
| 21.97. STORE INVENTORY 0120 BISMARCK, ND | 1/3/2017 | $1,039,898.29 | LOWER OF AVERAGE COST OR MARKET | $1,039,898.29 |
| 21.98. STORE INVENTORY 0121 SAGINAW, MI | 1/7/2017 | $632,627.24 | LOWER OF AVERAGE COST OR MARKET | $632,627.24 |
| 21.99. STORE INVENTORY 0122 BOISE, ID | 1/4/2017 | $468,001.94 | LOWER OF AVERAGE COST OR MARKET | $468,001.94 |
| 21.100. STORE INVENTORY 0123 MENTOR, OH | 1/3/2017 | $540,925.36 | LOWER OF AVERAGE COST OR MARKET | $540,925.36 |
| 21.101. STORE INVENTORY 0124 ARNOLD, MO | 1/6/2017 | $740,659.17 | LOWER OF AVERAGE COST OR MARKET | $740,659.17 |
| 21.102. STORE INVENTORY 0125 LANSING, MI | 7/10/2016 | $528,784.04 | LOWER OF AVERAGE COST OR MARKET | $528,784.04 |
| 21.103. STORE INVENTORY 0126 BAINBRIDGE, OH | 1/7/2017 | $460,207.12 | LOWER OF AVERAGE COST OR MARKET | $460,207.12 |
| 21.104. STORE INVENTORY 0127 LIBERTY, MO | 1/12/2017 | $672,456.33 | LOWER OF AVERAGE COST OR MARKET | $672,456.33 |
| 21.105. STORE INVENTORY 0128 CINCINNATI, OH | 7/11/2016 | $644,913.31 | LOWER OF AVERAGE COST OR MARKET | $644,913.31 |
| 21.106. STORE INVENTORY 0129 EDINA, MN | 7/10/2016 | $472,527.53 | LOWER OF AVERAGE COST OR MARKET | $472,527.53 |
| 21.107. STORE INVENTORY 0130 COLORADO SPRINGS NORTH | 1/12/2017 | $783,240.84 | LOWER OF AVERAGE COST OR MARKET | $783,240.84 |
| 21.108. STORE INVENTORY 0131 COON RAPIDS, MN | 1/12/2017 | $891,496.19 | LOWER OF AVERAGE COST OR MARKET | $891,496.19 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.109. STORE INVENTORY<br>0132 PARMA, OH | 1/6/2017 | $627,182.00 | LOWER OF AVERAGE COST OR MARKET | $627,182.00 |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |

**23 Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

$75,812,703.22

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes    Book value  $15,151,065.88    Valuation method  Invoice Cost    Current value $15,151,065.88

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

**33 Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
☒ No
☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 7:   OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

**38.  DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  OFFICE FURNITURE** | | | |
| 39.1.   OFFICE FURNITURE | $239,072.68 | | $239,072.68 |
| **40.  OFFICE FIXTURES** | | | |
| 40.1.   OFFICE FIXTURES | $38,171,265.30 | | $38,171,265.30 |
| **41.  OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.   OFFICE EQUIPMENT | $1,501,780.12 | | $1,501,780.12 |
| **42.  COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

**43  Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

$39,912,118.10

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☒ Yes

---

**Part 8:   MACHINERY, EQUIPMENT, AND VEHICLES**

**46.  DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| **48.  WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS**  EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |

---

| General description | Net book value of | Valuation method used | Current value of |
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | debtor's interest |
| --- | --- | --- | --- |

**49.  AIRCRAFT AND ACCESSORIES**

**50.  OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

| 50.1.   LEASEHOLD IMPROVEMENT | $5,994,890.71 | | $5,994,890.71 |
| --- | --- | --- | --- |

| **51  Total of Part 8.** ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | | | $5,994,890.71 |
| --- | --- | --- | --- |

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:   REAL PROPERTY**

**54.  DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55.  ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

| **56  Total of Part 9.** ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | | | | |
| --- | --- | --- | --- | --- |

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:   INTANGIBLES AND INTELLECTUAL PROPERTY**

**59.  DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

**60.  PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS**

| 60.1.   G | UNKNOWN | | UNKNOWN |
| --- | --- | --- | --- |
| 60.2.   GORDMANS | UNKNOWN | | UNKNOWN |
| 60.3.   G SOMETHING UNEXPECTED | UNKNOWN | | UNKNOWN |
| 60.4.   GIVE THE UNEXPECTED | UNKNOWN | | UNKNOWN |
| 60.5.   SOMETHING UNEXPECTED | UNKNOWN | | UNKNOWN |

