# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| In re: | Chapter 11 |
| GORDMANS STORES, INC., *et al.*,[1] | Case No. 17-80304 (TLS) |
| | (Jointly Administered) |
| Debtors. | |

**NINTH MONTHLY FEE STATEMENT OF FROST BROWN TODD LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GORDMANS STORES, INC., ET AL. FROM NOVEMBER 1, 2017 THROUGH AND INCLUDING NOVEMBER 15, 2017**

| | |
|---|---|
| **Name of Applicant** | Frost Brown Todd LLC |
| **Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | March 13, 2017 |
| **Date of Approval of Employment** | April 14, 2017 [Docket No. 345] |
| **Fee Period** | November 1, 2017 – November 15, 2017[2] |
| **Total Hours Billed** | 12.8 |
| **Total Fees Requested** | $5,325.20 (80% of $6,656.50) |
| **Total Expenses Requested** | $36.18 |
| **Total Fees and Expenses Requested** | $6,692.68 |
| **Prior Fees Paid to Applicant** | $353,639.20 |
| **Prior Expenses Paid to Applicant** | $14,618.85 |

This is a:   X  Monthly     __ Interim     __ Final Fee Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Gordmans Stores, Inc. (1987); Gordmans, Inc. (1211); Gordmans Management Company, Inc. (5281); Gordmans Distribution Company, Inc. (5421); Gordmans Intermediate Holdings Corp. (9938); and Gordmans LLC (1987).

[2] FBT reserves the right to include any time expended in the Fee Period in future application(s) if it is not included herein.

In accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and Reimbursement of Creditors' Committee Member Expenses, and (II) Granting Related Relief*, entered on April 17, 2017, [Docket No. 351] (the "Interim Compensation Order")[3], Frost Brown Todd LLC ("FBT"), co-counsel to the Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession in the above-captioned cases (the "Debtors"), hereby submits this statement of fees and expenses (the "Ninth Monthly Fee Statement") seeking compensation and reimbursement of expenses for the period of November 1, 2017 through and including November 15, 2017 (the "Fee Period"). By this Ninth Monthly Fee Statement, FBT seeks payment of: $5,325.20, which represents 80 percent of the total amount of compensation sought for actual and necessary professional services rendered during the Fee Period and $36.18, which represents 100 percent of FBT's actual and necessary expenses incurred during the Fee Period.

## Services Rendered and Expenses Incurred

1. Attached as **Exhibit A** is a timekeeper summary that includes the names, positions, and hourly rates of each professional and paraprofessional who billed time during the Fee Period.

2. Attached as **Exhibit B** is a project code summary that includes the total hours spent by FBT professionals and paraprofessionals per project category for the Fee Period.

3. Attached as **Exhibit C** is a summary of all expenses incurred by FBT during the Fee Period.

4. Attached as **Exhibit D** are FBT's detailed time and expense records of FBT for the Fee Period.

---

[3] Terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

**Total Fees and Expenses Sought for the Fee Period**

5. The total amount sought for fees for services rendered and reimbursement of expenses incurred for the Fee Period are as follows:

| **Total Fees for the Fee Period** | $6,656.50 |
|---|---|
| **Total Expenses for the Fee Period** | $36.18 |
| **TOTAL** | $6,692.68 |

6. Pursuant to the Interim Compensation Order, FBT seeks payment of $5,361.38, which equals (i) 80 percent of FBT's total fees for services rendered during the Fee Period and (ii) 100 percent of FBT's total expenses incurred during the Fee Period.

| **80% of Total Fees for the Fee Period** | $5,325.20 |
|---|---|
| **100% Total Expenses for the Fee Period** | $36.18 |
| **TOTAL** | $5,361.38 |

**Notice and Objections Procedures**

7. No trustee or examiner has been appointed in these chapter 11 cases. In accordance with the Interim Compensation Order, notice of this Ninth Monthly Fee Statement has been served, via overnight delivery and the Court's ECF system, on: (i) the Debtors, Gordmans Stores, Inc., 1926 South 67th Street, Omaha, Nebraska 68106, Attn: Andy Hall and James Brown; (ii) co-counsel to the Debtors, Kutak Rock LLP, The Omaha Building, 1650 Farnam Street, Omaha, Nebraska 68102, Attn: Jeffrey T. Wegner and Lisa M. Peters; (iii) co-counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn: Brad Weiland and Jamie R. Netznik; (iv) the Office of the United States Trustee for the District of Nebraska, 111 South 18th Plaza, Suite 1148, Omaha, Nebraska 68102, Attn: Jerry L. Jansen; (v) co-counsel to the administrative agent, Riemer Braunstein LLP, Seven Times Square, Suite 2506, New York, New York 10036, Attn: Steven Fox and Donald E. Rothman; (vi) co-counsel to the administrative agent, Greenberg Traurig, LLP, One International Place, Suite 2000, Boston, Massachusetts