**61.  INTERNET DOMAIN NAMES AND WEBSITES**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.  INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.   GORDMANS.COM | UNKNOWN | | UNKNOWN |
| 61.2.   GORDMANS.BIZ | UNKNOWN | | UNKNOWN |
| 61.3.   GORDMANS.INFO | UNKNOWN | | UNKNOWN |
| 61.4.   GORDMANS.ORG | UNKNOWN | | UNKNOWN |
| 61.5.   GORDMANS.XXX | UNKNOWN | | UNKNOWN |
| 61.6.   GORDMANSCOUPONS.COM | UNKNOWN | | UNKNOWN |
| 61.7.   TELLGORDMANS.COM | UNKNOWN | | UNKNOWN |
| 61.8.   GORDMANS.HOLIDAY | UNKNOWN | | UNKNOWN |
| **62.  LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 62.1.   DSW | UNKNOWN | | UNKNOWN |
| **63.  CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| 63.1.   G- REWARD MEMBERS | UNKNOWN | | UNKNOWN |
| **64.  OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.  GOODWILL** | | | |

**66  Total of Part 10.**
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.

> UNKNOWN

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☑ Yes
   ..

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 11: | ALL OTHER ASSETS |
|---|---|

**70.  DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.  NOTES RECEIVABLE**

DESCRIPTION (INCLUDE NAME OF OBLIGOR)

**72.  TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| | | | |
|---|---|---|---|
| AMT CREDIT | Tax year | FISCAL 2016 | $715,289.00 |
| FEDERAL NOL | Tax year | FISCAL 2016 | $5,035,037.35 |
| STATE NOL - CO | Tax year | FISCAL 2016 | $88,744.65 |
| STATE NOL - ID | Tax year | FISCAL 2016 | $26,070.12 |
| STATE NOL - IL | Tax year | FISCAL 2016 | $144,361.20 |
| STATE NOL - IN | Tax year | FISCAL 2016 | $101,211.30 |
| STATE NOL - KS | Tax year | FISCAL 2016 | $49,421.52 |
| STATE NOL - MI | Tax year | FISCAL 2016 | $39,558.03 |

|  | Current value of debtor's interest |
|---|---|

**72.  TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| | | |
|---|---|---:|
| STATE NOL - MN | Tax year  FISCAL 2016 | $35,385.18 |
| STATE NOL - ND | Tax year  FISCAL 2016 | $54,531.63 |
| STATE NOL - NE | Tax year  FISCAL 2016 | $100,563.12 |
| STATE NOL - NM | Tax year  FISCAL 2016 | $10,337.37 |
| STATE NOL - OK | Tax year  FISCAL 2016 | $4,128.57 |
| STATE NOL - UT | Tax year  FISCAL 2016 | $34,557.60 |
| STATE NOL - WI | Tax year  FISCAL 2016 | $98,816.01 |
| STATE RECEIVABLE - CO | Tax year  FISCAL 2016 | $40,041.00 |
| STATE RECEIVABLE - ID | Tax year  FISCAL 2016 | $31,816.00 |
| STATE RECEIVABLE - IL | Tax year  FISCAL 2016 | $160,097.00 |
| STATE RECEIVABLE - IN | Tax year  FISCAL 2016 | $115,645.00 |
| STATE RECEIVABLE - KS | Tax year  FISCAL 2016 | $33,220.00 |
| STATE RECEIVABLE - MN | Tax year  FISCAL 2016 | $115,592.00 |
| STATE RECEIVABLE - ND | Tax year  FISCAL 2016 | $26,632.00 |
| STATE RECEIVABLE - NE | Tax year  FISCAL 2016 | $82,841.00 |
| STATE RECEIVABLE - NM | Tax year  FISCAL 2016 | $9,311.00 |
| STATE RECEIVABLE - UT | Tax year  FISCAL 2016 | $26,004.00 |
| STATE RECEIVABLE - WI | Tax year  FISCAL 2016 | $112,898.00 |
| STATE RECEIVABLE- MI | Tax year  FISCAL 2016 | $39,018.00 |
| WOTC CREDIT | Tax year  FISCAL 2016 | $941,467.00 |

**73.  INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

**74.  CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

**75.  OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

**76.  TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

**77.  OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

| | |
|---|---:|
| LANDLORD RECEIVABLE | $895,821.02 |
| MICHAELS (SUBLEASE) | $1,250.00 |
| MISCELLANEOUS RECEIVABLE | $269,516.69 |
| S/T DEFERRED TAX ASSET | $3,581,579.09 |

**78   Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.

| $13,020,761.45 |
|---:|

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,098,919.21 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $922,951.88 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | UNKNOWN | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $75,812,703.22 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $39,912,118.10 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,994,890.71 | |
| 88. **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . →| | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNKNOWN | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $13,020,761.45 | |
| 91. **Total.** Add lines 80 through 90 for each column. . . . . . . . . 91a. | $136,762,344.57 | + 91b |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $136,762,344.57 |

| **Fill in this information to identify the case:** |
|---|

| Debtor | Gordmans Stores, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA |
| Case number (if known) | 17-80304 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  **12/15**

Be as complete and accurate as possible.