02110, Attn: Jeffrey M. Wolf; (vii) co-counsel to the administrative agent, Croker Huck Kasher DeWitt Anderson & Gonderinger, L.L.C., 2120 South 72nd Street, Suite 1200, Omaha, Nebraska 68124, Attn: Robert Gonderinger; and (viii) co-counsel to the Committee, Koley Jessen P.C. L.L.O., 1125 S. 103rd Street, Suite 800, Omaha, Nebraska 68124, Attn: Brian J. Koenig and Don L. Swanson (the "Application Recipients"). FBT submits that no other or further notice need be provided.

8. Pursuant to the Interim Compensation Order, objections to this Ninth Monthly Fee Statement, if any, must be served upon FBT and the Application Recipients no later than fourteen days after service of the Ninth Monthly Fee Statement (the "Review Deadline") setting forth the precise nature of the objection and the amount at issue.

9. If no objections to this Ninth Monthly Fee Statement are made on or before the Review Deadline and upon the filing of a certificate of no objection with this Court with respect to the unopposed portion of the fees and expenses requested in the Fee Period by FBT, the Debtors will pay FBT: (i) 80 percent of FBT's total fees for services rendered during the Fee Period and (ii) 100 percent of FBT's total expenses incurred during the Fee Period.

10. To the extent a Notice of Objection to Monthly Fee Statement is received on or before the Review Deadline, the objecting party and FBT shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtors shall promptly pay 80 percent of the agreed-upon fees and 100 percent of the agreed-upon expenses. If, however, the parties are unable to reach a resolution within 14 days after service of the Notice of Objection to Monthly Fee Statement, the objecting party shall file its objection (the "Objection") with this Court within 3 business days and serve such Objection on FBT and each of the other Application Recipients. Thereafter, FBT may either (i) file with the Court a response to the Objection, together with a

request for payment of the Disputed Amount or (ii) forego payment of the Disputed Amount until the next interim fee application hearing at which time this Court will consider the Objection, if requested by the parties.

Dated:  November 29, 2017             Respectfully submitted,

*/s/ Ronald E. Gold*
Ronald E. Gold, Esq. (admitted *pro hac vice*)
Ohio Bar No. 0061351
Douglas L. Lutz, Esq. (admitted *pro hac vice*)
Ohio Bar No. 0064761
A.J. Webb, Esq. (admitted *pro hac vice*)
Ohio Bar No. 0093655
**FROST BROWN TODD LLC**
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
513-651-6800 Telephone
513-651-6981 Facsimile
rgold@fbtlaw.com
dlutz@fbtlaw.com
awebb@fbtlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 29, 2017, I caused the filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which was served on all parties receiving ECF notice in this case, and I further certify that on November 29, 2017, I caused the foregoing to be served via overnight delivery to the parties indicated below.

                */s/ Ronald E. Gold*

Gordmans Stores, Inc.
Attn: Andy Hall and James Brown
1926 South 67th Street
Omaha, Nebraska 68106
*Debtors*

Kirkland & Ellis LLP
Attn: Brad Weiland and Jamie R. Netznik
300 North LaSalle
Chicago, Illinois 60654

-and-

Kutak Rock LLP
Attn: Jeffrey T. Wegner and Lisa M. Peters
1650 Farnam Street
Omaha, Nebraska 68102
*Co-Counsel to the Debtors*

Office of the United States Trustee
for the District of Nebraska
Attn: Jerry L. Jensen
111 South 18th Plaza, Suite 1148,
Omaha, Nebraska 68102
*United States Trustee*

Riemer Braunstein LLP
Attn: Steven Fox and Donald E. Rothman
Seven Times Square, Suite 2506
New York, New York 10036

-and-

Greenberg Traurig, LLP
Attn: Jeffrey M. Wolf
One International Place, Suite 2000
Boston, Massachusetts 02110

-and-

Croker Huck Kasher DeWitt Anderson &
Gonderinger L.L.C.
Attn: Robert Gonderinger
2120 South 72nd Street, Suite 1200
Omaha, Nebraska 68124
*Co-Counsel to the Administrative Agent*

Koley Jessen P.C., L.L.O.
Attn: Brian J. Koenig
1125 S. 103rd Street, Ste. 800
Omaha, Nebraska 68124
*Co-Counsel to the Unsecured Creditors' Committee*