1. **1. Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A **Amount of claim** *Do not deduct the value of collateral.* | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Creditor's name** CSI LEASING, INC **Creditor's mailing address** 9990 OLD OLIVE STREET ROAD ST LOUIS, MO  63141 **Creditor's email address** **Date or dates debt was incurred** VARIOUS **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **Describe debtor's property that is subject to a lien** VARIOUS EQUIPMENT, SOFTWARE AND PERSONAL PROPERTY **Describe the lien** UCC LIEN **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☑ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | | UNKNOWN | UNKNOWN |
| 2.2 | **Creditor's name** U.S. BANCORP BUSINESS EQUIPMENT FINANCE GROUP **Creditor's mailing address** 1310 MADRID STREET MARSHALL, MN  56258 **Creditor's email address** **Date or dates debt was incurred** VARIOUS **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **Describe debtor's property that is subject to a lien** VARIOUS EQUIPMENT **Describe the lien** UCC LIEN **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☑ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Column A | Column B |
|--|--|----------|----------|
|  |  | **Amount of claim** *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

| 2.3 | **Creditor's name** WELLS FARGO BANK, NA | **Describe debtor's property that is subject to a lien** ALL ASSETS | $28,939,625.79 | UNKNOWN |
|-----|-----|-----|-----|-----|

**Creditor's mailing address**
ONE BOSTON PLACE, 18TH FLOOR
BOSTON, MA  02108

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe the lien**
REVOLVING CREDIT FACILITY - FIRST AND SECOND LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Creditor's name** WELLS FARGO BANK, NA | **Describe debtor's property that is subject to a lien** ALL ASSETS | $27,892,200.00 | UNKNOWN |
|-----|-----|-----|-----|-----|

**Creditor's mailing address**
ONE BOSTON PLACE, 18TH FLOOR
BOSTON, MA  02108

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe the lien**
TERM LOAN FACILITY - FIRST AND SECOND LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $56,831,825.79 |
|----|-----|-----|

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Gordmans Stores, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA |
| Case number (if known) | 17-80304 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>ADA COUNTY, ID<br>ATTN: VICKY MCINTYRE<br>200 W FRONT ST<br>BOISE, ID  83702<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.2 | **Priority creditor's name and mailing address**<br>ADAMS, CO<br>ATTN: BRIGITTE GRIMM, TREASURER<br>4430 S ADAMS COUNTY PKWY<br>SUITE C2436<br>BRIGTON, CO  80601<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| | | Total claim | Priority amount |
|---|---|---|---|

**Part 1:** Additional Page

| 2.3 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | ALLEN, IN<br>ATTN: WILLIAM ROYCE<br>1 EAST MAIN STREET, SUITE 104<br>ROUSSEAU CENTRE<br>FORT WAYNE, IN  46802 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>PROPERTY TAX | | |
| | VARIOUS | **Is the claim subject to offset?** | | |
| | **Last 4 digits of account number:** | ☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.4 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | ARAPAHOE, CO<br>ATTN: JENNIFER BENNETT<br>5334 S. PRINCE ST.<br>LITTLETON, CO  80120 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>PROPERTY TAX | | |
| | VARIOUS | **Is the claim subject to offset?** | | |
| | **Last 4 digits of account number:** | ☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.5 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION<br>SALES AND USE TAX SECTION<br>P.O.BOX 3566<br>LITTLE ROCK, AR  72203-3566 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>STATE/SALES TAX | | |
| | VARIOUS | **Is the claim subject to offset?** | | |
| | **Last 4 digits of account number:** | ☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.6 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | BENTON, AR<br>ATTN: MANY SPICER<br>114 S. EAST STREET<br>BENTON, AR  72018 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>PROPERTY TAX | | |
| | VARIOUS | **Is the claim subject to offset?** | | |
| | **Last 4 digits of account number:** | ☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.7 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | BERNALILLO COUNTY, NM<br>ONE CIVIC PLAZA NW<br>ALBUQUERQUE, NM  87102 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>PROPERTY TAX | | |
| | VARIOUS | **Is the claim subject to offset?** | | |
| | **Last 4 digits of account number:** | ☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