# EXHIBIT A

**Summary of Hours Billed by Professionals and Paraprofessional for the Fee Period**

| Name of Professional | Dept. | Title | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Ronald E. Gold | Bankruptcy and Restructuring | Member | 1989 | $580.00 | 2.9 | $1,682.00 |
| Douglas L. Lutz | Bankruptcy and Restructuring | Member | 1991 | $575.00 | 7.7 | $4,427.50 |
| A.J. Webb | Bankruptcy and Restructuring | Associate | 2015 | $220.00 | 0.4 | $88.00 |
| Erin P. Severini | Bankruptcy and Restructuring | Staff Attorney | 2002 | $255.00 | 1.8 | $459.00 |
| **TOTAL** | | | | | **12.8** | **$6,656.50** |

# EXHIBIT B

## Summary of Time by Project Category

| Project Code | Project Category | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 0.6 | $345.00 |
| B160 | Fee/Employment Applications | 3.7 | $1,551.50 |
| B180 | Avoidance Action Analysis | 0.8 | $464.00 |
| B310 | Claims Administration and Objections | 0.8 | $460.00 |
| B320 | Plan and Disclosure Statement | 6.9 | $3,836.00 |
| **TOTAL** | | **12.8** | **$6,656.50** |

## EXHIBIT C

**Summary of Expenses for the Fee Period**

| Description | Amounts |
| --- | --- |
| Copying | $27.30 |
| Delivery Services/Messengers | $8.88 |
| **TOTAL** | **$36.18** |

# EXHIBIT D

## Time and Expense Detail for the Fee Period

-11-

**EXHIBIT D**

**Time and Expense Detail for the Fee Period**



## Frost Brown Todd LLC
### ATTORNEYS

P.O. Box 5716
Cincinnati, OH 45201-5716
(513) 651-6800
Facsimile (513) 651-6981
www.frostbrowntodd.com

Official Committee of Unsecured Creditors of Gordmans
Stores, Inc.
Attn: Jeffrey N. Pomerantz
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

FED. ID# 61-0722001
November 22, 2017
Invoice # 11146011
Account # 0135890.0646308

REGARDING: Gordmans Stores Chapter 11 Cases

| | |
|---|---:|
| For Professional Services Rendered Through November 22, 2017 | $6,656.50 |
| Other Charges Through November 22, 2017 | $36.18 |
| **TOTAL THIS INVOICE** | **$6,692.68** |

**THANK YOU**
PAYMENT APPRECIATED WITHIN 30 DAYS
PLEASE INCLUDE YOUR INVOICE NUMBER ON CHECK

November 22, 2017
Gordmans Stores Chapter 11 Cases
Account # 0135890.0646308
Invoice # 11146011

## PHASE & TASK SUMMARY

| PHASE | TASK | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| B100 | B110 | Case Administration | 0.60 | 345.00 |
| B100 | B160 | Fee/Employment Applications | 3.70 | 1,551.50 |
| B100 | B180 | Avoidance Action Analysis | 0.80 | 464.00 |
| | | **TOTAL** | **5.10** | **$2,360.50** |
| B300 | B310 | Claims Administration and Objections | 0.80 | 460.00 |
| B300 | B320 | Plan and Disclosure Statement(including Business | 6.90 | 3,836.00 |
| | | **TOTAL** | **7.70** | **$4,296.00** |
| E100 | E101 | Copying | | 27.30 |
| E100 | E107 | Delivery services/Messengers | | 8.88 |
| | | **TOTAL** | **0.00** | **$36.18** |

2

November 22, 2017
Gordmans Stores Chapter 11 Cases
Account # 0135890.0646308
Invoice # 11146011