Debtor    _____ (Name)

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | Total claim | Priority amount |

**2.8** Priority creditor's name and mailing address
BROWN COUNTY, WI
ATTN: PAUL D ZELLER
305 E WALNUT ST
GREEN BAY, WI  54301

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

**2.9** Priority creditor's name and mailing address
BUCHANAN, MO
BUCHANAN COUNTY
411 JULES
ST JOSEPH, MO  64501

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

**2.10** Priority creditor's name and mailing address
CALUMET COUNTY, WI
ATTN: MIKE SHLAAK
206 COURT ST
CHILTON, WI  53014

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

**2.11** Priority creditor's name and mailing address
CANYON COUNTY, ID
111 N. 11TH AVE
STE 240
CALDWELL, ID  83605

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

**2.12** Priority creditor's name and mailing address
CITY OF AURORA COLORADO
15151 EAST ALAMEDA PARKWAY
AURORA, CO  80012

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
SALE/USE TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

Document    Page 31 of 51

| **Part 1:** | **Additional Page** |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.13 | **Priority creditor's name and mailing address**<br><br>CITY OF COLORADO SPRINGS<br>SALES TAX DEPARTMENT 2408<br>DENVER, CO 80256-0001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>SALE/USE TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.14 | **Priority creditor's name and mailing address**<br><br>CITY OF LAKEWOOD<br>480 SOUTH ALLISON PARKWAY<br>LAKEWOOD, CO 80226-3127<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>SALE/USE TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.15 | **Priority creditor's name and mailing address**<br><br>CITY OF THORNTON<br>9500 CIVIC CENTER DRIVE<br>THORNTON, CO 80229<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>SALE/USE TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.16 | **Priority creditor's name and mailing address**<br><br>CLARK, IN<br>DAVID REINHARDT, CLARK COUNTY TREASURER<br>CLARK COUNTY GOVERNMENT BUILDING<br>501 E. COURT AVENUE ROOM #125<br>JEFFERSONVILLE, IN 47130<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.17 | **Priority creditor's name and mailing address**<br><br>CLAY COUNTY, MO<br>ATTN: CATHY RINEHART, ASSESSOR<br>CLAY COUNTY COURTHOUSE<br>1 COURTHOUSE SQUARE<br>LIBERTY, MS 64068<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.18 | **Priority creditor's name and mailing address**<br>CLEVELAND COUNTY, OK<br>201 S JONES AVE<br>STE 100<br>NORMAN, OK  73069<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.19 | **Priority creditor's name and mailing address**<br>COLORADO DEPARTMENT OF REVENUE<br>1375 SHERMAN STREET<br>DENVER, CO  80261<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>STATE/SALES TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.20 | **Priority creditor's name and mailing address**<br>DAVIS COUNTY, UT<br>TAX ADMINISTRATION DEPARTMENT<br>TAX APPEALS OFFICE, ROOM 101<br>61 SOUTH MAIN STREET<br>FARMINGTON, UT  84025<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.21 | **Priority creditor's name and mailing address**<br>DESOTO COUNTY, MS<br>DESOTO COUNTY ADMINISTRATION OFFICE<br>365 LOSHER ST<br>HERNANDO, MS  38632<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.22 | **Priority creditor's name and mailing address**<br>DODGE COUNTY, NE<br>ATTN: CATHY DILL<br>PO BOX 999<br>FREMONT, NE  68026<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | | |
|---------|-----------------|--|--|--|
| | | | **Total claim** | **Priority amount** |

---

**2.23** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN

DOUGLAS, NE
ATTN: JOHN W EWING, JR
1819 FARNAM ST H-02
OMAHA, NE  68183

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.24** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN

EL PASO, CO
ATTN: MARK LOWDERMAN
1675 GARDEN OF THE GODS ROAD
SUITE 2100
COLORADO SPRINGS, CO  80907

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.25** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN

FAYETTE, KY
200 E. MAIN ST.
LEXINGTON, KY  40507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.26** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN

GREENE. MO
ATTN: JUSTIN HILL
940 N BOONVILLE AVE
ROOM 112
SPRINGFIELD, MO  65802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.27** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN

HALL, NE
ATTN: PEG PESEK
121 SOUTH PINE ST.
SUITE 2
GRAND ISLAND, NE  68801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.28 | **Priority creditor's name and mailing address**<br>HENDRICKS, IN<br>ATTN: SHAWN SHELLEY<br>355 S WASHINGTON ST<br>MAILBOX 215<br>DANVILLE, IN  46122<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.29 | **Priority creditor's name and mailing address**<br>IDAHO STATE TAX COMMISSION<br>800 EAST PARK BLVD<br>BOISE, ID  83712<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>STATE/SALES TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.30 | **Priority creditor's name and mailing address**<br>ILLINOIS DEPARTMENT OF REVENUE<br>SALES TAX PROCESSING DIVISION<br>P.O.BOX 19014<br>SPRINGFIELD, IL  62794-9014<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>STATE/SALES TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.31 | **Priority creditor's name and mailing address**<br>INDIANA DEPARTMENT OF REVENUE<br>100 NORTH SENATE AVENUE<br>#111<br>INDIANAPOLIS, IN  46204<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>STATE/SALES TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.32 | **Priority creditor's name and mailing address**<br>INGHAM, MI<br>INGHAM COUNTY LAND BANK<br>3024 TURNER STREET<br>LANSING, MI  48906<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.33** | Priority creditor's name and mailing address

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA  19101-7346

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FEDERAL TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

**2.34** | Priority creditor's name and mailing address

IOWA DEPARTMENT OF REVENUE
HOOVER STATE OFFICE BUILDING
1305 EAST WALNUT
DES MOINES, IA  50319

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
STATE/SALES TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

**2.35** | Priority creditor's name and mailing address

JACKSON, MO
CITY OF JACKSON
101 COURT STREET
JACKSON, MO  63755

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

**2.36** | Priority creditor's name and mailing address

JEFFERSON COUNTY, MO
ATTN: PAULA WAGNER
729 MAPLE, SUITE 19
HILLSBORO, MO  63050

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

**2.37** | Priority creditor's name and mailing address

JEFFERSON, CO
100 JEFFERSON COUNTY PARKWAY
GOLDEN, CO  80419

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.38 | **Priority creditor's name and mailing address**<br>JOHNSON COUNTY, KS<br>111 S CHERRY ST<br>STE 1500<br>OLATHE, KS  66061<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.39 | **Priority creditor's name and mailing address**<br>KANSAS DEPARTMENT OF REVENUE<br>915 WEST HARRISON STREET<br>SUITE 300<br>TOPEKA, KS  6612-1588<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>STATE/SALES TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.40 | **Priority creditor's name and mailing address**<br>KENOSHA COUNTY, WI<br>ATTN: TERI JACOBSEN<br>ADMINISTRATION BUILDING<br>1010 56TH ST<br>KENOSHA, WI  53140<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.41 | **Priority creditor's name and mailing address**<br>KENT COUNTY, MI<br>ATTN: KENNETH PARRISH, COUNTY TREASURER<br>COUNTY ADMINISTRATION BUILDING<br>300 MONROE AVENUE NW<br>GRAND RAPIDS, MI  49503<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.42 | **Priority creditor's name and mailing address**<br>KENTUCKY DEPARTMENT OF REVENUE<br>181 HAMMOND DRIVE<br>HOPKINSVILLE, KY  42240<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>STATE/SALES TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor _____ (Name)

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | Total claim | Priority amount |

**2.43** Priority creditor's name and mailing address
KOCHVILLE TOWNSHIP, MI
KOCHVILLE TOWNSHIP ASSESSOR
5851 MACKINAW ROAD
SAGINAW, MI 48604

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

**2.44** Priority creditor's name and mailing address
LAKE COUNTY, IN
ATTN: PEGGY HOLINGA KATONA
2293 N. MAIN STREET
BUILDING 'A', 2ND FLOOR
CROWN POINT, IN 46307

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

**2.45** Priority creditor's name and mailing address
LANCASTER COUNTY, NE
ATTN: ANDY STEBBING
555 SOUTH 10TH
ROOM 102
LINCOLN, NE 68508

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

**2.46** Priority creditor's name and mailing address
MICHIGAN DEPARTMENT OF TREASURY
430 WEST ALLEGAN STREET
LANSING, MI 48933

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
STATE/SALES TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

**2.47** Priority creditor's name and mailing address
MINNESOTA DEPARTMENT OF REVENUE
600 ROBERT STREET NORTH
SAINT PAUL, MN 55146

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
STATE/SALES TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|
| | | | **Total claim** | **Priority amount** |

---

**2.48**    **Priority creditor's name and mailing address**

MISSISSIPPI DEPARTMENT OF REVENUE
HERNANDO DISTRICT
2631 MCINGVALE ROAD
SUITE 116
HERNANDO, MS 38632

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
STATE/SALES TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.49**    **Priority creditor's name and mailing address**

MISSOURI DEPARTMENT OF REVENUE
CENTRAL PROCESSING BUREAU
P.O.BOX 840
JEFFESON CITY, MO 65105-0840

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
STATE/SALES TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.50**    **Priority creditor's name and mailing address**