## ITEMIZED SERVICES

| DATE | DESCRIPTION | TMKR | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/01/17 | (B300.B320 ) Review and respond to emails re effective date issues and professional fee escrow funding. | DLL | 0.40 | 575.00 | 230.00 |
| 11/01/17 | (B100.B110 ) Conferences with two (2) unsecured creditors re case status and effective date status. | DLL | 0.60 | 575.00 | 345.00 |
| 11/01/17 | (B100.B160 ) Review and analyze fee statements and amount necessary to fund profession fee escrow. | EPS | 0.40 | 255.00 | 102.00 |
| 11/01/17 | (B100.B160 ) Send email to R. Gold re professional fee escrow. | EPS | 0.20 | 255.00 | 51.00 |
| 11/01/17 | (B300.B320 ) Email with L. Peters re effective date issues. | REG | 0.20 | 580.00 | 116.00 |
| 11/02/17 | (B100.B160 ) Phone call and email with C. Cabello re professional fee escrow. | EPS | 0.10 | 255.00 | 25.50 |
| 11/03/17 | (B300.B320 ) Review effective date conditions in confirmed Plan (.3); emails re same (.3). | DLL | 0.60 | 575.00 | 345.00 |
| 11/06/17 | (B100.B160 ) Review monthly fee draft pro forma (.3); review confirmed plan re timing/procedure for final fee applications (.3); emails to E. Severini re preparation of monthly fee statement and final fee application (.4); conference with E. Severini re same (.2); review final monthly invoice and email to E. Severini re same (.3). | DLL | 1.50 | 575.00 | 862.50 |
| 11/06/17 | (B300.B320 ) Review Debtors' counsel email re effective date conditions and conference call re same (.3); emails to Debtors' counsel re same (.3); emails to Plan Administrator re same (.3). | DLL | 0.90 | 575.00 | 517.50 |
| 11/06/17 | (B100.B160 ) Review FBT's October proforma. | EPS | 0.30 | 255.00 | 76.50 |
| 11/06/17 | (B100.B160 ) Communicate with C. Cabello and D. Lutz re professional fee escrow. | EPS | 0.10 | 255.00 | 25.50 |
| 11/07/17 | (B300.B320 ) Review META Advisors emails re effective date selection issues (.2); prepare for and participate in conference call with Debtors' counsel re same (.5); conference call with META Advisors re selection of November 15 as effective date (.3); follow up conference call with Debtors' counsel re same (.1); email to META Advisors re same (.2). | DLL | 1.30 | 575.00 | 747.50 |
| 11/07/17 | (B100.B160 ) Review draft monthly fee statement (.3); email to E. Severini re approval of same for filing (.1). | DLL | 0.40 | 575.00 | 230.00 |
| 11/07/17 | (B100.B160 ) Draft FBT's monthly fee statement. | EPS | 0.40 | 255.00 | 102.00 |
| 11/07/17 | (B100.B160 ) Prepare and file certifications of no objection for fee statements of FBT and Province. | EPS | 0.30 | 255.00 | 76.50 |
| 11/07/17 | (B300.B320 ) Emails re updates and status and issues re effective date. | REG | 0.20 | 580.00 | 116.00 |
| 11/09/17 | (B300.B310 ) Review Comenity Bank revised settlement and B. Koenig comments re same. | DLL | 0.80 | 575.00 | 460.00 |
| 11/10/17 | (B300.B320 ) Attention to effective date notice draft and email with META Advisors. | REG | 0.20 | 580.00 | 116.00 |

3

November 22, 2017
Gordmans Stores Chapter 11 Cases
Account # 0135890.0646308
Invoice # 11146011

| DATE | DESCRIPTION | | TMKR | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 11/13/17 | (B300.B320 ) | Attention to issues re effective date of plan and plan administrator. | AJW | 0.40 | 220.00 | 88.00 |
| 11/13/17 | (B300.B320 ) | Review email from META Advisors re plan administrator agreement issues (.2); review draft notice of effective date (.2); conference with R. Gold re plan administrator transition issues (.2). | DLL | 0.60 | 575.00 | 345.00 |
| 11/13/17 | (B300.B320 ) | Attention to plan effective date issues. | REG | 0.50 | 580.00 | 290.00 |
| 11/13/17 | (B100.B180 ) | Attention to review and analysis re avoidance actions. | REG | 0.80 | 580.00 | 464.00 |
| 11/14/17 | (B300.B320 ) | Extended call with META Advisors re plan and effective date transition issues and follow up re same. | REG | 1.00 | 580.00 | 580.00 |
| 11/15/17 | (B300.B320 ) | Review and respond to emails re effective date issues (.4); emails to Debtors' counsel re same (.2). | DLL | 0.60 | 575.00 | 345.00 |
| | **TOTAL** | | | **12.80** | | **6,656.50** |

## PERSONNEL FEE SUMMARY

| INIT | NAME | RANK | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| REG | Gold, Ronald E | Member | 2.90 | 580.00 | 1,682.00 |
| DLL | Lutz, Douglas L. | Member | 7.70 | 575.00 | 4,427.50 |
| AJW | Webb, Adam J | Associate | 0.40 | 220.00 | 88.00 |
| EPS | Severini, Erin P | Staff Attorney | 1.80 | 255.00 | 459.00 |
| | **TOTAL** | | **12.80** | | **$6,656.50** |

## ITEMIZED COSTS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/25/17 | United Parcel Service | United Parcel Service -- Next Day Air to FROST BROWN TODD LLC | 8.88 |

## SUMMARIZED COSTS

| DESCRIPTION | QTY | PER UNIT | TOTAL |
|---|---|---|---|
| Reproductions | 273.00 | 0.10 | 27.30 |
| **TOTAL** | | | **$27.30** |

| | **TOTAL COSTS** | **$36.18** |
|---|---|---|

4