MUSKEGON COUNTY, MI
ATTN: DONNA B VANDERVRIES, DIRECTOR
MUSKEGON COUNTY BUILDING
GOVERNMENTAL COMPLEX, SOUTH
CAMPUS, BUILDING C
173 E. APPLE AVENUE
MUSKEGON, MI 49442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.51**    **Priority creditor's name and mailing address**

NEBRASKA DEPARTMENT OF REVENUE
P.O.BOX 98923
LINCOLN, NE 68509-8923

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
STATE/SALES TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.52**    **Priority creditor's name and mailing address**

NEW MEXICO TAXATION & REVENUE
DEPARTMENT
P.O.BOX 25128
SANTE FE, NM 87504-5128

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
STATE/SALES TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

| Part 1: | Additional Page | | | | Total claim | Priority amount |
|---|---|---|---|---|---|---|

**2.53** Priority creditor's name and mailing address

NORTH DAKOTA DEPARTMENT OF REVENUE
600 EAST BOULEVARD AVENUE
DEPT 127
BISMARCK, ND  58505

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
STATE/SALES TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN          Priority amount: UNKNOWN

---

**2.54** Priority creditor's name and mailing address

OHIO DEPARTMENT OF TAXATION
P.O. BOX 16560
COLUMBUS, OH  43216-6560

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
STATE/SALES TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN          Priority amount: UNKNOWN

---

**2.55** Priority creditor's name and mailing address

OKLAHOMA COUNTY, OK
ATTN: LEONARD SULLIVAN, COUNTY ASSESSOR
320 ROBERT S. KERR
#313
OKLAHOMA CITY, OK  73102

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN          Priority amount: UNKNOWN

---

**2.56** Priority creditor's name and mailing address

OKLAHOMA TAX COMMISSION
P.O. BOX 26850
OKLAHOMA CITY, OK  73126-0850

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
STATE/SALES TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN          Priority amount: UNKNOWN

---

**2.57** Priority creditor's name and mailing address

OUTAGAMIE COUNTY, WI
COUNTY ADMINISTRATION BUILDING 4
10 S WALNUT ST
APPLETON, WI  54911

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN          Priority amount: UNKNOWN

---

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.58 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |

| 2.58 | **Priority creditor's name and mailing address**<br>PORTER COUNTY, IN<br>ATTN: MICHELLE CLANCY<br>155 INDIANA AVE.<br>SUITE 209<br>VALPARAISO, IN  46383<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.59 | **Priority creditor's name and mailing address**<br>PULASKI, AR<br>201 S. BROADWAY, SUITE 150<br>LITTLE ROCK, AR  72201<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.60 | **Priority creditor's name and mailing address**<br>SALT LAKE COUNTY, UT<br>2001 SOUTH STATE ST<br>N1-200<br>SALT LAKE CITY, UT  84114-4575<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.61 | **Priority creditor's name and mailing address**<br>SARPY, NE<br>ATTN: RICH JAMES<br>1210 GOLDEN GATE DRIVE<br>#1120<br>PAPILLION, NE  68046-2842<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.62 | **Priority creditor's name and mailing address**<br>SEDGWICK COUNTY, KS<br>ATTN: LINDA KIZZIRE, TREASURER<br>525 N MAIN<br>WITCHITA, KS  67203<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.63**  Priority creditor's name and mailing address

SHAWNEE COUNTY, KS
ATTN: LARRY MAH
200 SE 7TH
ROOM 101
TOPEKA, KS  66603

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.64**  Priority creditor's name and mailing address

SHELBY COUNTY, TN
VASCO A. SMITH, JR. COUNTY
ADMINISTRATION BUILDING
160 N MAIN STREET
MEMPHIS, TN  38103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.65**  Priority creditor's name and mailing address

SMITH COUNTY, TX
100 N. BROADWAY
TYLER, TX  75702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.66**  Priority creditor's name and mailing address

SOUTH DAKOTA DEPARTMENT OF REVENUE
445 EAST CAPITOL AVENUE
PIERRE, SD  57501-3185

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
STATE/SALES TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.67**  Priority creditor's name and mailing address

ST. CHARLES COUNTY, MO
201 N. 2ND ST.
ST. CHARLES, MO  63301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.68 | **Priority creditor's name and mailing address**<br>ST. JOSEPH, IN<br>ATTN: MICHAEL J KRUK<br>227 W JEFFERSON BOULEVARD<br>COUNTY-CITY BUILDING 2ND FLOOR<br>SOUTH BEND, IN  46601<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.69 | **Priority creditor's name and mailing address**<br>ST. LOUIS COUNTY, MO<br>SAINT LOUIS COUNTY ASSESSOR<br>41 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105-1799<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.70 | **Priority creditor's name and mailing address**<br>TENNESSEE DEPARTMENT OF REVENUE<br>500 DEADERICK STREET<br>NASHVILLE, TN  37242<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>STATE/SALES TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.71 | **Priority creditor's name and mailing address**<br>TEXAS STATE COMPTROLLER<br>P.O.BOX 149354<br>AUSTIN, TX  78714-9354<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>STATE/SALES TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.72 | **Priority creditor's name and mailing address**<br>TIPPECANOE, IN<br>ATTN: JENNIFER WESTON<br>20 N 3RD STREET<br>2ND FLOOR<br>LAFAYETTE, IN  47901<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|
| | | **Total claim** | **Priority amount** |

**2.73** | **Priority creditor's name and mailing address**

TULSA COUNTY, OK
TULSA COUNTY TREASURER
TULSA COUNTY COURTHOUSE, 3RD FL,
ADMINISTRATION BLDG
500 S. DENVER AVE.
TULSA, OK  74103-3840

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.74** | **Priority creditor's name and mailing address**

UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY, UT  84134

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
STATE/SALES TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.75** | **Priority creditor's name and mailing address**

UTAH, UT
ATTN: KIM JACKSON
100 E CENTER STREET
SUITE 1200
PROVO, UT  84606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.76** | **Priority creditor's name and mailing address**

VANDERBURGH, IN
ATTN: SUSAN K KIRK
1 N.W. MARTIN LUTHER KING JR. BLVD.
ROOM 210 CIVIC CENTER
EVANSVILLE, IN  47708

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.77** | **Priority creditor's name and mailing address**

WASUAU, WI
CITY HALL
407 GRANT ST
WAUSAU, WI  54403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor _____
           (Name)

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.78 | **Priority creditor's name and mailing address** <br> WEBER, UT <br> ATTN: JOHN B BOND <br> 2380 WASHINGTON BLVD <br> SUITE #350 <br> OGDEN, UT 84401 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> PROPERTY TAX <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.79 | **Priority creditor's name and mailing address** <br> WESTMINSTER CITY HALL <br> SALES TAX DIVISION <br> 4800 WEST 92ND AVENUE <br> WESTMINSTER, CO 80031 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> SALE/USE TAX <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.80 | **Priority creditor's name and mailing address** <br> WISCONSIN DEPARTMENT OF REVENUE <br> 2135 RIMROCK ROAD <br> MADISON, WI 53713 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> STATE/SALES TAX <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** <br> DANIEL KOPPERUD <br> C/O SEAN M. RAITER, LARSON KING LLP <br> 2800 WELLS FARGO PLACE <br> 30 E. 7TH STREET <br> ST PAUL, MN 55101 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> LITIGATION <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN |

Debtor _____
(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

3.2  **Nonpriority creditor's name and mailing address**

STEVEN COX AND SAMUEL MASON, ET. AL.
STUEVE SIEGEL HANSON LLP
C/O GEORGE A. HANSON
460 NICHOLS RD. #200
KANSAS CITY, MO  64112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |

**5a.**  Total claims from Part 1                            **5a.**              $0.00

**5b.**  Total claims from Part 2                            **5b.**   **+**        $0.00

**5c.**  **Total of Parts 1 and 2**                          **5c.**
Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor    Gordmans Stores, Inc.

United States Bankruptcy Court for the: DISTRICT OF NEBRASKA

Case number    17-80304
(if known)

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|----|----|----|----|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | HR - STOP LOSS COVERAGE AGREEMENT | AMERICAN INTERNATIONAL GROUP, INC. 175 WATER STREET NEW YORK, NY 10038 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR COMPLIANCE MONITORING & CHARGE-BACKS AGREEMENT | COMPLIANCE NETWORKS ATTN: CONTROLLER 14090 SOUTHWEST FREEWAY, STE 300 SUGAR LAND, TX 77478 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | HR - TRAINING AND RESEARCH AGREEMENT | CORPORATE EXECUTIVE BOARD 3393 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | IT - SYSTEMS - PROCUREMENT SYSTEM (EXPENSE) AGREEMENT | COUPA SOFTWARE 100 S ELLSWORTH AVE STE 100 SAN MATEO, CA 94401-3933 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | IT - SYSTEMS - METRO OMAHA DATA SERVICES & SECONDARY / BACK-UP DATA CENTER (ASKSARBEN) AGREEMENT | COX COMMUNICATIONS PO BOX 2742 OMAHA, NE 68103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | IT - SYSTEMS - SERVER HARDWARE LEASE AGREEMENT | CSI LEASING INC<br>9990 OLD OLIVE STREET ROAD, SUITE 101<br>ST LOUIS, MO 63141 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK OPTION SOFTWARE AGREEMENT | E*TRADE FINANCIAL CORPORATE SERVICES<br>ATTN: ACCOUNTS RECEIVABLE<br>PO BOX 3512<br>ARLINTON, VA 22203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | HR - GENERAL LIABILITY / WORKER'S COMP INSURANCE AGREEMENT | EMC RISK SERVICES, LLC<br>PO BOX 9399<br>DES MOINES, IA 50306 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | OUTSOURCED TAX ACCOUNTANTS AGREEMENT | ERNST & YOUNG<br>PNC BANK C/O ERNST & YOUNG US LLP<br>3712 SOLUTIONS CENTER<br>CHICAGO, IL 60677-3007 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | EXTERNAL AUDITORS AGREEMENT | GRANT THORNTON LLP<br>33562 TREASURY CENTER<br>CHICAGO, IL 60694 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | HEAT SOFTWARE (PREVIOUSLY FRONT RANGE)<br>PO BOX 204375<br>DALLAS, TX 75320-4375 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | HR - RECRUITMENT SUPPORT AGREEMENT | LINKEDIN CORPORATION<br>62228 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0622 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | IT - CONSULTING - E-COMMERCE PLATFORM MANAGEMENT & SUPPORT AGREEMENT | LYONS CONSULTING GROUP LLC 20 N WACKER STE 1750 CHICAGO, IL 60606 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | SUB-LEASE - SUB LEASE ON STORE 45 AGREEMENT | MICHAELS 8000 BENT BRANCH DR IRVING, TX 75063 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCIAL RELATED AGREEMENT | NASDAQ CORPORATE SOLUTIONS LLC LBX #11700 PO BOX 780700 PHILADELPHIA, PA 19178-0700 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | HR - RELOCATION SUPPORT AGREEMENT | NEI GLOBAL RELOCATION COMPANY 8701 WEST DODGE ROAD P.O. BOX 241886 OMAHA, NE 68124-5886 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | ENERGY MANAGEMENT SERVICES AGREEMENT | NOVAR HONEYWELL ECC NOVAR 6060 ROCKSIDE WOOD BLVD. CLEVELAND, OH 44131 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | IT - SYSTEMS - RETAIL MERCHANDISING SYSTEM AGREEMENT | ORACLE CORPORATION PO BOX 71028 CHICAGO, IL 60694-1028 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | ARMORED CAR SCHEDULING AGREEMENT | Q&A PAYMENT SOLUTIONS #105-325, 1933 STATE ROUTE 35 WALL, NJ 07719 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | HR - PERFORMANCE MANAGEMENT SYSTEM AGREEMENT | SILKROAD 1801 W. OLYMPIC BLVD PASADENA, CA 91199-1221 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | IT - SYSTEMS - POS TAX SYSTEM & SUPPORT AGREEMENT | VERTEX INC 25528 NETWORK PLACE CHICAGO, IL 60673-1255 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor | Gordmans Stores, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA |
| Case number (if known) | 17-80304 |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1.    Does the debtor have any codebtors?**

☐ Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1  GORDMANS MANAGEMENT COMPANY, INC. | 1926 SOUTH 67TH STREET OMAHA, NE  68106 | WELLS FARGO BANK, NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  GORDMANS DISTRIBUTION COMPANY, INC. | 1926 SOUTH 67TH STREET OMAHA, NE  68106 | WELLS FARGO BANK, NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.3  GORDMANS INTERMEDIATE HOLDING CORP. | 1926 SOUTH 67TH STREET OMAHA, NE  68106 | WELLS FARGO BANK, NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.4  GORDMANS LLC | 1926 SOUTH 67TH STREET OMAHA, NE  68106 | WELLS FARGO BANK, NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.5  GORDMANS, INC. | 1926 SOUTH 67TH STREET OMAHA, NE  68106 | WELLS FARGO BANK, NA | ☑ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor    Gordmans Stores, Inc.

United States Bankruptcy Court for the:  DISTRICT OF NEBRASKA

Case number    17-80304
(if known)

HGEFDABSum

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/27/2017                    ✗ /s/
MM / DD / YYYY                                Signature of individual signing on behalf of debtor

                                             JAMES B. BROWN
                                             Printed name

                                             Chief Financial Officer & Executive Vice President
                                             Position or relationship to debtor