**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEBRASKA**

| | |
|---|---|
| In re: | Chapter 11 |
| **GORDMANS STORES, INC.,** *et.al.*[1] | **Case No. 17-80304 (TLS)** |
| **Debtors.** | **(Jointly Administered)** |

**SUMMARY COVER SHEET TO COMBINED NINTH MONTHLY FEE STATEMENT OF KOLEY JESSEN P.C., L.L.O. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRE AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GORDMANS STORES, INC., ET AL. FROM NOVEMBER 1, 2017 THROUGH AND INCLUDING NOVEMBER 15, 2017, AND FINAL FEE APPLICATION OF KOLEY JESSEN P.C., L.L.O. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GORDMANS STORES, INC., ET AL. FROM MARCH 16, 2017 THROUGH AND INCLUDING NOVEMBER 15, 2017**

| | |
|---|---|
| **Name of Applicant** | Koley Jessen P.C., L.L.O. |
| **Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | March 13, 2017 |
| **Date of Approval of Employment** | April 27, 2017 [Doc. No. 406] |
| **Fee Period** | Monthly:  November 1, 2017 – November 15, 2017<br>Final:  March 16, 2017 – November 15, 2017 |
| **Total Hours Billed** | Monthly:  5.2<br>Final:  380.8 |
| **Total Fees Requested** | Monthly: $1,227.20 (80% of $1,534.00)<br>Final:  $116,866.00[2] |
| **Total Expenses Requested** | Monthly:  $181.91<br>Final:  $2,870.79[3] |
| **Total Fees and Expenses Requested** | Monthly:  $1,409.11<br>Final:  $119,736.79 |
| **Prior Fees Paid to Applicant** | $88,872.00 |
| **Prior Expenses Paid to Applicant** | $ 2,327.10 |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: G-Estate Liquidation Stores, Inc. formerly known as Gordmans Stores, Inc. (1987); Gordmans, Inc. (1211); Gordmans Management Company, Inc. (5281); Gordmans Distribution Company, Inc. (5421); Gordmans Intermediate Holdings Corp. (9938); and Gordmans LLC (1987).

[2]  This amount includes an additional $2,000.00 in fees for time (seven hours) incurred after the Effective Date that applicant estimates it has incurred related to the preparation of this Application. The applicant reserves the right to include any time expended or costs incurred in a supplemental application if it is not included herein.

[3]  This amount includes an additional $180.00 in expenses for costs incurred after the Effective Date that applicant estimates it will incur related to the service of this Application.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| In re: | Chapter 11 |
| GORDMANS STORES, INC., *et.al.* [1] | Case No. 17-80304 (TLS) |
| Debtors. | (Jointly Administered) |

**COMBINED NINTH MONTHLY FEE STATEMENT OF KOLEY JESSEN P.C.,
L.L.O. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF GORDMANS STORES, INC., ET AL. FROM
NOVEMBER 1, 2017 THROUGH AND INCLUDING NOVEMBER 15, 2017, AND FINAL
FEE APPLICATION OF KOLEY JESSEN P.C., L.L.O. FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
GORDMANS STORES, INC., ET AL. FROM MARCH 16, 2017 THROUGH AND
<u>INCLUDING NOVEMBER 15, 2017</u>**

In accordance with the *Order (I) Establishing Procedures for Interim Compensation and
Reimbursement of Expenses for Retained Professionals and Reimbursement of Creditors'
Committee Member Expenses, and (II) Granting Related Relief*, entered on April 17, 2017, [Doc.
No. 351] (the "<u>Interim Compensation Order</u>"),[2] the *Debtors' Joint Plan or Liquidation Pursuant
to Chapter 11 of the Bankrutpcy Code* [Doc. No. 912] (the "<u>Plan</u>"), as approved by the *Order (I)
Approving the Adequacy of Disclosure Statement for the Debtors' Joint Plan of Liquidation and
(II) Confirming Debtors' Modified Joint Chapter 11 Plan* [Doc. No. 1036] filed on October 18,
2017, and the *United States Trustee Guidelines for Reviewing Applications for Compensation and
Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*
(the "<u>UST Guidelines</u>"), Koley Jessen P.C., L.L.O. ("<u>KJ</u>"), local counsel to the Official Committee
of Unsecured Creditors (the "<u>Committee</u>") of the debtors and debtors in possession in the above-

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number,
include: G-Estate Liquidation Stores, Inc. formerly known as Gordmans Stores, Inc. (1987); Gordmans, Inc. (1211);
Gordmans Management Company, Inc. (5281); Gordmans Distribution Company, Inc. (5421); Gordmans Intermediate
Holdings Corp. (9938); and Gordmans LLC (1987).
[2] Terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation
Order and Plan (defined herein), as applicable.

captioned cases (the "Debtors"), hereby submits this combined ninth monthly statement of fees and expenses (the "Ninth Monthly Fee Statement") seeking compensation and reimbursement of fees and expenses for the monthly period of November 1, 2017, through and including November 15, 2017 (the "Ninth Monthly Fee Period"), and first and final application (the "Final Fee Application," and together with the Ninth Monthly Fee Statement, this "Application") seeking compensation and reimbursement of fees and expenses for the period of March 16, 2017, through and including November 15, 2017 (the "Final Fee Application Period").   In support of this Application, KJ respectfully states:

## Jurisdiction and Statutory Predicates

1.      The United States Bankruptcy Court for the District of Nebraska (the "Court") has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.

2.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).

3.      The statutory predicates for the relief requested herein are sections 105, 330, and 331 of the Bankruptcy Code, Rule 2016(a) of the Bankruptcy Rules, and Local Rule 2016-1.

## Background

4.      On March 13, 2017 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in this Court. The Debtors operated their businesses and managed their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      On March 15, 2017, the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code. The members of the Committee were: (i) Werner Enterprises, Inc.; (ii) Marketplace on First, LC; (iii) GGP Limited Partnership;

(iv) Catalyst Westowne, LLC; (v) Kellermeyer Bergensons Services, LLC; (vi) DDR Corp.; and (vii) Ezrasons Inc.

6.      On April 17, 2017, this Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation of services rendered and reimbursement of expenses incurred for Retained Professionals.

7.      On April 26, 2017, the Committee filed the Application of the Official Unsecured Creditors Committee for an Order Authorizing the Employment and Retention of Koley Jessen P.C., L.L.O. as Local Counsel Effective as of March 16, 2017 [Doc. No. 400] (the "Retention Application").

8.      On April 27, 2017, this Court entered an order approving the Retention Application [Doc. No. 406].

9.      On October 18, 2017, this Court entered an order confirming the Debtors' Plan. The effective date of the Plan occurred on November 15, 2017 [Docket No. 1057] (the "Effective Date").

10.     The Plan requires the filing of all final fee applications by no later than forty-five (45) days after the Effective Date, using Bankruptcy Rule 9006(a) to compute time and making January 2, 2018, the deadline.

## **Relief Requested**

11.     By the Ninth Monthly Fee Statement, KJ seeks payment of $1,227.20, which represents 80 percent of the total amount of compensation sought for actual and necessary professional services rendered during the Ninth Monthly Fee Period and $181.91, which represents 100 percent of KJ's actual and necessary expenses incurred during the Ninth Monthly Fee Period.

12.     By the Final Fee Application, KJ seeks final allowance of $116,866.00 as compensation for professional services rendered to the Committee during the Final Fee Application

Period and $2,870.79 as reimbursement for actual and necessary expenses incurred by KJ for the Committee during the Final Fee Application Period, which together total $119,736.79. As part of the $119,736.79 total, KJ has included $2,000.00, which represents the estimated amount of compensation for necessary professional services rendered after the Final Fee Application Period for approximately seven hours of time spent in connection with the preparation of this Application, and $180.00, which represents an estimate of KJ's actual and necessary expenses incurred after the Final Fee Application Period in the service of this Application.  If the actual amount of fees and expenses for the foregoing activities is below $2,180.00, KJ will only seek compensation of the amount of fees and reimbursement of the amount of expenses that are actually incurred and will refund the difference to the Professional Fee Escrow Account.

### Fees and Expenses Incurred by KJ During the Final Fee Application Period

13.     The services provided by KJ during the Final Fee Application Period have been actual and necessary and have benefited the Committee. Reasonable compensation for the services provided during the Final Fee Application Period based on the time, the nature, the extent, and the value of such services, and the costs of such services is $119,736.79.

14.     KJ maintains detailed, daily computerized time records in the ordinary course of its business. These time records are prepared contemporaneously with the corresponding services to the Committee. The records indicate: (i) the person performing the services, (ii) the date of the services, (iii) a detailed description of services, and (iv) the length of time (in tenths of hours increments) rendered for the services.

15.     Pursuant to the UST Guidelines, a summary of the names, positions, and hourly rates of each professional who billed time during the Final Fee Application Period in connection with KJ's engagement by the Committee is attached hereto and incorporated herein as **Exhibit E**.

16.     In compliance with the UST Guidelines, attached hereto and incorporated herein as **Exhibit F** is a summary of the total hours and fees for each project category for the Final Fee Application Period.

17.     Attached as **Exhibit G** is a summary of all expenses incurred by KJ during the Final Fee Application Period.

18.     As required by the Interim Compensation Order and as set forth below, KJ filed and served the following monthly fee statements on the Application Recipients setting forth the full amount of its fees and expenses for each month of the Final Fee Application Period, save for the Ninth Monthly Fee Statement, which is included within this Application.   No Application Recipients (as defined below) objected to any of KJ's monthly fee statements set forth below, and under the Interim Compensation Order, the Debtors were authorized to pay 80 percent of the monthly fees and 100 percent of the monthly expenses sought by KJ for each month of the Fee Period, without prior application to the Court:

| Date Filed | Period | Fees Requested | Expenses Requested | Fees Paid (80%) | Expenses Paid (100%) |
|---|---|---|---|---|---|
| 5/8/17 Doc. 440 | March | $29,203.50 | $80.30 | $23,362.80 | $80.30 |
| 5/30/17 Doc. 523 | April | $30,578.80 | $926.08 | $30,578.80 | $926.08 |
| 7/13/17 Doc. 803 | May | $10,883.00 | $181.17 | $8,706.40 | $181.17 |
| 7/31/17 Doc. 874 | June | $8,070.50 | $272.48 | $6,456.40 | $272.48 |
| 8/28/17 Doc. 941 | July | $16,675.50 | $684.37 | $13,340.40 | $684.37 |
| 9/27/17 Doc. 998 | Aug. | $5,001.00 | $182.70 | $4,000.80 | $182.70 |
| 10/24/17 Doc. 1043 | Sept. | $3,033.00 | $3.00 | $2,426.40 | $3.00 |

| 11/21/17 Doc. 1061 | Oct. | $2,242.00 | $178.78 | | |
|---|---|---|---|---|---|

19.     Attached as **Exhibit H** are KJ's monthly fee statements that were filed with this Court.

### Summary of Legal Services Rendered During the Fee Period

20.     In compliance with the UST Guidelines, the following summary identifies the areas in which services were rendered by KJ to and for the benefit of the Committee, and the issues/categories to which KJ devoted time and efforts during the Fee Period.  The summary is divided according to project billing codes reflecting the categories of tasks that KJ performed in connection with these Chapter 11 Cases.  Nevertheless, given the interconnectedness of certain issues in these Chapter 11 Cases, certain of these categories may overlap with each other.

**Case Administration**
Fees: $11,754.00  Hours Billed: 38.1

This category includes time spent by KJ relating to day-to-day management and prosecution of these Chapter 11 Cases, including, among other things, (i) reviewing correspondence and pleadings; (ii) addressing various miscellaneous administrative tasks; (iii) monitoring critical dates and deadlines; and (iv) communicating with Debtors, creditors, and other parties in interest regarding case administration issues.

**Fee/Employment Applications**
Fees: $8,635.00  Hours Billed: 28

This category includes time spent by KJ preparing, reviewing, and filing its Retention Application, its Monthly Fee Statements, and its certifications of no objection related thereto. This category also includes time spent by KJ reviewing retention applications and monthly fee statements filed by the Debtors' other professionals and discussing objections to the same with Debtors.

**Comenity Bank Dispute**
Fees: $8,142.50  Hours Billed: 27.6

This category includes time spent by KJ reviewing and analyzing the dispute between Comenity Bank and the Debtors regarding Comenity Bank's withholding of certain monies based on a claim for recoupment and/or setoff of a one million dollar bonus paid by Comenity Bank to the Debtors

that Comenity Bank alleged it had been fraudulently induced into paying.  KJ, among other things, sent a litigation hold letter to Comentiy Bank, communicated with counsel for Comenity Bank, investigated the underlying facts surrounding the dispute, and participated in the negotiations that resulted in a resolution to the dispute.

## Asset Disposition
Fees:  $20,232.50  Hours Billed: 65

This category includes time spent by KJ in connection with the disposition of the Debtors' assets. During the Final Fee Application Period, KJ, among other things, (i) communicated with the Committee, the Debtors, the Debtors' professionals, potential purchasers, and other parties in interest regarding the sale of substantially all of the Debtors' assets; (ii) analyzed, negotiated, and revised proposed agency and asset purchase agreements, the proposed sale process, the proposed sale order, and all related pleadings; (iii) advised the Committee with respect to the proposed sale process and coordinated with various parties in interest regarding same; (iv) worked with various contract counterparties to resolve objections and concerns in connection with agency and asset purchase agreements; (v) filed an objection to the Debtors' bid procedures motion and prepared and attended hearings related thereto; (vi) analyzed with the Committee and its other professionals alternatives to Debtors' proposed sale process; (vii) reviewed objections and related documents submitted in connection with the sale process; (viii) communicated and negotiated with DSW Leased Business Division LLC dba Affiliated Business Group regarding concerns with sale process; (ix) communicated and coordinated with the purchaser regarding the sale transaction and closing, including, but not limited to, the transition and assumption of certain executory contracts and unexpired leases of nonresidential real property; and (x) addressed other post-sale order issues.

## Motion for Relief from Stay
Fees:  $206.50  Hours Billed: 0.7

This category includes time spent by KJ reviewing and analyzing the motion for relief from the automatic stay filed by DSW Leased Business Division LLC dba Affiliated Business Group and communicating with Debtors' counsel regarding the same.

## Asset Analysis Recovery
Fees:  $5,245.50  Hours Billed: 17.4

This category includes time spent investigating the Debtors' assets, analyzing potential recoveries, and reviewing and analyzing the Debtors' schedules and statement of financial affairs.

## Creditor Communication
Fees:  $3,148.00  Hours Billed: 9.4

This category includes time spent by KJ communicating with the Committee and other creditors concerning all aspects of these Chapter 11 Cases. During the Final Fee Application Period, KJ

communicated and conferred with the Committee regarding, among other things, strategy, case developments, status updates, filing of claims, the sale process, recently filed pleadings, and the plan process.

**Financing/Cash Collateral**
Fees: $31,004.00 Hours Billed: 108.2

This category includes time spent by KJ in investigating the extent and validity of Wells Fargo's claims and liens and in participating in and reviewing proposed cash collateral stipulations and proceedings. During the Final Fee Application Period, KJ, among other things, (i) reviewed and analyzed the Debtors' cash collateral motion and all relevant financial documents related thereto; (ii) edited the Committee's objection thereto; (iii) negotiated with the Debtors, lenders and various stakeholders regarding the cash collateral motion, financing terms, and final order; (iv) reviewed the Debtors' budget and financial documents related thereto; (v) revised the final order on cash collateral; (vi) attended hearings related thereto; (vii) conferred with Debtors' professionals regarding the Debtors' cash usage pursuant to the budget; and (viii) investigated the extent and validity of Wells Fargo's claims and liens.

**Investigation of Dividend/Recap & Other Claims**
Fees: $26,498.00 Hours Billed: 86.4

This category includes time spent investigating claims related to the Debtors' issuance of a dividend in 2013 through a recapitalization. During the Final Fee Application Period, KJ (i) investigated the Debtors' capital structure, 2013 dividend recapitalization, and potential causes of actions and claims against the Debtors' directors and officers; (ii) analyzed and researched legal issues related to potential claims and causes of action against the Debtors' directors and officers relating to, among other things, breach of fiduciary duties, fraud, insider/fraudulent transfers, improper redemptions, corporate waster and equitable tolling of statute of limitations; (iii) analyzed and researched legal issues related to the debtors' directors and officers liability insurance policy; (iv) negotiated the production of business and corporate records by the Debtors and analyzed and reviewed same; (v) conferred and met with Debtors' professionals regarding potential claims against Debtors' directors and officers; and (vi) participated in Committee investigation interview of Debtors and Duff & Phelps and conferred with Committee professionals regarding same.

## KJ's Services

21.    The Committee engaged KJ to act as its counsel, and KJ has provided the following services to the Committee:

a.    Assisted, advised, and represented the Committee in understanding its rights, duties, and powers under the Bankruptcy Code and the Bankruptcy Rules;

b.      Assisted, advised, and represented the Committee in its consultations with Debtors relative to the administration of these Cases;

c.      Assisted, advised, and represented the Committee with respect to Debtors' retention of professionals and advisors with respect to Debtors' business and these Cases;

d.      Assisted, advised and represented the Committee in analyzing Debtors' assets and liabilities, in investigating the extent and validity of Wells Fargo's claims and liens, and in participating in and reviewing proposed asset sales, asset dispositions, financing arrangements, and cash collateral stipulations and proceedings;

e.      Assisted, advised, and represented the Committee in its investigation of the acts, conduct, assets, liabilities, and financial condition of Debtors, Debtors' operations, and the desirability of the continuance of any portion of those operations, and any other matters relevant to the Cases and to the formulation of the Plan;

f.      Assisted, advised, and represented the Committee in its participation in the negotiation and formulation of the Plan;

g.      Assisted, advised, and represented the Committee in the evaluation of claims and on certain litigation matters, including the dispute with Comenity Bank;

h.      Assisted, advised, and represented the Committee in its communications with the general creditor body regarding significant matters in these Cases;

i.      Represented the Committee at hearings and other proceedings;

j.      Reviewed and analyzed applications, motions, complaints, orders, statements of operations, schedules, and other filings with the Court and advised the Committee as to their propriety, and, to the extent deemed appropriate by the Committee, supported, joined, or objected thereto;

k.      Prepared pleadings, including, without limitation, applications, motions, memoranda, objections, and comments in connection with any matter related to Debtors or these Cases; and

l.      Performed such other legal services as were required or were deemed to be in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules, or other applicable law.

22.      The professional services performed by KJ during the Final Fee Application Period were appropriate and necessary and were in the best interests of the Committee. The compensation requested is commensurate with the importance, complexity, and nature of the services provided.

23.      The services were performed in an appropriately expeditious and efficient manner.

24.     The professional services performed by KJ during the Final Fee Application Period required an aggregate expenditure of 380.8 recorded hours by KJ professionals.

25.     During the Final Fee Application Period, KJ's hourly billing rates for attorneys ranged from $370.00 to $185.00 per hour. These fees and rates are reasonable based on the customary compensation charged by comparably skilled practitioners in bankruptcy cases in this Court.

## Actual and Necessary Expenses

26.     As set forth in **Exhibit G** hereto, KJ disbursed $2,690.79 for expenses during the Final Fee Application Period and expects to disburse another $180.00 to FedEx in connection with the service of this Application.

27.     The actual expenses incurred were necessary, reasonable, and justified under the circumstances.

## Attorney Statement Pursuant to UST Guidelines

28.     The following statement is provided pursuant to UST Guidelines:

Question: Did you agree to any variations from, or alternatives to your standard or customary billing rates, fees, or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.

Response: No.

Question: If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

Response: N/A.

Question: Have any of the professionals included in this fee application varied their hourly rates based on the geographic location of the bankruptcy case?

Response: No.

Question: Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in

preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.

Response: No.

Question: Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

Response: No.

Question: Does this fee application include rate increases since retention?

Response: No.

### Services Rendered and Expenses Incurred During Ninth Monthly Fee Period

29.     Attached as **Exhibit A** is a timekeeper summary that includes the names, positions, and hourly rates of each professional and paraprofessional who billed time during the Ninth Monthly Fee Period.

30.     Attached as **Exhibit B** is a project summary that includes the total hours spent by KJ professionals and paraprofessionals per project category for the Ninth Monthly Fee Period.

31.     Attached as **Exhibit C** is a summary of all expenses incurred by KJ during the Ninth Monthly Fee Period.

32.     Attached as **Exhibit D** are KJ's detailed time and expense records of KJ for the Ninth Monthly Fee Period.

### Total Fees and Expenses Sought for the Ninth Monthly Fee Period

33.     The total amount sought for fees for services rendered and reimbursement of expenses incurred for the Ninth Monthly Fee Period are as follows:

| | |
|---|---|
| **Total Fees for the Ninth Monthly Fee Period** | $ 1,534.00 |
| **Total Expenses for the Ninth Monthly Fee Period** | $   181.91 |
| **TOTAL** | $ 1,715.91 |

34.     Pursuant to the Interim Compensation Order, KJ seeks payment of $1,409.11, which equals (i) 80 percent of KJ's total fees for services rendered during the Fee Period and (ii) 100 percent of KJ's total expenses incurred during the Fee Period.

| 80% of Total Fees for the Ninth Monthly Fee Period | $ 1,227.20 |
| 100% Total Expenses for the Ninth Monthly Fee Period | $ 181.91 |
| TOTAL | $ 1,409.11 |

### Total Fees and Expenses Sought for the Final Fee Application Period

35.     The total amount sought for fees for services rendered and reimbursement of expenses incurred for the Final Fee Application Period are as follows:

| Total Fees for the Final Fee Application Period | $116,866.00 |
| Total Expenses for the Final Fee Application Period | $ 2,870.79 |
| TOTAL | $119,736.79 |

36.     KJ seeks a final allowance in the amount of $119,736.79, which equals (i) 100% of KJ's total fees for services rendered during the Final Fee Application Period, (ii) 100% of KJ's total expenses incurred during the Final Fee Application Period, and (iii) 100% of KJ's estimated fees and expenses in preparing and serving this Application that were incurred outside of the Final Fee Application Period.

### Notice and Objections Procedures for the Ninth Monthly Fee Statement

37.     No trustee or examiner has been appointed in these chapter 11 cases. In accordance with the Interim Compensation Order, notice of the Ninth Monthly Fee Statement has been served, via overnight delivery and the Court's ECF system, on:  (i) the Debtors, Gordmans Stores, Inc., 13917 Gold Circle, Suite 200, Omaha, Nebraska 68144, Attn: Roger Glenn; (ii) co- counsel to the Debtors, Kutak Rock LLP, The Omaha Building, 1650 Farnam Street, Omaha, Nebraska 68102, Attn: Jeffrey T. Wegner and Lisa M. Peters; (iii) co-counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn: Brad Weiland and Jamie R. Netznik; (iv) the Office of the United States Trustee for the District of Nebraska, 111 South 18th Plaza,

Suite 1148, Omaha, Nebraska 68102, Attn: Jerry L. Jansen; (v) co-counsel to the administrative

agent, Riemer Braunstein LLP, Seven Times Square, Suite 2506, New York, New York 10036,

Attn: Steven Fox and Donald E. Rothman; (vi) co-counsel to the administrative agent,  Greenberg

Traurig, LLP, One International Place, Suite 2000, Boston, Massachusetts 02110, Attn:

Jeffrey M. Wolf; (vii) co-counsel to the administrative agent, Croker Huck Kasher DeWitt

Anderson & Gonderinger, L.L.C., 2120 South 72nd Street, Suite 1200, Omaha, Nebraska 68124,

Attn: Robert Gonderinger; and (viii) lead counsel to the Committee, Frost Brown Todd LLC,

3300 Great American Tower, 301 East Fourth Street, Cincinnati, Ohio 45202, Attn: Ronald E.

Gold and Douglas L. Lutz (the "Application Recipients"). KJ submits that no other or further

notice need be provided.

38.     Pursuant to the Interim Compensation Order, objections to the Ninth Monthly Fee

Statement, if any, must be served upon KJ and the Application Recipients no later than fourteen

days after service of the Ninth Monthly Fee Statement (the "Review Deadline") setting forth the

precise nature of the objection and the amount at issue.

39.     If no objections to this Ninth Monthly Fee Statement are made on or before the

Review Deadline and upon the filing of a certificate of no objection with this Court with respect

to the unopposed portion of the fees and expenses requested in the Ninthly Monthly Fee Period by KJ,

the Debtors will pay KJ: (i) 80 percent of KJ's total fees for services rendered during the Ninth

Monthly Fee Period and (ii) 100 percent of KJ's total expenses incurred during the Ninth Monthly

Fee Period.

40.     To the extent a Notice of Objection to Ninth Monthly Fee Statement is received

on or before the Review Deadline, the objecting party and KJ shall attempt to resolve the

objection on a consensual basis. If the parties reach an agreement, the Debtors shall promptly pay

80 percent of the agreed-upon fees and 100 percent of the agreed-upon expenses. If, however, the

parties are unable to reach a resolution within 14 days after service of the Notice of Objection to

Monthly Fee Statement, the objecting party shall file its objection (the "<u>Objection</u>") with this

Court within 3 business days and serve such Objection on KJ and each of the other

Application Recipients. Thereafter, KJ may either (i) file with the Court a response to the

Objection, together with a request for payment of the Disputed Amount or (ii) forego payment of

the Disputed Amount until the final fee application hearing at which time this Court will consider

the Objection, if requested by the parties.

<strong><u>Final Allowance of Requested Compensation</u></strong>

41.    Section 331 of the Bankruptcy Code provides for interim compensation of

professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to

govern the Court's award of such compensation. *See* 11 U.S.C. § 331. Section 330 provides that a

court may award a professional employed under section 328 of the Bankruptcy Code "reasonable

compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary

expenses." *See* 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of

such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded
> . . . , the court should consider the nature, the extent, and the value of
> such services, taking into account all relevant factors, including –
>
> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the
> administration of, or beneficial at the time at which the service was
> rendered toward the completion of, a case under this title;
>
> (D) whether the services were performed within a reasonable
> amount of time commensurate with the complexity, importance, and
> nature of the problem, issue, or task addressed;
>
> (E) with respect to a professional person, whether the person
> is board certified or otherwise has demonstrated skill and experience in

the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

42.     Here, the services rendered by KJ and for which compensation is sought in this Application were necessary for, beneficial to, and in the best interests of, the Committee.  KJ worked diligently to maximize value of the Debtors' estate for the benefit of all unsecured creditors. The services rendered by KJ were performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved, and were reasonable in light of the value of such services to the Committee, KJ's demonstrated skill and expertise in the bankruptcy field, and the customary compensation charged by comparable skilled practitioners.

43.     All services for which KJ seeks compensation were performed for or on behalf of the Committee. KJ has received no payment and no promises for payment from any source other than the Debtors for services rendered in connection with the matters covered by this Application.

44.     There is no agreement as to the sharing of any compensation to be paid to KJ, other than sharing among the shareholders of KJ. Compensation previously paid to KJ has not been shared with any person, other than the shareholders of KJ.

45.     KJ has reviewed the requirements of Local Rule 2016-1 and believes that this Application and the Exhibits attached hereto are in compliance with such Rule.

### **Conclusion**

WHEREFORE, KJ respectfully requests that this Court enter an order:

(i) awarding KJ allowance of fees for the Final Fee Application Period in the aggregate amount of $116,866.00;

(ii) awarding KJ allowance of expenses for the Final Fee Application Period in the aggregate amount of $2,870.79;

(iii) authorizing and directing the Debtors to pay KJ the unpaid balance of such amounts; and

(iv) granting such other relief as is just and proper.

Dated:  January 2, 2018.                    Respectfully submitted,


                                            */s/ Brian J. Koenig*
                                            Brian J. Koenig, #23807
                                            **KOLEY JESSEN P.C., L.L.O.**
                                            1125 South 103rd Street, Suite 800
                                            Omaha, NE 68124
                                            (402) 390-9500
                                            (402) 390-9005 (fax)
                                            Brian.Koenig@koleyjessen.com

                                            ***Local Counsel for the***
                                            ***Official Committee of Unsecured Creditors***

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2018, I caused the filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which was served on all parties receiving ECF notice in this case, and I further certify that on January 2, 2018, I caused the foregoing to be served via overnight delivery to the parties indicated below.


*/s/ Brian J. Koenig*

Gordmans Stores, Inc.
Attn:  Roger Glenn
13917 Gold Circle, Suite 200
Omaha, NE  68144
*Debtors*

Kirkland & Ellis LLP
Attn:  Brad Weiland and Jamie R. Netznik
300 North LaSalle
Chicago, IL  60654

and

Kutak Rock LLP
Attn:  Jeffrey T. Wegner and Lisa M. Peters
1650 Farnam Street
Omaha, NE  68102
*Co-Counsel to the Debtors*

Office of the United States Trustee
For the District of Nebraska
Attn:  Jerry L. Jensen
111 South 18th Plaza, Suite 1148
Omaha, NE  68102
*United States Trustee*

Riemer Braunstein LLP
Attn:  Steven Fox and Donald E. Rothman
Seven Times Square, Suite 2506
New York, NY  10036

and

Greenberg Traurig, LLP
Attn:  Jeffrey M. Wolf
One International Place, Suite 2000
Boston, MA  02110

and

Croker Huck Kasher DeWitt Anderson &
Gonderinger L.L.C.

Attn:  Robert Gonderinger
2120 South 72nd Street, Suite 1200
Omaha, NE  68124
*Co-Counsel to the Administrative Agent*

Frost Brown Todd LLC
Attn:  Ronald E. Gold and Douglas L. Lutz
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH  45202
*Lead Counsel to the Committee*

**EXHIBIT A**

**Summary of Hours Billed by Professionals and Paraprofessional for the Ninth Monthly Fee Period**

| Name of Professional | Dept | Title | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Brian J. Koenig | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 2007 | $295.00 | 5.2 | $1,534.00 |
| **TOTAL** | | | | | 5.2 | $1,534.00 |

**EXHIBIT B**

**Summary of Time by Project Category**

| **Project Category** | **Hours** | **Amount** |
|---|---|---|
| Case Administration | 0.3 | $88.50 |
| Fee/Employment Applications | 0.5 | $147.50 |
| Comenity Bank Dispute | 4.4 | $1,298.00 |
| Asset Analysis Recovery | ---- | ---- |
| Creditor Communication | ---- | ---- |
| Investigation of Dividend/Recap & Other Claims | ---- | ---- |
| **TOTAL** | 5.2 | $1,534.00 |

**EXHIBIT C**

**Summary of Expenses for the Ninth Monthly Fee Period**

| Description | Amounts |
|---|---|
| FedEx | $177.51 |
| Public Records | $   4.40 |
| **TOTAL** | **$181.91** |

**EXHIBIT D**

# KOLEY ■ JESSEN

**KOLEYJESSEN ■ COM**

**KOLEY JESSEN P.C., L.L.O.**
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE  68124

*PHONE:* 402.390.9500

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.
c/o Julie Minnick Bowden, Chair
GGP, a Retail Real Estate Company
110 N Wacker Drive
Chicago, IL  60606

| Matter # | Matter Name | Fees | Disbursements | Total |
|----------|-------------|------|---------------|-------|
| 19279-0000-0366 | Gordmans Chapter 11 | $1,534.00 | $181.91 | $1,715.91 |
| | Total This Billing Period | $1,534.00 | $181.91 | $1,715.91 |
| | Total Current | | | $1,715.91 |

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 11/08/2017 | FEA: Prepare and file Certificate of No Objection regarding fee statement; draft email to Lisa Peters regarding the same. | BJK | 0.10 | $29.50 |
| 11/08/2017 | CBD: Call with Doug Lutz regarding Comenity Bank's revisions to Motion to Approve (.1 ): CBD: review and analyze Comenity Bank's revisions to proposed settlement and debtors' edits and revisions to the same (1.3):CBD: calls with Carol Cabello at Province regarding whether potential avoidance actions against Comenity Bank exist (.2):CBD: email to Lisa Peters with Committee's thoughts on revised settlement (.3) | BJK | 1.90 | $560.50 |
| 11/10/2017 | FEA: prepare Eighth Monthly Fee Statement (.3): FEA: email to Julie Minnick with draft of Eighth Monthly Fee Statement for approval (.1). | BJK | 0.40 | $118.00 |
| 11/13/2017 | CA: receive and review monthly operating report for October. | BJK | 0.30 | $88.50 |
| 11/14/2017 | CBD: email correspondence with counsel for debtors and plan administrator regarding transitioning Comenity Bank matter and status of the same (.3): call with Rob Berner. counsel for Comenity Bank, regarding final outstanding issues and transition of matter to plan administrator (.3): call with Lisa Peters, counsel for debtors, regarding transitioning Comenity Bank matter and status of the same (.2):email to plan administrator with background information related to dispute with Comenity Bank and thoughts regarding moving matter to conclusion (.6):call with Ron Gold regarding transitioning Comenity Bank matter to plan administrator (.1) | BJK | 1.50 | $442.50 |
| 11/15/2017 | CBD: email to Dana Kane with additional background information related Comenity Bank dispute (.2); CBD: receive and review e-mail from Rob Berner, counsel for Comenity Bank, with redline of most recent draft of 9019 motion settling dispute (.1); CBD: receive and analyze draft of 9019 Motion (.7) | BJK | 1.0 | $295.00 |

## Disbursement Details

| Date | Type | Amount |
|------|------|--------|
| 10/24/2017 | Federal Express- Express Mail: 10/24/17 Omaha. NE | $17.39 |
| 10/24/2017 | Federal Express- Express Mail: 100/24/17 Boston. MA | $27.45 |
| 10/24/2017 | Federal Express- Express Mail: 10/24/17 Cincinnati. OH | $27.27 |
| 10/24/2017 | Federal Express- Express Mail: 10/24/17 New York. NY | $27.45 |
| 10/24/2017 | Federal Express- Express Mail: 10/24/17 Omaha. NE | $17.39 |
| 10/24/2017 | Federal Express- Express Mail: 10/24/17 Chicago, IL | $25.78 |
| 10/24/2017 | Federal Express- Express Mail: 10/24117 Omaha, NE | $34.78 |
|  | Advanced Costs for Public Records | $4.40 |

**EXHIBIT E**

**Summary of Hours Billed by Professionals and Paraprofessional for the Final Fee Application Period**

| Name of Professional | Dept | Title | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Brian J. Koenig | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 2007 | $295.00 | 248.3 | $73,248.50 |
| Donald L. Swanson | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 1980 | $370.00 | 67.7 | $25,049.00 |
| Matthew J. Speiker | Banking, Finance & Creditors' Rights | Shareholder | 2003 | $310.00 | 35.6 | $11,036.00 |
| Kristin M.V. Krueger | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 2008 | $265.00 | 5.6 | $1,484.00 |
| Comran E. Sharif | Corporate | Associate | 2015 | $195.00 | 4.0 | $780.00 |
| Maureen E. Fulton | Litigation | Staff Attorney | 2012 | $185.00 | 8.1 | $1,498.50 |
| Teri R. Gibbons | Litigation | Paralegal | | $165.00 | 3.0 | $495.00 |
| Sandra L. Armstrong | Litigation | Paralegal | | $150.00 | 4.9 | $735.00 |
| Kimberly Nelson | Banking, Finance & Creditors' Rights | Paralegal | | $150.00 | 3.6 | $540.00 |
| **TOTAL** | | | | | 380.8 | $114,866.00 |

**EXHIBIT F**

**Summary of Time by Project Category**

| Project Category | Hours | Amount |
|---|---|---|
| Case Administration | 38.1 | $11,754.00 |
| Fee/Employment Applications | 28 | $8,635.00 |
| Comenity Bank Dispute | 27.6 | $8,142.50 |
| Asset Disposition | 65 | $20,232.50 |
| Motion for Relief from Stay | 0.7 | $206.50 |
| Asset Analysis Recovery | 17.4 | $5,245.50 |
| Creditor Communication | 9.4 | $3,148.00 |
| Financing/Cash Collateral | 108.2[1] | $31,004.00 |
| Investigation of Dividend/Recap & Other Claims | 86.4 | $26,498.00 |
| **TOTAL** | 380.8 | $114,866.00 |

---

[1] KJ's investigation of the amount, allowance, validity, priority, perfection, or extent of liens and claims asserted or held by Wells Fargo is included within this category.

**EXHIBIT G**

**Summary of Expenses for the Final Fee Application Period**

| Description | Amounts |
|---|---|
| Pacer | $209.60 |
| Research (Westlaw) | $247.76 |
| Delaware UCC/Lien Searches | $611.00 |
| Nebraska Secretary of State Searches | $33.75 |
| Kansas UCC/Lien Searches | $10.00 |
| Airfare/Parking – Chicago 7/11/17 | $308.46 |
| Parking | $12.00 |
| FedEx | $1,250.82 |
| Public Records | $7.40 |
| **TOTAL** | **$2,690.79** |

**EXHIBIT H**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEBRASKA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **GORDMANS STORES, INC., *et al.*,**[1] | **Case No. 17-80304 (TLS)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

**FIRST MONTHLY FEE STATEMENT OF KOLEY JESSEN P.C., L.L.O. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GORDMANS STORES, INC., ET AL. FROM MARCH 16, 2017 THROUGH AND INCLUDING MARCH 31, 2017**

| | |
|---|---|
| **Name of Applicant** | Koley Jessen P.C., L.L.O. |
| **Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | March 13, 2017 |
| **Date of Approval of Employment** | April 27, 2017 [Doc. No. 406] |
| **Fee Period** | March 16, 2017 – March 31, 2017[2] |
| **Total Hours Billed** | 95.7 |
| **Total Fees Requested** | $23,362.80 (80% of $29,203.50) |
| **Total Expenses Requested** | $80.30 |
| **Total Fees and Expenses Requested** | $23,443.10 |
| **Prior Fees Paid to Applicant** | N/A |
| **Prior Expenses Paid to Applicant** | N/A |

This is a: <u>X</u> Monthly    __ Interim    __ Final Fee Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Gordmans Stores, Inc. (1987); Gordmans, Inc. (1211); Gordmans Management Company, Inc. (5281); Gordmans Distribution Company, Inc. (5421); Gordmans Intermediate Holdings Corp. (9938); and Gordmans LLC (1987).

[2] KJ reserves the right to include any time expended in the Fee Period in future application(s) if it is not included herein.

In accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and Reimbursement of Creditors' Committee Member Expenses, and (II) Granting Related Relief*, entered on April 17, 2017, [Doc. No. 351] (the "Interim Compensation Order")[3], Koley Jessen P.C., L.L.O. ("KJ"), local counsel to the Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession in the above-captioned cases (the "Debtors"), hereby submits this statement of fees and expenses (the "First Monthly Fee Statement") seeking compensation and reimbursement of expenses for the period of March 16, 2017 through and including March 31, 2017 (the "Fee Period"). By this First Monthly Fee Statement, KJ seeks payment of: $23,362.80, which represents 80 percent of the total amount of compensation sought for actual and necessary professional services rendered during the Fee Period, and $80.30, which represents 100 percent of KJ's actual and necessary expenses incurred during the Fee Period.

## Services Rendered and Expenses Incurred

1.      Attached as **Exhibit A** is a timekeeper summary that includes the names, positions, and hourly rates of each professional and paraprofessional who billed time during the Fee Period.

2.      Attached as **Exhibit B** is a project summary that includes the total hours spent by KJ professionals and paraprofessionals per project category for the Fee Period.

3.      Attached as **Exhibit C** is a summary of all expenses incurred by KJ during the Fee Period.

4.      Attached as **Exhibit D** are KJ's detailed time and expense records of KJ for the Fee Period.

---

[3] Terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

**Total Fees and Expenses Sought for the Fee Period**

5.    The total amount sought for fees for services rendered and reimbursement of expenses incurred for the Fee Period are as follows:

| | |
|---|---|
| **Total Fees for the Fee Period** | $29,203.50 |
| **Total Expenses for the Fee Period** | $    80.30 |
| **TOTAL** | $29,283.80 |

6.    Pursuant to the Interim Compensation Order, KJ seeks payment of $23,443.10, which equals (i) 80 percent of KJ's total fees for services rendered during the Fee Period and (ii) 100 percent of KJ's total expenses incurred during the Fee Period.

| | |
|---|---|
| **80% of Total Fees for the Fee Period** | $23,362.80 |
| **100% Total Expenses for the Fee Period** | $    80.30 |
| **TOTAL** | $23,443.10 |

**Notice and Objections Procedures**

7.    No trustee or examiner has been appointed in these chapter 11 cases. In accordance with the Interim Compensation Order, notice of this First Monthly Fee Statement has been served, via overnight delivery and the Court's ECF system, on: (i) the Debtors, Gordmans Stores, Inc., 1926 South 67th Street, Omaha, Nebraska 68106, Attn: Andy Hall and James Brown; (ii) co-counsel to the Debtors, Kutak Rock LLP, The Omaha Building, 1650 Farnam Street, Omaha, Nebraska 68102, Attn: Jeffrey T. Wegner and Lisa M. Peters; (iii) co-counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn: Brad Weiland and Jamie R. Netznik; (iv) the Office of the United States Trustee for the District of Nebraska, 111 South 18th Plaza, Suite 1148, Omaha, Nebraska 68102, Attn: Jerry L. Jansen; (v) co-counsel to the administrative agent, Riemer Braunstein LLP, Seven Times Square, Suite 2506, New York, New York 10036, Attn: Steven Fox and Donald E. Rothman; (vi) co-counsel to the administrative agent, Greenberg Traurig, LLP, One International Place, Suite 2000, Boston, Massachusetts DeWitt

Anderson & Gonderinger, L.L.C., 2120 South 72nd Street, Suite 1200, Omaha, Nebraska 68124, Attn: Robert Gonderinger; and (viii) lead counsel to the Committee, Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, Ohio 45202, Attn: Ronald E. Gold and Douglas L. Lutz (the "Application Recipients"). KJ submits that no other or further notice need be provided.

8.      Pursuant to the Interim Compensation Order, objections to this First Monthly Fee Statement, if any, must be served upon KJ and the Application Recipients no later than fourteen days after service of the First Monthly Fee Statement (the "Review Deadline") setting forth the precise nature of the objection and the amount at issue.

9.      If no objections to this First Monthly Fee Statement are made on or before the Review Deadline and upon the filing of a certificate of no objection with this Court with respect to the unopposed portion of the fees and expenses requested in the Fee Period by KJ, the Debtors will pay KJ: (i) 80 percent of KJ's total fees for services rendered during the Fee Period and (ii) 100 percent of KJ's total expenses incurred during the Fee Period.

10.     To the extent a Notice of Objection to Monthly Fee Statement is received on or before the Review Deadline, the objecting party and KJ shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtors shall promptly pay 80 percent of the agreed-upon fees and 100 percent of the agreed-upon expenses. If, however, the parties are unable to reach a resolution within 14 days after service of the Notice of Objection to Monthly Fee Statement, the objecting party shall file its objection (the "Objection") with this Court within 3 business days and serve such Objection on KJ and each of the other Application Recipients. Thereafter, KJ may either (i) file with the Court a response to the Objection, together with a

request for payment of the Disputed Amount or (ii) forego payment of the Disputed Amount until

the next interim fee application hearing at which time this Court will consider the Objection, if

requested by the parties.

Dated:  May 8, 2017.                              Respectfully submitted,


                                                 */s/ Brian J. Koenig*_____
                                                 Brian J. Koenig, #23807
                                                 **KOLEY JESSEN P.C., L.L.O.**
                                                 1125 South 103rd Street, Suite 800
                                                 Omaha, NE 68124
                                                 (402) 390-9500
                                                 (402) 390-9005 (fax)
                                                 Brian.Koenig@koleyjessen.com

                                                 *Local Counsel for the*
                                                 *Official Committee of Unsecured Creditors*

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on May 8, 2017, I caused the filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which was served on all parties receiving ECF notice in this case, and I further certify that on May 8, 2017, I caused the foregoing to be served via overnight delivery to the parties indicated below.

*/s/ Brian J. Koenig*

Gordmans Stores, Inc.
Attn:  Andy Hall and James Brown
1926 South 67th Street
Omaha, NE  68106
*Debtors*

Kirkland & Ellis LLP
Attn:  Brad Weiland and Jamie R. Netznik
300 North LaSalle
Chicago, IL  60654

and

Kutak Rock LLP
Attn:  Jeffrey T. Wegner and Lisa M. Peters
1650 Farnam Street
Omaha, NE  68102
*Co-Counsel to the Debtors*

Office of the United States Trustee
For the District of Nebraska
Attn:  Jerry L. Jensen
111 South 18th Plaza, Suite 1148
Omaha, NE  68102
*United States Trustee*

Riemer Braunstein LLP
Attn:  Steven Fox and Donald E. Rothman
Seven Times Square, Suite 2506
New York, NY  10036

and

Greenberg Traurig, LLP
Attn:  Jeffrey M. Wolf
One International Place, Suite 2000
Boston, MA  02110

and

Croker Huck Kasher DeWitt Anderson &
Gonderinger L.L.C.
Attn:  Robert Gonderinger
2120 South 72nd Street, Suite 1200
Omaha, NE  68124
*Co-Counsel to the Administrative Agent*

Frost Brown Todd LLC
Attn:  Ronald E. Gold and Douglas L. Lutz
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH  45202

**EXHIBIT A**

**Summary of Hours Billed by Professionals and Paraprofessional for the Fee Period**

| Name of Professional | Dept | Title | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Brian J. Koenig | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 2007 | $295.00 | 70.3 | $20,738.50 |
| Donald L. Swanson | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 1980 | $370.00 | 17.1 | $6,327.00 |
| Matthew J. Speiker | Banking, Finance & Creditors' Rights | Shareholder | 2003 | $310.00 | 5.3 | $1,643.00 |
| Teri R. Gibbons | Litigation | Paralegal | | $165.00 | 3.0 | $495.00 |
| **TOTAL** | | | | | 95.7 | $29,203.50 |

**EXHIBIT B**

**Summary of Time by Project Category**

| Project Category | Hours | Amount |
|---|---|---|
| Case Administration | 4.4 | $1,328.00 |
| Asset Analysis and Recovery | 4.5 | $1,327.50 |
| Asset Disposition | 54.7 | $17,059.00 |
| Communications with Creditors | 6.2 | $2,031.50 |
| Fee/Employment Applications | 6.2 | $1,566.50 |
| Financing/Cash Collateral[1] | 19.0 | $5,684.50 |
| Motion for Relief from Stay | 0.7 | $   206.50 |
| **TOTAL** | 95.7 | $29,203.50 |

[1] KJ's investigation of the amount, allowance, validity, priority, perfection, or extent of liens and claims asserted or held by Wells Fargo commenced in this Fee Period, but the majority of the time and expense associated with that project will be included in the next monthly fee statement.

**EXHIBIT C**

**Summary of Expenses for the Fee Period**

| Description | Amounts |
|---|---|
| Reproductions | |
| Pacer | $80.30 |
| CD Duplication | |
| Air Fare | |
| Meals | |
| Taxi Service | |
| Lodging | |
| Parking | |
| Mileage | |
| Transportation – Car Rental | |
| Misc. Expense | |
| **TOTAL** | $80.30 |

**EXHIBT D**

**Time and Expense Detail for the Fee Period**

# KOLEY ■ JESSEN

**KOLEYJESSEN ■ COM**

**KOLEY JESSEN P.C., L.L.O.**
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE 68124

*PHONE:* 402.390.9500

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.
c/o Jeff Pomerantz, Co-Chair
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

April 28, 2017
Invoice #:
ID: 19279-0000-0009

| Matter # | Matter Name | Fees | Disbursements | Total |
|---|---|---|---|---|
| 19279-0000-0009 | Gordmans Chapter 11 Cases | $29,203.50 | $80.30 | $29,283.80 |
| | Total This Billing Period | $29,203.50 | $80.30 | $29,283.80 |
| | Total Current | | | $29,283.80 |
| | **Total Amount Due** | | | **$29,283.80** |

**Payment Due Upon Receipt**

**Aged Outstanding Balance**

| Total Due | Current Due | Less Than 30 Days | 30 Days Past Due | 60 Days Past Due | 90+ Days Past Due |
|---|---|---|---|---|---|
| 29,283.80 | 29,283.80 | 0.00 | 0.00 | 0.00 | 0.00 |

**KOLEY ■ JESSEN**

April 28, 2017
Invoice #:
ID: 19279-0000-0009

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 03/16/2017 | CC: Communications with Committee representatives on strategic matters and next steps (1.1); CC: evaluate next steps; initial meeting with Committee representatives and Debtors' representatives (1.1); FEA: begin preparation of application documents and conflict checks (1.7). | DLS | 3.90 | $1,443.00 |
| 03/16/2017 | CC: Call with co-counsel and committee chair regarding engagement, next steps, division of labor, and immediate action items; and notes to file regarding same (1.1); AD: call with debtors' counsel and financial advisers regarding case background, financial situation, potential buyers, and options; and notes to file regarding same (1.0); CA: coordinate pro hac vice admission and CM/ECF registration for co-counsel (.2); AAR: receive and review email communications from debtors' financial adviser and counsel regarding access to data room (.1); CA: review and analyze bankruptcy court docket and first-day motions and orders (3.2). | BJK | 5.60 | $1,652.00 |
| 03/17/2017 | AD: Confer with co-counsel on developments with potential purchasers (.2); AD: evaluate procedural matters for Monday's hearing and strategies for securing additional time (1.8); AD: telephone conference with Committee on sale efforts, prospects and progress (.6). | DLS | 2.60 | $962.00 |
| 03/17/2017 | FEA: Review the Bankruptcy Code and the Nebraska Rules regarding employment of counsel by the unsecured creditor committee, the docket of the lead case Gordmans Stores Inc., the Voluntary Petition and Notice of the Appointment of the Unsecured Creditors Committee. | TRG | 0.40 | $66.00 |
| 03/17/2017 | FEA: Prepare a draft Application for an Order Authorizing Employment and Retention of Koley Jessen as local counsel for the Official Committee of Unsecured Creditors and the Declaration of Brian J. Koenig in support thereof. | TRG | 2.60 | $429.00 |
| 03/17/2017 | AD:  Call with Jeff Gordman and his advisers regarding potential interest in an ongoing concern transaction, challenges related to same, and potential timing issues (.6); CC: prepare for and attend call with committee regarding status of matters and expected next steps (.6); AD:  review, edit, and analyze draft of Objection to Bidding Procedures (2.8); AD:  review and analyze Limited Objection of ARC, Brixmor, and Centercal (Landlords) to Bidding Procedures (.5);  AD: receive and review debtors' list of exhibits in support of Bidding Procedures Motion and consider possible issues related to the same (.3); AD: receive and review Declaration of Ed Mielke and consider issues associated with the same (.9); AD: receive and review debtors' notice of intent to present oral testimony in support of bid procedures (.1). | BJK | 5.80 | $1,711.00 |
| 03/18/2017 | AD:  Review Stalking Horse Agency Agreement (1.3); AD: consider multiple emails on latest developments with negotiations and respond regarding guaranty amount issues (.5); AD: receipt and review of draft objection document and provide a suggestion in response (.5). | DLS | 2.30 | $851.00 |

**KOLEY ∎ JESSEN**

April 28, 2017
Official Committee of Unsecured Creditors for Gordmans Stores, Inc.                     Invoice #:
ID: 19279-0000-0009

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 03/18/2017 | AD: Review and analyze Eighth Circuit law regarding leases and consider implication of same related to potential administrative expenses of estate and effect of the same on proposed bidding procedures (1.1); AD: attorney conference regarding issues to address in objection and potential evidentiary issues (.5); AD: begin preparing for potential deposition or cross examination of Ed Mielke, financial adviser for Duff & Phelps, regarding sale process and marketing efforts (2.9); AD: review revised draft of objection to bidding procedures and provide comments regarding the same (.5). | BJK | 5.00 | $1,475.00 |
| 03/19/2017 | AD: Evaluate latest developments and issues relating to Monday's meetings and hearing, and address procedural matters. | DLS | 1.20 | $444.00 |
| 03/19/2017 | AD: Attorney conference regarding next steps and procedural and evidentiary issues (.2); AD: receive and review email from Sam King regarding objection to Bid Procedures Motion (.1); AD: review emails from Paul Huygens, financial adviser, regarding potential evidence (.3); AD: email to Mr. Huygens regarding same (.2); AD: review, edit, and analyze revised objection to bid procedures (1.3); AD: coordinate meetings with debtors' counsel and stalking horse bidder (.2); CA: prepare notice of appearance and coordinate filing of same (.1); AD: attorney conference regarding final edits to objection, case strategy, and next steps (.5); AD: review and analyze Objection of Shackelford Crossing to Bid Procedures (.3). | BJK | 3.20 | $944.00 |
| 03/20/2017 | AD: Evaluate latest developments and issues to be addressed (.4); AD: meeting with Committee representatives in preparation for action on procedures motion (1.0); AD: monitor hearing on procedures motion (1.4). | DLS | 2.80 | $1,036.00 |
| 03/20/2017 | AD: Meeting with Carol Cabello, financial adviser to committee regarding augmentation issue and her thoughts regarding same (.5); AD: meeting with debtors' counsel and stalking horse's counsel regarding potential modifications to bid procedures and protections (.8); AD: meeting with counsel for secured lenders regarding same (.4); AD: negotiate, edit and revise bid procedures (.9); AD: review and analyze objections filed to bid procedures and bid protections by landlords, Jeff Gordman, Comenity Bank, DSW, and Hilco and Gordon Brothers (1.3); CC: call with committee regarding potential deal and rationale for the same (.5); AD: meetings with debtors' counsel and stalking horse's counsel regarding revised potential modifications to bid procedures and protections (.5); AD: review and edit proposed order; attorney conference regarding same (.9); AD: attend court hearing on bid protections and bid procedures and take notes regarding results of the same (3.1); AD: continue work with debtors' counsel and secured lenders' counsel editing and revising order granting Motion to Approve Bid Protections (2.2). | BJK | 11.10 | $3,274.50 |
| 03/21/2017 | AD: Follow-up on developments from yesterday's negotiations and hearing (.9); AD: receipt and review of Province report (.9). | DLS | 1.80 | $666.00 |

**KOLEY■JESSEN**

April 28, 2017

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.

Invoice #:
ID: 19279-0000-0009

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|---------------|------|-------|--------|
| 03/21/2017 | CC: Attend call with committee to discuss results of hearing, walk through presentation by Province, and discuss next steps (.6); FCC: begin reviewing UCC Financing Statement filed by debtors' secured lenders to ensure that security interests are properly perfected (1.1); FCC: review names of debtors on file with secretary of states (.3); AD: attorney conference regarding next steps and reaching out to potential bidder's counsel (.3); CA: attorney communication regarding local rules related to proposed orders and how to submit the same (.1); CA: review and analyze Notice of Potential Assumption and Assignment of Executory Contracts (.2); AAR: email exchange with committee members regarding same and timing of investigations into potential avoidance claims (.8); FCC: review and analyze Motion to Authorize Post-Petition Use of Cash Collateral and consider issues related to the same (1.1) | BJK | 4.50 | $1,327.50 |
| 03/22/2017 | FCC: Attorney conference regarding cash collateral issues to address; note to file regarding same (.2); FCC: call with Steven Fox and Jeff Wolf regarding timing of cash collateral issues, next steps regarding review of documents, and plan going forward (.5); FCC: attorney conference regarding next steps and plan to address cash collateral motion (.1); AD: receive and review order establishing bidding procedures and protections (.2); FCC: review and analyze comparison of material terms proposed in cash collateral motion in Gordman stores and other similar cases (.4). | BJK | 1.40 | $413.00 |
| 03/23/2017 | FCC: Call with Debtors' counsel regarding cash collateral order issues (.3); FCC: attorney conference regarding cash collateral order issues (.2); FCC: receive, review and edit draft of proposed cash collateral order from counsel to secured lenders, consider additional potential issues related to the same and begin preparing redline of the same (3.2). | BJK | 3.70 | $1,091.50 |
| 03/24/2017 | FCC: Continue to review, edit and analyze proposed cash collateral order and make redline changes to the same (1.4); FEA: review and analyze Application to Employ Duff & Phelps Securities, LLC (.2); FEA: review and analyze Application to Retain Kirkland & Ellis and consider the same (.4); CC: call from clothing supplier's attorney regarding 503(b)(9) claim (.2); FCC: attorney conference regarding 503(b)(9) claim and cash collateral order (.3); AD: receive and review email from attorney for Tiger Capital regarding Additional Agent Merchandise (.2); MRS: receive and review Motion for Relief from Automatic Stay filed by DSW and consider effect of the same (.7); FEA: review Application to Employ Clear Thinking Group, LLC (.2). | BJK | 3.90 | $1,150.50 |
| 03/25/2017 | CA: Review communications to committee regarding recent filings (.1); FEA: begin reviewing Application for Retention of Koley Jessen (.5); FEA: review Debtors' Motion for Authority to Retain and Compensate Professionals utilized in the ordinary course of business (.2). | BJK | 0.80 | $236.00 |

**KOLEY ■ JESSEN**

April 28, 2017

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.

Invoice #:
ID: 19279-0000-0009

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 03/27/2017 | CA: Follow-up on deadlines and tomorrow's time for responding to cure amounts and related procedural issues (.4); CC: respond to inquiries from creditor counsel (.5). | DLS | 0.90 | $333.00 |
| 03/27/2017 | AD: Attorney conference regarding communication with counsel for Jeff Gordman (.2); AD: receive and review objections to proposed cure amounts (.5); AD: receive and review email from Mack Snyder with copies of Tiger Capital's purchase orders for additional agent merchandise (.3). | BJK | 1.00 | $295.00 |
| 03/28/2017 | FCC: Commenced review and analysis of senior credit documents. | MJS | 0.60 | $186.00 |
| 03/28/2017 | AD: Review summary of objections to proposed cure amounts (.5); AAR: review and analyze bankruptcy schedules and statements of financial affairs (2.8); AD: review and analyze proposed asset purchase agreement and provide comments to the same (1.5). | BJK | 4.80 | $1,416.00 |
| 03/29/2017 | AD: Receipt and initial evaluation of proposed deal documents from Stage and related parties. | DLS | 1.60 | $592.00 |
| 03/29/2017 | FCC: Continued commenced review of senior credit documents. | MJS | 0.50 | $155.00 |
| 03/29/2017 | AD: Analyze, review and compare bids of the stalking horse bidder and the joint venture bidder with the ongoing concern component (4.9); AD: negotiate terms of a revised asset purchase agreement and agency agreement to provide for a similar, if not better, recovery for the unsecured creditor class (2.8); CC: attend call with committee regarding results of preliminary negotiations, financial advisor's analysis regarding recovery pool under either scenario, and next steps and take notes to file regarding the same (.5); AD: continue negotiations and review of revised asset purchase agreement and agency agreement (1.0). | BJK | 9.20 | $2,714.00 |
| 03/30/2017 | FCC: Continued review of Wells Fargo loan documents. | MJS | 3.00 | $930.00 |
| 03/30/2017 | AD: Receive and review auction results filing (.2); AD: receive and review Objection of Design Research, Inc./Branded Custom Sportswear (.1); AD: review and analyze revised draft of APA and Agency Agreement (.7); AAR: attorney conference with representative of Comenity Bank regarding recoupment issue (.5); AD: attend status hearing to report results from auction (1.0); AD: review and analyze revised draft of APA and Agency Agreement (.5); AD: receive and review text orders of court related to status hearing (.1). | BJK | 3.10 | $914.50 |
| 03/31/2017 | FCC: Continued review and analysis of Wells Fargo loan documents. | MJS | 1.20 | $372.00 |

**KOLEY ■ JESSEN**

April 28, 2017
Invoice #:
ID: 19279-0000-0009

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 03/31/2017 | AAR: Attorney conference regarding recoupment issues related to Comenity Bank (.3); FCC: attend to issues regarding objecting to cash collateral motion (.5); AD: review proposed sale order and consider potential issues with the same (2.2); FCC: edit, revise, and analyze draft of objection to Motion for Authorization to Use Cash Collateral (4.2). | BJK | 7.20 | $2,124.00 |

## Disbursement Details

| Type | Amount |
|------|--------|
| Advanced Costs for Public Records | $80.30 |

### Invoice Summary

| | |
|---|---|
| Total Fees | $29,203.50 |
| Total Disbursements | $80.30 |
| Total This Billing Period | $29,283.80 |
| Previous Balance Due | $0.00 |
| Less Payments Received | $0.00 |
| **Total Due** | **$29,283.80** |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| In re: | **Chapter 11** |
| **GORDMANS STORES, INC.,** *et al.,*[1] | **Case No. 17-80304 (TLS)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

## SECOND MONTHLY FEE STATEMENT OF KOLEY JESSEN P.C., L.L.O. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GORDMANS STORES, INC., ET AL. FROM APRIL 1, 2017 THROUGH AND INCLUDING APRIL 30, 2017

| | |
|---|---|
| **Name of Applicant** | Koley Jessen P.C., L.L.O. |
| **Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | March 13, 2017 |
| **Date of Approval of Employment** | April 27, 2017 [Doc. No. 406] |
| **Fee Period** | April 1, 2017 – April 30, 2017[2] |
| **Total Hours Billed** | 129.10 |
| **Total Fees Requested** | $30,578.80  (80% of $38,223.50) |
| **Total Expenses Requested** | $926.08 |
| **Total Fees and Expenses Requested** | $31,504.88 |
| **Prior Fees Paid to Applicant** | $23,362.80 |
| **Prior Expenses Paid to Applicant** | $80.30 |

This is a:  <u>X</u> Monthly     __ Interim     __ Final Fee Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Gordmans Stores, Inc. (1987); Gordmans, Inc. (1211); Gordmans Management Company, Inc. (5281); Gordmans Distribution Company, Inc. (5421); Gordmans Intermediate Holdings Corp. (9938); and Gordmans LLC (1987).

[2]  KJ reserves the right to include any time expended in the Fee Period in future application(s) if it is not included herein.

In accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and Reimbursement of Creditors' Committee Member Expenses, and (II) Granting Related Relief*, entered on April 17, 2017, [Doc. No. 351] (the "<u>Interim Compensation Order</u>")[3], Koley Jessen P.C., L.L.O. ("KJ"), local counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the debtors and debtors in possession in the above-captioned cases (the "<u>Debtors</u>"), hereby submits this statement of fees and expenses   (the   "<u>Second Monthly Fee Statement</u>")   seeking compensation   and reimbursement  of expenses  for  the  period of  April 1, 2017  through  and  including  April 30, 2017 (the "<u>Fee Period</u>"). By this Second Monthly Fee Statement, K J  seeks  payment of: $30,578.50,  which represents 80 percent of the total amount of compensation sought for actual and necessary professional services rendered during the Fee Period, and $926.08, which represents 100 percent of KJ's actual and necessary expenses incurred during the Fee Period.

<u>**Services Rendered and Expenses Incurred**</u>

1.      Attached as **<u>Exhibit A</u>** is a timekeeper summary that includes the names, positions, and hourly rates of each professional and paraprofessional who billed time during the Fee Period.

2.      Attached as **<u>Exhibit B</u>** is a project summary that includes the total hours spent by KJ professionals and paraprofessionals per project category for the Fee Period.

3.      Attached as **<u>Exhibit C</u>** is a summary of all expenses incurred by KJ during the Fee Period.

4.      Attached as **<u>Exhibit D</u>** are KJ's  detailed time and expense records of KJ for the Fee Period.

---

[3] Terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

**Total Fees and Expenses Sought for the Fee Period**

5.      The total amount sought for fees for services rendered and reimbursement of expenses incurred for the Fee Period are as follows:

| | |
|---|---|
| **Total Fees for the Fee Period** | $38,223.50 |
| **Total Expenses for the Fee Period** | $    926.08 |
| **TOTAL** | $39,149.58 |

6.      Pursuant to the Interim Compensation Order, KJ seeks payment of $30,578.80, which equals (i) 80 percent of KJ's total fees for services rendered during the Fee Period and (ii) 100 percent of KJ's total expenses incurred during the Fee Period.

| | |
|---|---|
| **80% of Total Fees for the Fee Period** | $30,578.80 |
| **100% Total Expenses for the Fee Period** | $    926.08 |
| **TOTAL** | $31,504.88 |

**Notice and Objections Procedures**

7.      No trustee or examiner has been appointed in these chapter 11 cases. In accordance with the Interim Compensation Order, notice of this Second Monthly Fee Statement has been served, via overnight delivery and the Court's ECF system, on:   (i) the Debtors, Gordmans Stores, Inc., 1926 South 67th Street, Omaha, Nebraska 68106, Attn: Andy Hall and James Brown; (ii) co- counsel to the Debtors, Kutak Rock LLP, The Omaha Building, 1650 Farnam Street, Omaha, Nebraska 68102, Attn: Jeffrey T. Wegner and Lisa M. Peters; (iii) co-counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn: Brad Weiland and Jamie R. Netznik; (iv) the Office of the United States Trustee for the District of Nebraska, 111 South 18th Plaza, Suite 1148, Omaha, Nebraska 68102, Attn: Jerry L. Jansen; (v) co-counsel to the administrative agent, Riemer Braunstein LLP, Seven Times Square, Suite 2506, New York, New York 10036, Attn: Steven Fox and Donald E. Rothman; (vi) co-counsel to the administrative agent, Greenberg Traurig, LLP, One International Place, Suite 2000, Boston,

Massachusetts DeWitt Anderson & Gonderinger, L.L.C., 2120 South 72nd Street, Suite 1200, Omaha, Nebraska 68124, Attn: Robert Gonderinger; and (viii) lead counsel to the Committee, Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, Ohio 45202, Attn: Ronald E. Gold and Douglas L. Lutz (the "Application Recipients"). KJ submits that no other or further notice need be provided.

8.      Pursuant to the Interim Compensation Order, objections to this Second Monthly Fee Statement, if any, must be served upon KJ and the Application Recipients no later than fourteen days after service of the Second Monthly Fee Statement (the "Review Deadline") setting forth the precise nature of the objection and the amount at issue.

9.      If no objections to this Second Monthly Fee Statement are made on or before the Review Deadline and upon the filing of a certificate of no objection with this Court with respect to the unopposed portion of the fees and expenses requested in the Fee Period by KJ, the Debtors will pay KJ: (i) 80 percent of KJ's total fees for services rendered during the Fee Period and (ii) 100 percent of KJ's total expenses incurred during the Fee Period.

10.     To the extent a Notice of Objection to Monthly Fee Statement is received on or before the Review Deadline, the objecting party and KJ shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtors shall promptly pay 80 percent of the agreed-upon fees and 100 percent of the agreed-upon expenses. If, however, the parties are unable to reach a resolution within 14 days after service of the Notice of Objection to Monthly Fee Statement, the objecting party shall file its objection (the "Objection") with this Court within 3 business days and serve such Objection on KJ and each of the other Application Recipients. Thereafter, KJ may either (i) file with the Court a response to the Objection, together with a

request for payment of the Disputed Amount or (ii) forego payment of the Disputed Amount until

the next interim fee application hearing at which time this Court will consider the Objection, if

requested by the parties.

Dated:  May 30, 2017.                              Respectfully submitted,


                                   */s/ Brian J. Koenig*
                                   Brian J. Koenig, #23807
                                   **KOLEY JESSEN P.C., L.L.O.**
                                   1125 South 103rd Street, Suite 800
                                   Omaha, NE 68124
                                   (402) 390-9500
                                   (402) 390-9005 (fax)
                                   Brian.Koenig@koleyjessen.com


                                   ***Local Counsel for the***
                                   ***Official Committee of Unsecured Creditors***

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on May 30, 2017, I caused the filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which was served on all parties receiving ECF notice in this case, and I further certify that on May 30, 2017, I caused the foregoing to be served via overnight delivery to the parties indicated below.

                      */s/ Brian J. Koenig*

Gordmans Stores, Inc.
Attn:  Andy Hall and James Brown
1926 South 67th Street
Omaha, NE  68106
*Debtors*

Kirkland & Ellis LLP
Attn:  Brad Weiland and Jamie R. Netznik
300 North LaSalle
Chicago, IL  60654

and

Kutak Rock LLP
Attn:  Jeffrey T. Wegner and Lisa M. Peters
1650 Farnam Street
Omaha, NE  68102
*Co-Counsel to the Debtors*

Office of the United States Trustee
For the District of Nebraska
Attn:   Jerry L. Jensen
111 South 18th Plaza, Suite 1148
Omaha, NE  68102
*United States Trustee*

Riemer Braunstein LLP
Attn:  Steven Fox and Donald E. Rothman
Seven Times Square, Suite 2506
New York, NY  10036

and

Greenberg Traurig, LLP
Attn:  Jeffrey M. Wolf
One International Place, Suite 2000
Boston, MA  02110

and

Croker Huck Kasher DeWitt Anderson &
Gonderinger L.L.C.
Attn:  Robert Gonderinger
2120 South 72nd Street, Suite 1200
Omaha, NE  68124
*Co-Counsel to the Administrative Agent*

Frost Brown Todd LLC
Attn:  Ronald E. Gold and Douglas L. Lutz
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH  45202

**EXHIBIT A**

**Summary of Hours Billed by Professionals and Paraprofessional for the Fee Period**

| Name of Professional | Dept | Title | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Brian J. Koenig | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 2007 | $295.00 | 61 | $17,995.00 |
| Donald L. Swanson | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 1980 | $370.00 | 22.7 | $ 8,399.00 |
| Matthew J. Speiker | Banking, Finance & Creditors' Rights | Shareholder | 2003 | $310.00 | 29.6 | $ 9,176.00 |
| Maureen E. Fulton | Litigation | Staff Attorney | 2012 | $185.00 | 8.1 | $ 1,498.50 |
| Sandra L. Armstrong | Litigation | Paralegal | | $150.00 | 4.8 | $720.00 |
| Kimberly D. Nelson | | Paralegal | | $150.00 | 2.9 | $435.00 |
| **TOTAL** | | | | | 129.1 | $38,223.50 |

**EXHIBIT B**

**Summary of Time by Project Category**

| Project Category | Hours | Amount |
|---|---|---|
| Case Administration | 6.6 | $ 2,187.00 |
| Asset Analysis and Recovery | 0.8 | $   236.00 |
| Asset Disposition | 10.3 | $ 3,173.50 |
| Communications with Creditors | 2.0 | $   740.00 |
| Fee/Employment Applications | 12.7 | $ 4,249.00 |
| Financing/Cash Collateral[1] | 84.2 | $23,950.00 |
| Comentiy Bank Dispute | 12.5 | $ 3,687.50 |
| **TOTAL** | 129.10 | $38,223.50 |

---

[1] KJ's investigation of the amount, allowance, validity, priority, perfection, or extent of liens and claims asserted or held by Wells Fargo commenced in the First Fee Period, but the majority of the time and expense associated with that project is included in this Second Monthly Fee Statement.

**EXHIBIT C**

**Summary of Expenses for the Fee Period**

| Description | Amounts |
|---|---|
| Reproductions | |
| Pacer | $100.10 |
| CD Duplication | |
| Air Fare | |
| Meals | |
| Taxi Service | |
| Lodging | |
| Parking | $12.00 |
| Mileage | |
| Transportation – Car Rental | |
| Research (Westlaw) | $159.23 |
| Delaware UCC/Lien Searches | $611.00 |
| Nebraska Secretary of State Searches | $33.75 |
| Kansas UCC/Lien Seraches | $10.00 |
| Misc. Expense | |
| **TOTAL** | $926.08 |

**EXHIBIT D**

# KOLEY ■ JESSEN

**KOLEYJESSEN■COM**

**KOLEY JESSEN P.C., L.L.O.**
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE  68124

*PHONE:* 402.390.9500

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.
c/o Jeff Pomerantz, Co-Chair
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA  90067

May 18, 2017
Invoice #:
ID: 19279-0000-0009

| Matter # | Matter Name | Fees | Disbursements | Total |
|----------|-------------|------|---------------|-------|
| 19279-0000-0009 | Gordmans Chapter 11 Cases | $38,223.50 | $926.08 | $39,149.58 |
| | Total This Billing Period | $38,223.50 | $926.08 | $39,149.58 |
| | Total Current | | | $39,149.58 |
| | **Total Amount Due** | | | **$39,149.58** |

**KOLEY ■ JESSEN**

May 18, 2017
Invoice #:
Official Committee of Unsecured Creditors for Gordmans Stores, Inc.                                  ID: 19279-0000-0009

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 04/01/2017 | CBD:  Review and analyze Comenity Bank agreement and consider potential arguments that Comenity Bank could make under the same and the potential effect of the same (1.3); CBD: review and analyze law on recoupment and consider issues related to its connection to a fraudulent inducement claim (2.4). | BJK | 3.70 | $1,091.50 |
| 04/02/2017 | FCC: Review, analyze, and edit objection to cash collateral motion (.9); CBD: compile written analysis of case law and thoughts regarding Comenity Bank's recoupment and fraudulent inducement claims and potential violation of the automatic stay (2.3); FCC: email exchange with financial advisor regarding loan documents (.1). | BJK | 3.30 | $973.50 |
| 04/03/2017 | CA: Receipt and review of Court filings (.5); FCC: evaluate cash collateral issues and stub rent issues (1.0). | DLS | 1.50 | $555.00 |
| 04/03/2017 | CBD: Attention to Comenity Bank issue regarding fraudulent inducement claim, including call with debtors' counsel to discuss debtors' thoughts and obtain additional background information (.6); CBD: call with Rob Berner, counsel for Comenity Bank, and Lisa Peters, counsel for debtors, regarding potentially escrowing money and resolving dispute; notes to file regarding same (.5); FCC: review and analyze prepetition secured lender consent fee analysis and consider potential arguments in favor of or in resistance to proposed consent fees (.8); FCC:  review, analyze and edit revised cash collateral order received from counsel for secured lender (3.1); FCC: review and analyze objections to cash collateral motion received from landlords (.9); CA: receive and review objection of Rhonda Grieger and consider what the same relates to (.1); CA: review and analyze correspondence from Reclaimation creditors' counsel (.2); AD: receive and review correspondence from counsel for Connection regarding licenses and consider how the same relate to the APA with Specialty Retailers (.3). | BJK | 6.50 | $1,917.50 |
| 04/04/2017 | FCC: Review cash collateral issues (.6); CA: consider potential objection to retention application (.3); FCC: evaluate Wells Fargo lien issues (.5). | DLS | 1.40 | $518.00 |
| 04/04/2017 | FCC: Preparation of notebooks and indexes regarding copies of objections filed related to Filing Nos. 24 and 154/157 for use at hearing. | SLA | 2.30 | $345.00 |
| 04/04/2017 | FCC: Review and analysis of issues regarding debtor's motion regarding cash collateral and p-card agreements. | MJS | 0.50 | $155.00 |

**KOLEY ■ JESSEN**

May 18, 2017
Official Committee of Unsecured Creditors for Gordmans Stores,    Invoice #:
Inc.    ID: 19279-0000-0009

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 04/04/2017 | AD: Review and analyze latest revised draft of sale approval order (.9); CA: receive and review Notice of Reclamation Demand from counsel for Ocean Drive Accessories (.1); FCC: continue reviewing, analyzing, and editing cash collateral objection (2.8); FEA: call to U.S. Trustee's office to ensure any order entered with respect to the retention of professionals does not prejudice rights to object to reasonableness of fees (.2); FEA: receive and review email from Jerry Jensen regarding review of any proposed order approving retention of professionals (.1); CBD: call with counsel for Comenity Bank regarding potential resolution of recoupment issue; notes to file regarding same (.4); CBD: attorney conference regarding potential terms for resolution of recoupment issue (.5); AD: review and analyze Comenity Bank's comments regarding sale order (.2); FCC: receive and review various objections to cash collateral motion and approval of sale and ensure that the same are being addressed in proposed orders (1.9). | BJK | 7.10 | $2,094.50 |
| 04/05/2017 | CA: Consider stub rent and lease rejection issues and developments in light of Eighth Circuit law (.8); CC: consider shrinkage and adequate protection issues (1.0). | DLS | 1.80 | $666.00 |
| 04/05/2017 | FCC: Additional preparation of notebooks and indexes regarding copies of objections filed related to Filing Nos. 24 and 154/157 for use at hearing (2.4); FCC: attorney conference re finalizing notebooks and indexes (.1). | SLA | 2.50 | $375.00 |
| 04/05/2017 | FCC: Commenced preparation of memorandum detailing analysis from review of loan documents. | MJS | 2.20 | $682.00 |
| 04/05/2017 | AD: Review and analyze Gordmans' Agreement with DSW, consider concerns of DSW, consider potential resolutions to the same, and prepare proposal to DSW (3.9); AD: conference with DSW's counsel and CFO regarding potential resolution to objection to sale and motion for relief from stay (.5); AD: prepare for and attend hearing on approval of sale and entry of cash collateral order (2.5); AD: review and analyze draft of revised order approving sale (.2); CBD: conference with debtors' counsel regarding recoupment issue and how to proceed to address the same (.5); CA: receive and review text orders from court on Motion to Use Cash Collateral, approval of bid protections, and extension of deadline to respond to DSW's Motion for Relief (.1). | BJK | 7.70 | $2,271.50 |
| 04/06/2017 | FCC: Review Wells Fargo lien issues and documentation questions. | DLS | 1.90 | $703.00 |
| 04/06/2017 | FCC: Continued working on memorandum regarding analysis of loan documents. | MJS | 1.30 | $403.00 |
| 04/06/2017 | FCC: Analyzed lien search results for debtors. | MJS | 1.90 | $589.00 |
| 04/06/2017 | AAR: Receive and review email from Carol Cabello with Province's update regarding the financial condition of the bankruptcy estate. | BJK | 0.80 | $236.00 |

**KOLEY ■ JESSEN**

May 18, 2017
Official Committee of Unsecured Creditors for Gordmans Stores, Inc.                                         Invoice #:
ID: 19279-0000-0009

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 04/07/2017 | AD: Receipt and review of Court Order approving sale and consider related issues. | DLS | 1.30 | $481.00 |
| 04/07/2017 | FCC: Continued attention toward preparation of lien-search memorandum and analyzed issues regarding the same. | MJS | 1.50 | $465.00 |
| 04/10/2017 | FCC: Finalize first iteration of analysis of Wells Fargo loan documents and items requiring further analysis with respect thereto. | MJS | 5.90 | $1,829.00 |
| 04/10/2017 | FCC: Attorney conference regarding investigation of validity of secured financing (.3); FCC: email to debtor's counsel regarding obtaining access to employees for informal interviews related to investigation of validity of secured financing (.3); FCC: review online profiles of individuals who may have knowledge of secured financing (.3); CBD: email to debtor's counsel regarding information related to dispute with Comenity Bank (.2); CBD: attorney conference regarding next steps related to Comenity Bank dispute and possible strategies regarding same (.1); CBD: prepare litigation hold notice for delivery to Comenity Bank (.4); FCC: review draft of report/memo regarding review of loan documents and questions that need to be asked of c-suite folks at Gordmans (.9); CBD: consider potential information gathering devices to use to gather information related to Comenity Bank dispute and potentially relevant sources of information (.8). | BJK | 3.30 | $973.50 |
| 04/11/2017 | FCC: Evaluate lien validity issues (2.2); FEA: evaluate disclosure issues (.3). | DLS | 2.50 | $925.00 |
| 04/11/2017 | CBD: Finalize and send litigation hold letter to counsel for Comenity Bank (.3); FCC: email exchange with debtor's counsel regarding scheduling informal interview with c-suite executives with knowledge regarding financing from Wells Fargo (.4). | BJK | 0.70 | $206.50 |
| 04/12/2017 | FEA: Preparation of application information (.8); CC: respond to inquiry from unsecured creditor (.3). | DLS | 1.10 | $407.00 |
| 04/13/2017 | FCC: Review lien details and issues (1.4); CA: review upcoming deadlines (.2). | DLS | 1.60 | $592.00 |
| 04/13/2017 | FCC: Prepare for and attend call with counsel to unsecured creditors regarding Wells Fargo loan matters. | MJS | 1.50 | $465.00 |
| 04/13/2017 | FCC: Direct research and analysis regarding requirements for valid lien grant. | MJS | 0.50 | $155.00 |

**K O L E Y ■ J E S S E N**

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.

May 18, 2017
Invoice #:
ID: 19279-0000-0009

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 04/13/2017 | FCC: Attorney conference regarding review of Wells Fargo loan documents and potential issues associated with the same (.7); FCC: review and analyze Fifth Amendment to Loan Agreement and consider issue associated with "Acknowledgement of Security Interest" opposed to "grant of security interest" and other potential issues associated with such amendment (.8); FCC: consider issues associated with timing of formation of Gordmans Stores, Inc., its purchase/ownership of inventory/AR, and grant of security interest (1.5). | BJK | 3.00 | $885.00 |
| 04/13/2017 | FCC: Research regarding what language is required to constitute a grant of security interest under Delaware law (1.0); FCC: attorney conference to discuss same (.2). | MEF | 1.20 | $222.00 |
| 04/14/2017 | AD: Review sale issues to be addresses (.5); FCC: follow up on lien grant issues (.5). | DLS | 1.00 | $370.00 |
| 04/14/2017 | FCC: Continued review and analysis of Wells Fargo loan documents and consider items for further inquiry of debtor employees. | MJS | 2.40 | $744.00 |
| 04/14/2017 | CBD: Prepare for and attend call with committee to discuss Comenity Bank issue and status of lien investigation. | BJK | 0.60 | $177.00 |
| 04/16/2017 | FCC: Research cases in New York and Delaware in which granting language was or was not present in security agreements and what effect that had on the outcome of the case. | MEF | 1.30 | $240.50 |
| 04/17/2017 | FEA: Receipt and review of Order for interim compensation (.6); FCC: address lien issues (.4); CC: respond to inquiries from creditor counsel (.2). | DLS | 1.20 | $444.00 |
| 04/17/2017 | FCC: Continued review of senior loan document and analysis of potential issues regarding the same. | MJS | 1.30 | $403.00 |
| 04/17/2017 | FCC: Review and analyze the Fourth Amendment to Loan, Guaranty and Security Agreement, Exhibit A to the same, the Fifth Amendment, the Sixth Amendment, the Seventh Amendment, and the Eighth Amendment and consider whether the possible absence of a signature on Exhibit A to the Fourth Amendment causes Wells Fargo's lien to be unperfected for the lack of a grant of security interest or whether other language will suffice (3.1); FCC: attorney conference regarding whether Gordmans Stores, Inc. ever effectively granted Wells Fargo a security interest (.9); FCC: email to Lisa Peters, counsel for Debtors, regarding whether Gordmans signed Exhibit A to Fourth Amendment, topics to be discussed with Gordmans Controller and Director of Finance, and other ancillary issues (.4). | BJK | 4.40 | $1,298.00 |
| 04/17/2017 | FCC: Research cases in New York and Delaware in which granting language was or was not present in security agreements and what effect that had on the outcome of the case (2.9); FCC: attorney conference to discuss same (.3); FCC: research cases in which an unsigned, blacklined contract was attached as the operative contract (.8). | MEF | 4.00 | $740.00 |

**KOLEY ■ JESSEN**

May 18, 2017
Invoice #:
ID: 19279-0000-0009

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|---------------|------|-------|--------|
| 04/18/2017 | FCC: Evaluate lien issues (.5); FEA: consider retention issues and filed application (.3). | DLS | 0.80 | $296.00 |
| 04/18/2017 | FCC: Continued analysis of Wells Fargo loan documents and identify and analyze items requiring additional review or supporting research. | MJS | 0.90 | $279.00 |
| 04/18/2017 | FCC: Attorney conference regarding investigation of Wells Fargo's lien and more specifically, whether Wells Fargo was granted security interest in Gordmans Stores, Inc.'s inventory and notes to file regarding same (.6); FCC: receive and review email from Lisa Peters with copy of signed Joinder and consent minutes authorizing the same (.2); FCC: email to Ms. Peters requesting signed copy of additional Joinder (.2); FCC: prepare for informal interview of Gordmans' c-suite folks regarding validity of Wells Fargo's debt and liens (1.2). | BJK | 2.20 | $649.00 |
| 04/18/2017 | FCC: Attorney conference to discuss secured creditors' documentation of security interest (.6); FCC: research effect of unsigned settlement agreements(.8); FCC: review documentation of security interest by Wells Fargo (.2). | MEF | 1.60 | $296.00 |
| 04/19/2017 | CA: Evaluate first meeting developments (.6); CC: address creditor inquiries (.4). | DLS | 1.00 | $370.00 |
| 04/19/2017 | FCC: Review documents and prepare notes and list of questions for interview with debtor executives regarding senior loan documents and business practices and administration of the same. | MJS | 3.50 | $1,085.00 |
| 04/19/2017 | FCC: Interview debtor executives regarding senior loan documents and business management practices relating thereto. | MJS | 2.00 | $620.00 |
| 04/19/2017 | CA: Prepare for and attend First Meeting of Creditors; notes to file regarding same (1.1); FCC: prepare for and conduct informal interview with c-suite folks of Gordmans regarding validity of Wells Fargo's lien and debt (3.5); CA: call with debtor's counsel regarding outstanding issues, including demand for turnover to Comenity Bank and amending certain bankruptcy schedules (.4); CA: attorney conference regarding results of First Meeting of Creditors and interview of Gordmans folks (.9). | BJK | 5.90 | $1,740.50 |
| 04/20/2017 | FEA: Evaluate application investigation matters. | DLS | 1.00 | $370.00 |
| 04/20/2017 | FCC: Prepare summary of First Meeting of Creditors and interview of c-suite folks of Gordmans regarding financing (2.9); FEA: edit and revise drafts of Employment and Retention Application and corresponding supporting declaration (2.9); CBD: consider and analyze issues associated with dispute with Comenity Bank in light of additional facts provided by James Brown and Andy Hall (1.3). | BJK | 7.10 | $2,094.50 |
| 04/21/2017 | FCC: Attention to update of interim report to unsecured creditors committee. | MJS | 0.30 | $93.00 |

**KOLEY ■ JESSEN**

May 18, 2017
Invoice #:
ID: 19279-0000-0009

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|---------------|------|-------|--------|
| 04/21/2017 | FEA: Review and analyze conflicts checks and edit declaration to reflect the same (.5); CA: review and analyze pleadings filed by debtors, including bar date deadline, KERP Motion, and Motion to Approve Compromise (.3); FCC: review and edit memo summarizing findings regarding Wells Fargo liens/debt (.6). | BJK | 1.40 | $413.00 |
| 04/24/2017 | FEA: Evaluate search information on disclosure matters (1.2); FEA: preparation of information regarding Application (1.0). | DLS | 2.20 | $814.00 |
| 04/24/2017 | FEA: Finalize Application for Employment and declaration to be submitted in support of the same (.8); FEA: email to committee co-chairs with Application for Employment and declaration in support of the same (.1). | BJK | 0.90 | $265.50 |
| 04/25/2017 | CA: Receipt and review of Debtor's notice of deadlines and hearings (.3) | DLS | 0.30 | $111.00 |
| 04/25/2017 | FEA: Receive and review signed copy of Application for Employment from Nathan Meisgeier and Scott Dew (.1); CA: review Administrative Order of Bankruptcy Court approving post-closing assumption and assignment of executory contracts and leases (.1). | BJK | 0.20 | $59.00 |
| 04/26/2017 | CBD: Email exchange with co-counsel regarding status of Comenity Bank dispute (.2); CBD: email to/from debtor's counsel regarding status of the preparation of demand letter to Comenity Bank requesting turnover of funds (.1); FEA: file application to employ Koley Jessen (.1). | BJK | 0.40 | $118.00 |
| 04/27/2017 | FCC: Attention to finalization of memorandum regarding Wells Fargo loan documents. | MJS | 3.40 | $1,054.00 |
| 04/28/2017 | CC: Follow up on requests for information (.6); FEA: review information for monthly fee statement (1.3); FEA: receipt and review of Order approving Application (.2). | DLS | 2.10 | $777.00 |
| 04/28/2017 | FCC: Continued attention and analysis toward lodged UCC filings against Gordman's Inc. and other consolidated debtors. | MJS | 0.50 | $155.00 |
| 04/28/2017 | CA: Call with debtors' counsel regarding outstanding matters, including letter to Comenity Bank, amendments to schedules, and completion of inventory of stores to calculate final purchase price (.1); FEA: prepare monthly fee statement (1.2); FCC: receive and review Amended Schedules of debtors correcting ownership of inventory (.2); FCC: update draft of memorandum to committee regarding review of financing (.3). | BJK | 1.80 | $531.00 |

**KOLEY ■ JESSEN**

May 18, 2017
Official Committee of Unsecured Creditors for Gordmans Stores, Inc.                    Invoice #:
ID: 19279-0000-0009

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 04/28/2017 | FCC: Confer with attorney regarding UCC searches to be performed (.1); FCC: perform requested searches in Nebraska, Kansas and North Dakota (1.4); FCC: submit search request for Delaware; obtain results for Delaware searches (.4); FCC: review of NE, ND and Kansas search results in comparison with searches performed March, 2017 (.9); FCC: confer with attorney regarding findings (.1). | KDN | 2.90 | $435.00 |

## Disbursement Details

| Date | Type | Amount |
|------|------|--------|
| 04/05/2017 | Brian J. Koenig:  Parking - Bankruptcy Hearing & Meeting | $12.00 |
| 04/28/2017 | Information Network of Kansas: UCC Search for Gordmans Distribution Company, Inc. | $10.00 |
| | Capitol Services, Inc.: Certified UCC/Federal Lien Search in Delaware for Gordmans Management Company, Inc., Gordmans, Inc., Gordmans Intermediate Holdings Corp, and Gordmans Stores, Inc. | $611.00 |
| | Computerized Legal Research (Westlaw) | $159.23 |
| | Pacer Research | $100.10 |
| | Nebraska Online Research (Secretary of State Searches) | $33.75 |

## Invoice Summary

| | |
|---|---|
| Total Fees | $38,223.50 |
| Total Disbursements | $926.08 |
| Total This Billing Period | $39,149.58 |
| **Total Due** | $39,149.58 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| In re: | **Chapter 11** |
| **GORDMANS STORES, INC.,** *et al.*,[1] | **Case No. 17-80304 (TLS)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

**THIRD MONTHLY FEE STATEMENT OF KOLEY JESSEN P.C., L.L.O. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GORDMANS STORES, INC., ET AL. FROM MAY 1, 2017 THROUGH AND INCLUDING MAY 31, 2017**

| | |
|---|---|
| **Name of Applicant** | Koley Jessen P.C., L.L.O. |
| **Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | March 13, 2017 |
| **Date of Approval of Employment** | April 27, 2017 [Doc. No. 406] |
| **Fee Period** | May 1, 2017 – May 31, 2017[2] |
| **Total Hours Billed** | 36.8 |
| **Total Fees Requested** | $8,706.40 (80% of $10,883.00) |
| **Total Expenses Requested** | $181.17 |
| **Total Fees and Expenses Requested** | $8,887.57 |
| **Prior Fees Paid to Applicant** | $53,941.60 |
| **Prior Expenses Paid to Applicant** | $1,006.38 |

This is a: __X__ Monthly     ___ Interim     ___ Final Fee Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Gordmans Stores, Inc. (1987); Gordmans, Inc. (1211); Gordmans Management Company, Inc. (5281); Gordmans Distribution Company, Inc. (5421); Gordmans Intermediate Holdings Corp. (9938); and Gordmans LLC (1987).

[2] KJ reserves the right to include any time expended in the Fee Period in future application(s) if it is not included herein.

In accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and Reimbursement of Creditors' Committee Member Expenses, and (II) Granting Related Relief*, entered on April 17, 2017, [Doc. No. 351] (the "Interim Compensation Order")[3], Koley Jessen P.C., L.L.O. ("KJ"), local counsel to the Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession in the above-captioned cases (the "Debtors"), hereby submits this statement of fees and expenses (the "Third Monthly Fee Statement") seeking compensation and reimbursement of expenses for the period of May 1, 2017 through and including May 31, 2017 (the "Fee Period"). By this Third Monthly Fee Statement, KJ seeks payment of: $8,706.40, which represents 80 percent of the total amount of compensation sought for actual and necessary professional services rendered during the Fee Period, and $181.17, which represents 100 percent of KJ's actual and necessary expenses incurred during the Fee Period.

## Services Rendered and Expenses Incurred

1.      Attached as **Exhibit A** is a timekeeper summary that includes the names, positions, and hourly rates of each professional and paraprofessional who billed time during the Fee Period.

2.      Attached as **Exhibit B** is a project summary that includes the total hours spent by KJ professionals and paraprofessionals per project category for the Fee Period.

3.      Attached as **Exhibit C** is a summary of all expenses incurred by KJ during the Fee Period.

4.      Attached as **Exhibit D** are KJ's detailed time and expense records of KJ for the Fee Period.

---

[3] Terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

**Total Fees and Expenses Sought for the Fee Period**

5.      The total amount sought for fees for services rendered and reimbursement of expenses incurred for the Fee Period are as follows:

| | |
|---|---|
| **Total Fees for the Fee Period** | $10,883.00 |
| **Total Expenses for the Fee Period** | $    181.17 |
| **TOTAL** | $11,064.17 |

6.      Pursuant to the Interim Compensation Order, KJ seeks payment of $8,887.57, which equals (i) 80 percent of KJ's total fees for services rendered during the Fee Period and (ii) 100 percent of KJ's total expenses incurred during the Fee Period.

| | |
|---|---|
| **80% of Total Fees for the Fee Period** | $ 8,706.40 |
| **100% Total Expenses for the Fee Period** | $    181.17 |
| **TOTAL** | $ 8,887.57 |

**Notice and Objections Procedures**

7.      No trustee or examiner has been appointed in these chapter 11 cases. In accordance with the Interim Compensation Order, notice of this Second Monthly Fee Statement has been served, via overnight delivery and the Court's ECF system, on:   (i) the Debtors, Gordmans Stores, Inc., 1926 South 67th Street, Omaha, Nebraska 68106, Attn: Andy Hall and James Brown; (ii) co- counsel to the Debtors, Kutak Rock LLP, The Omaha Building, 1650 Farnam Street, Omaha, Nebraska 68102, Attn: Jeffrey T. Wegner and Lisa M. Peters; (iii) co-counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn: Brad Weiland and Jamie R. Netznik; (iv) the Office of the United States Trustee for the District of Nebraska, 111 South 18th Plaza, Suite 1148, Omaha, Nebraska 68102, Attn: Jerry L. Jansen; (v) co-counsel to the administrative agent, Riemer Braunstein LLP, Seven Times Square, Suite 2506, New York, New York 10036, Attn: Steven Fox and Donald E. Rothman; (vi) co-counsel to the administrative agent, Greenberg Traurig, LLP, One International Place, Suite 2000, Boston,

Massachusetts DeWitt Anderson & Gonderinger, L.L.C., 2120 South 72nd Street, Suite 1200, Omaha, Nebraska 68124, Attn: Robert Gonderinger; and (viii) lead counsel to the Committee, Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, Ohio 45202, Attn: Ronald E. Gold and Douglas L. Lutz (the "Application Recipients"). KJ submits that no other or further notice need be provided.

8.    Pursuant to the Interim Compensation Order, objections to this Second Monthly Fee Statement, if any, must be served upon KJ and the Application Recipients no later than fourteen days after service of the Second Monthly Fee Statement (the "Review Deadline") setting forth the precise nature of the objection and the amount at issue.

9.    If no objections to this Second Monthly Fee Statement are made on or before the Review Deadline and upon the filing of a certificate of no objection with this Court with respect to the unopposed portion of the fees and expenses requested in the Fee Period by KJ, the Debtors will pay KJ: (i) 80 percent of KJ's total fees for services rendered during the Fee Period and (ii) 100 percent of KJ's total expenses incurred during the Fee Period.

10.    To the extent a Notice of Objection to Monthly Fee Statement is received on or before the Review Deadline, the objecting party and KJ shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtors shall promptly pay 80 percent of the agreed-upon fees and 100 percent of the agreed-upon expenses. If, however, the parties are unable to reach a resolution within 14 days after service of the Notice of Objection to Monthly Fee Statement, the objecting party shall file its objection (the "Objection") with this Court within 3 business days and serve such Objection on KJ and each of the other Application Recipients. Thereafter, KJ may either (i) file with the Court a response to the Objection, together with a

request for payment of the Disputed Amount or (ii) forego payment of the Disputed Amount until

the next interim fee application hearing at which time this Court will consider the Objection, if

requested by the parties.

Dated:  July 13, 2017.                              Respectfully submitted,


                                                   */s/ Brian J. Koenig*
                                                   Brian J. Koenig, #23807
                                                   **KOLEY JESSEN P.C., L.L.O.**
                                                   1125 South 103rd Street, Suite 800
                                                   Omaha, NE 68124
                                                   (402) 390-9500
                                                   (402) 390-9005 (fax)
                                                   Brian.Koenig@koleyjessen.com

                                                   *Local Counsel for the*
                                                   *Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

     I hereby certify that on July 13, 2017, I caused the filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which was served on all parties receiving ECF notice in this case, and I further certify that on July 13, 2017, I caused the foregoing to be served via overnight delivery to the parties indicated below.

               */s/ Brian J. Koenig*_____

Gordmans Stores, Inc.
Attn:  Andy Hall and James Brown
1926 South 67th Street
Omaha, NE  68106
*Debtors*

Kirkland & Ellis LLP
Attn:  Brad Weiland and Jamie R. Netznik
300 North LaSalle
Chicago, IL  60654

and

Kutak Rock LLP
Attn:  Jeffrey T. Wegner and Lisa M. Peters
1650 Farnam Street
Omaha, NE  68102
*Co-Counsel to the Debtors*

Office of the United States Trustee
For the District of Nebraska
Attn:   Jerry L. Jensen
111 South 18th Plaza, Suite 1148
Omaha, NE  68102
*United States Trustee*

Riemer Braunstein LLP
Attn:  Steven Fox and Donald E. Rothman
Seven Times Square, Suite 2506
New York, NY  10036

and

Greenberg Traurig, LLP
Attn:  Jeffrey M. Wolf
One International Place, Suite 2000
Boston, MA  02110

and

Croker Huck Kasher DeWitt Anderson &
Gonderinger L.L.C.
Attn:  Robert Gonderinger
2120 South 72nd Street, Suite 1200
Omaha, NE  68124
*Co-Counsel to the Administrative Agent*

Frost Brown Todd LLC
Attn:  Ronald E. Gold and Douglas L. Lutz
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH  45202

## EXHIBIT A

### Summary of Hours Billed by Professionals and Paraprofessional for the Fee Period

| Name of Professional | Dept | Title | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Brian J. Koenig | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 2007 | $295.00 | 24.2 | $7,139.00 |
| Donald L. Swanson | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 1980 | $370.00 | 7.1 | $2,627.00 |
| Matthew J. Speiker | Banking, Finance & Creditors' Rights | Shareholder | 2003 | $310.00 | .7 | $217.00 |
| Comran E. Sharif | Business | Associate | 2015 | $195.00 | 4.0 | $780.00 |
| Kimberly D. Nelson | Banking, Finance & Creditors' Rights | Paralegal | | $150.00 | .7 | $120.00 |
| **TOTAL** | | | | | 36.8 | $10,883.00 |

**EXHIBIT B**

**Summary of Time by Project Category**

| Project Category | Hours | Amount |
|---|---|---|
| Case Administration | 10.9 | $ 3,590.50 |
| Asset Analysis and Recovery | 1.3 | $   383.50 |
| Communications with Creditors | .5 | $   170.00 |
| Fee/Employment Applications | 4.1 | $1,344.50 |
| Financing/Cash Collateral | 5 | $1,369.50 |
| Investigation of Dividend/Recapitalization | 15 | $4,025.00 |
| **TOTAL** | 36.8 | $10,883.00 |

## EXHIBIT C

### Summary of Expenses for the Fee Period

| Description | Amounts |
|---|---|
| Reproductions | |
| Pacer | |
| CD Duplication | |
| Air Fare | |
| Meals | |
| Taxi Service | |
| Lodging | |
| Parking | |
| Mileage | |
| Transportation – Car Rental | |
| Research (Westlaw) | |
| Misc. Expense / FedEx / Public Records | $181.17 |
| **TOTAL** | $181.17 |

**EXHIBIT D**

# KOLEY ■ JESSEN

**KOLEYJESSEN■COM**

**KOLEY JESSEN P.C., L.L.O.**
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE  68124

*PHONE:* 402.390.9500

Official Committee of Unsecured Creditors for
Gordmans Stores, Inc.
c/o Jeff Pomerantz, Co-Chair
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA  90067

June 16, 2017
Invoice #: 323935
ID: 19279-0000-0009

| Matter # | Matter Name | Fees | Disbursements | Total |
|---|---|---|---|---|
| 19279-0000-0009 | Gordmans Chapter 11 | $10,883.00 | $181.17 | $11,064.17 |
| | Total This Billing Period | $10,883.00 | $181.17 | $11,064.17 |
| | Total Current | | | $11,064.17 |

**KOLEY■JESSEN**

June 16, 2017
Invoice #: 323935
ID: 19279-0000-0009

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 05/01/2017 | FEA: Evaluate application issues from filings by other professionals and consider standards from U.S. Trustee | DLS | 0.70 | $259.00 |
| 05/01/2017 | FEA: Finalize first monthly fee statement (1.2); FEA: email to Committee co-chairs with copy of monthly fee statement (.1). | BJK | 1.30 | $383.50 |
| 05/01/2017 | FCC: Receipt of Delaware UCC search results(.1); compare results to previous search results (.5); email attorney regarding same(.2). | KDN | 0.80 | $120.00 |
| 05/02/2017 | CA: Receipt and review of operating report (.5) | DLS | 0.50 | $185.00 |
| 05/04/2017 | FCC: Revise memorandum to reflect additional findings from interview with Gordman's representatives. | MJS | 0.70 | $217.00 |
| 05/05/2017 | CA: Consider creditor requests for information on leases being assumed, review orders and notices filed thus far, and prepare summary | DLS | 1.60 | $592.00 |
| 05/08/2017 | FEA: Receipt and review of initial fee statements and evaluate and compare details | DLS | 0.50 | $185.00 |
| 05/08/2017 | FEA: Finalize and file monthly fee statement (.1); FCC: call with Lisa Peters regarding status of inventory and questions regarding control agreements (.1). | BJK | 0.20 | $59.00 |
| 05/08/2017 | FCC: Finalize memorandum of findings regarding investigation of claims/liens of lenders. | BJK | 2.70 | $796.50 |
| 05/08/2017 | FCC: Call with Carol Cabello regarding status of inventory calculation and expectations regarding the same; notes to file regarding same (.3); FCC: email to Committee with results of investigation (.2). | BJK | 0.50 | $147.50 |
| 05/09/2017 | CA: Receipt and review of notices of lease rejections and prepare summary | DLS | 1.20 | $444.00 |
| 05/09/2017 | FCC: Prepare and send letter to Steven Fox informing Wells Fargo that no challenge proceeding will be filed and requesting the return of the indemnification reserve funds. | BJK | 0.20 | $59.00 |
| 05/09/2017 | AAR: Receive and review Province's updated report, including updated cash forecast. | BJK | 0.50 | $147.50 |
| 05/10/2017 | CC: Follow-up and respond to inquiry regarding lease assumptions and rejections | DLS | 0.30 | $111.00 |
| 05/10/2017 | CA: Begin reviewing, editing, and providing comments on proposed joint plan of liquidation (1.8). | BJK | 1.80 | $531.00 |
| 05/11/2017 | CA: Receipt and review of notice of assumption and update summary (.3) | DLS | 0.30 | $111.00 |

**K O L E Y ■ J E S S E N**

June 16, 2017
Invoice #: 323935
ID: 19279-0000-0009

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 05/11/2017 | CA: Review and provide comments to draft of Motion to Limit Access to Certain Confidential and Privileged Information (.8); attorney conference with A.J. Webb to discuss notice issues associated with service of Motion to Limit Access (.1). | BJK | 0.90 | $265.50 |
| 05/11/2017 | CA: Continue reviewing, editing, and providing comments on proposed joint plan of liquidation. | BJK | 2.90 | $855.50 |
| 05/12/2017 | CA: Receipt and review of rejection notice and update summary | DLS | 0.30 | $111.00 |
| 05/12/2017 | FEA: Begin preparing April monthly statement. | BJK | 0.50 | $147.50 |
| 05/15/2017 | FEA: Edit and review April monthly statement. | BJK | 0.20 | $59.00 |
| 05/15/2017 | CC: Call from creditor regarding locating copy of blank proof of claim and completing proof of claim. | BJK | 0.10 | $29.50 |
| 05/15/2017 | AAR: Review draft of data retention request list to provide to debtors and consider possible additions to the same in relation to investigation of dividend. | BJK | 0.50 | $147.50 |
| 05/15/2017 | AAR: Call with committee's professionals regarding investigation into Sun Capital's recapitalization and dividend. | BJK | 0.30 | $88.50 |
| 05/16/2017 | CA: Receipt and review of lease rejection notice, update summary and remaining leases | DLS | 0.50 | $185.00 |
| 05/17/2017 | FEA: Preparation of information for April monthly statement. | DLS | 0.60 | $222.00 |
| 05/17/2017 | INV: Review Nebraska Uniform Transfer Act and consider issues associated with bringing claim against Sun Capital related to dividend/recap (.8); INV: call with Ron Gold and Doug Lutz regarding strategy to investigate potential claims (.4); INV: review and analyze publicly available materials regarding dividend/recap, financial performance, and dividend policy, including Annual Reports from 2010 through 2015, 10-Qs, and 8-Ks (3.9); INV: prepare timeline of relevant events from Annual Reports (.9); | BJK | 6.00 | $1,770.00 |
| 05/17/2017 | INV: Research regarding historical directors and officers of G-Estate Liquidation Stores, Inc. (f/k/a Gordmans Stores, Inc.). | CES | 2.00 | $390.00 |
| 05/18/2017 | CA: Receipt and review of lease assumption filings and update summary (.3); CA: receipt and review claim assignment notifications. | DLS | 0.60 | $222.00 |

**KOLEY ■ JESSEN**

June 16, 2017
Invoice #: 323935
ID: 19279-0000-0009

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 05/18/2017 | INV: Receive and review research regarding claims that may be brought in connection with payment of dividend and consider possibility of additional claims (1.9); INV: finalize timeline of relevant events (.7); INV: review and analyze summary of directors and officers during relevant time periods (.3); INV: emails to D. Lutz and R. Gold with timeline, annual reports, summary of D&Os, and particular information related to annual reports (.2); CA: review administrative orders approving All-State Brokerage's 20-day goods claim and assumption and assignment of executory contracts (.1) | BJK | 3.20 | $944.00 |
| 05/18/2017 | INV: Draft summary of historical directors and officers of G-Estate Liquidation Stores, Inc. (f/k/a Gordmans Stores, Inc.). | CES | 2.00 | $390.00 |
| 05/19/2017 | CA: Receive and review Operating Report for April 2017 (.2); INV: continue reviewing case law regarding statute of limitations for potential causes of action (.5). | BJK | 0.70 | $206.50 |
| 05/22/2017 | INV: Call with D. Lutz and R. Gold regarding results of initial review of publicly available resources and case law regarding potential claims against D&Os and next steps. | BJK | 0.50 | $147.50 |
| 05/23/2017 | FEA: Prepare Certificate of No Objection to First Monthly Fee Statement (.1); FEA: review draft of Certificate of No Objection of Frost Brown Todd and Province and suggest edits to same (.1). | BJK | 0.20 | $59.00 |
| 05/24/2017 | INV: Receive and begin reviewing D&O policies. | BJK | 0.90 | $265.50 |
| 05/30/2017 | CC: email to committee co-chairs with draft of monthly fee statement for review and approval (.1). | BJK | 0.10 | $29.50 |

## Disbursement Details

| Date | Type | Amount |
|------|------|--------|
| 05/08/2017 | Federal Express - Express Mail; 5/8/17 Chicago, IL | $25.47 |
| 05/08/2017 | Federal Express - Express Mail; 5/8/17 Omaha, NE | $34.36 |
| 05/08/2017 | Federal Express - Express Mail; 5/8/17 Omaha, NE | $17.18 |
| 05/08/2017 | Federal Express - Express Mail; 5/8/17 New York, NY | $27.12 |
| 05/08/2017 | Federal Express - Express Mail; 5/8/17 Cincinnati, OH | $26.94 |
| 05/08/2017 | Federal Express - Express Mail; 5/8/17 Omaha, NE | $17.18 |
| 05/08/2017 | Federal Express - Express Mail; 5/8/17 Boston, MA | $27.12 |
| | Advanced Costs for Public Records | $5.80 |

**KOLEY ■ JESSEN**

June 16, 2017
Invoice #: 323935
ID: 19279-0000-0009

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.

### Invoice Summary

| | |
|---|---|
| Total Fees | $10,883.00 |
| Total Disbursements | $181.17 |
| Total This Billing Period | $11,064.17 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| In re: | **Chapter 11** |
| **GORDMANS STORES, INC.,** *et al.*,[1] | **Case No. 17-80304 (TLS)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

**FOURTH MONTHLY FEE STATEMENT OF KOLEY JESSEN P.C., L.L.O. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GORDMANS STORES, INC., ET AL. FROM JUNE 1, 2017 THROUGH AND INCLUDING JUNE 30, 2017**

| | |
|---|---|
| **Name of Applicant** | Koley Jessen P.C., L.L.O. |
| **Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | March 13, 2017 |
| **Date of Approval of Employment** | April 27, 2017 [Doc. No. 406] |
| **Fee Period** | June 1, 2017 – June 30, 2017[2] |
| **Total Hours Billed** | 27.8 |
| **Total Fees Requested** | $6,456.40 (80% of $8,070.50) |
| **Total Expenses Requested** | $272.48 |
| **Total Fees and Expenses Requested** | $6,728.88 |
| **Prior Fees Paid to Applicant** | $53,941.60 |
| **Prior Expenses Paid to Applicant** | $1,006.38 |

This is a:   X_ Monthly    __ Interim    __ Final Fee Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: G-Estate Liquidation Stores, Inc. formerly known as Gordmans Stores, Inc. (1987); Gordmans, Inc. (1211); Gordmans Management Company, Inc. (5281); Gordmans Distribution Company, Inc. (5421); Gordmans Intermediate Holdings Corp. (9938); and Gordmans LLC (1987).

[2] KJ reserves the right to include any time expended in the Fee Period in future application(s) if it is not included herein.

In accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and Reimbursement of Creditors' Committee Member Expenses, and (II) Granting Related Relief*, entered on April 17, 2017, [Doc. No. 351] (the "Interim Compensation Order")[3], Koley Jessen P.C., L.L.O. ("KJ"), local counsel to the Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession in the above-captioned cases (the "Debtors"), hereby submits this statement of fees and expenses (the "Fourth Monthly Fee Statement") seeking compensation and reimbursement of expenses for the period of June 1, 2017 through and including June 30, 2017 (the "Fee Period"). By this Fourth Monthly Fee Statement, KJ seeks payment of: $6,456.40, which represents 80 percent of the total amount of compensation sought for actual and necessary professional services rendered during the Fee Period, and $272.48, which represents 100 percent of KJ's actual and necessary expenses incurred during the Fee Period.

### Services Rendered and Expenses Incurred

1.      Attached as **Exhibit A** is a timekeeper summary that includes the names, positions, and hourly rates of each professional and paraprofessional who billed time during the Fee Period.

2.      Attached as **Exhibit B** is a project summary that includes the total hours spent by KJ professionals and paraprofessionals per project category for the Fee Period.

3.      Attached as **Exhibit C** is a summary of all expenses incurred by KJ during the Fee Period.

4.      Attached as **Exhibit D** are KJ's detailed time and expense records of KJ for the Fee Period.

---

[3] Terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

**Total Fees and Expenses Sought for the Fee Period**

5.      The total amount sought for fees for services rendered and reimbursement of expenses incurred for the Fee Period are as follows:

| | |
|---|---|
| **Total Fees for the Fee Period** | $8,070.50 |
| **Total Expenses for the Fee Period** | $272.48 |
| **TOTAL** | $8,342.98 |

6.      Pursuant to the Interim Compensation Order, KJ seeks payment of $6,728.88, which equals (i) 80 percent of KJ's total fees for services rendered during the Fee Period and (ii) 100 percent of KJ's total expenses incurred during the Fee Period.

| | |
|---|---|
| **80% of Total Fees for the Fee Period** | $6,456.40 |
| **100% Total Expenses for the Fee Period** | $272.48 |
| **TOTAL** | $6,728.88 |

**Notice and Objections Procedures**

7.      No trustee or examiner has been appointed in these chapter 11 cases. In accordance with the Interim Compensation Order, notice of this Fourth Monthly Fee Statement has been served, via overnight delivery and the Court's ECF system, on: (i) the Debtors, Gordmans Stores, Inc., 13917 Gold Circle, Suite 200, Omaha, Nebraska 68144, Attn: Andy Hall and James Brown; (ii) co- counsel to the Debtors, Kutak Rock LLP, The Omaha Building, 1650 Farnam Street, Omaha, Nebraska 68102, Attn: Jeffrey T. Wegner and Lisa M. Peters; (iii) co-counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn: Brad Weiland and Jamie R. Netznik; (iv) the Office of the United States Trustee for the District of Nebraska, 111 South 18th Plaza, Suite 1148, Omaha, Nebraska 68102, Attn: Jerry L. Jansen; (v) co-counsel to the administrative agent, Riemer Braunstein LLP, Seven Times Square, Suite 2506, New York, New York 10036, Attn: Steven Fox and Donald E. Rothman; (vi) co-counsel to the administrative agent, Greenberg Traurig, LLP, One International Place, Suite 2000, Boston, Massachusetts DeWitt

Anderson & Gonderinger, L.L.C., 2120 South 72nd Street, Suite 1200, Omaha, Nebraska 68124, Attn: Robert Gonderinger; and (viii) lead counsel to the Committee, Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, Ohio 45202, Attn: Ronald E. Gold and Douglas L. Lutz (the "Application Recipients"). KJ submits that no other or further notice need be provided.

8.      Pursuant to the Interim Compensation Order, objections to this Fourth Monthly Fee Statement, if any, must be served upon KJ and the Application Recipients no later than fourteen days after service of the Fourth Monthly Fee Statement (the "Review Deadline") setting forth the precise nature of the objection and the amount at issue.

9.      If no objections to this Fourth Monthly Fee Statement are made on or before the Review Deadline and upon the filing of a certificate of no objection with this Court with respect to the unopposed portion of the fees and expenses requested in the Fee Period by KJ, the Debtors will pay KJ: (i) 80 percent of KJ's total fees for services rendered during the Fee Period and (ii) 100 percent of KJ's total expenses incurred during the Fee Period.

10.      To the extent a Notice of Objection to Monthly Fee Statement is received on or before the Review Deadline, the objecting party and KJ shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtors shall promptly pay 80 percent of the agreed-upon fees and 100 percent of the agreed-upon expenses. If, however, the parties are unable to reach a resolution within 14 days after service of the Notice of Objection to Monthly Fee Statement, the objecting party shall file its objection (the "Objection") with this Court within 3 business days and serve such Objection on KJ and each of the other Application Recipients. Thereafter, KJ may either (i) file with the Court a response to the Objection, together with a

request for payment of the Disputed Amount or (ii) forego payment of the Disputed Amount until

the next interim fee application hearing at which time this Court will consider the Objection, if

requested by the parties.

Dated:  July 31, 2017.                              Respectfully submitted,


                                                   */s/ Brian J. Koenig*
                                                   Brian J. Koenig, #23807
                                                   **KOLEY JESSEN P.C., L.L.O.**
                                                   1125 South 103rd Street, Suite 800
                                                   Omaha, NE 68124
                                                   (402) 390-9500
                                                   (402) 390-9005 (fax)
                                                   Brian.Koenig@koleyjessen.com

                                                   ***Local Counsel for the***
                                                   ***Official Committee of Unsecured Creditors***

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on July 31, 2017, I caused the filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which was served on all parties receiving ECF notice in this case, and I further certify that on July 13, 2017, I caused the foregoing to be served via overnight delivery to the parties indicated below.

*/s/ Brian J. Koenig*

Gordmans Stores, Inc.
Attn:  Andy Hall and James Brown
13917 Gold Circle, Suite 200
Omaha, NE  68144
*Debtors*

Kirkland & Ellis LLP
Attn:  Brad Weiland and Jamie R. Netznik
300 North LaSalle
Chicago, IL  60654

and

Kutak Rock LLP
Attn:  Jeffrey T. Wegner and Lisa M. Peters
1650 Farnam Street
Omaha, NE  68102
*Co-Counsel to the Debtors*

Office of the United States Trustee
For the District of Nebraska
Attn:   Jerry L. Jensen
111 South 18th Plaza, Suite 1148
Omaha, NE  68102
*United States Trustee*

Riemer Braunstein LLP
Attn:  Steven Fox and Donald E. Rothman
Seven Times Square, Suite 2506
New York, NY  10036

and

Greenberg Traurig, LLP
Attn:  Jeffrey M. Wolf
One International Place, Suite 2000
Boston, MA  02110

and

Croker Huck Kasher DeWitt Anderson &
Gonderinger L.L.C.
Attn:  Robert Gonderinger
2120 South 72nd Street, Suite 1200
Omaha, NE  68124
*Co-Counsel to the Administrative Agent*

Frost Brown Todd LLC
Attn:  Ronald E. Gold and Douglas L. Lutz
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH  45202

## EXHIBIT A

### Summary of Hours Billed by Professionals and Paraprofessional for the Fee Period

| Name of Professional | Dept | Title | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Brian J. Koenig | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 2007 | $295.00 | 21.7 | $6,401.50 |
| Donald L. Swanson | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 1980 | $370.00 | .5 | $185.00 |
| Kristin M. Krueger | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 2008 | $265.00 | 5.6 | $1,484.00 |
| **TOTAL** | | | | | 27.8 | $8,070.50 |

**EXHIBIT B**

**Summary of Time by Project Category**

| Project Category | Hours | Amount |
|---|---|---|
| Case Administration | 7.7 | $2,141.00 |
| Asset Analysis and Recovery | | $ |
| Communications with Creditors | .4 | $   118.00 |
| Fee/Employment Applications | .3 | $     88.50 |
| Financing/Cash Collateral | | $ |
| Comenity Bank Dispute | 4.7 | $1,386.50 |
| Investigation of Dividend/Recap & Other Claims | 14.7 | $4,336.50 |
| **TOTAL** | 27.8 | $8,070.50 |

**EXHIBIT C**

**Summary of Expenses for the Fee Period**

| Description | Amounts |
|---|---|
| Pacer | $9.00 |
| Research (Westlaw) | $88.53 |
| Misc. Expense / FedEx / Public Records | $174.95 |
| **TOTAL** | $272.48 |

**EXHIBIT D**

# KOLEY ■ JESSEN

**KOLEYJESSEN■COM**

**KOLEY JESSEN P.C., L.L.O.**
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE  68124

*PHONE:* 402.390.9500

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.
c/o Julie Minnick Bowden, Chair
GGP, a Retail Real Estate Company
110 N Wacker Drive
Chicago, IL  60606

| Matter # | Matter Name | Fees | Disbursements | Total |
|----------|-------------|------|---------------|-------|
| 19279-0000-0366 | Gordmans Chapter 11 | $8,070.50 | $272.48 | $8,342.98 |
| | Total This Billing Period | $8,070.50 | $272.48 | $8,342.98 |
| | Total Current | | | $8,342.98 |

**KOLEY ■ JESSEN**

July 18, 2017

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.       Invoice #: 325362
Gordmans Chapter 11       ID: 19279-0000-0366

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 06/01/2017 | INV: call with Committee's professionals to discuss status of investigation, procurement of additional documents, and next steps (.7); CBD: call to Lisa Peters requesting status update as to draft of demand letter to Comenity Bank (.1). | BJK | 0.80 | $236.00 |
| 06/02/2017 | CA: Review and analyze draft of Motion for Omnibus Objection Procedures (.4); CBD: Call with Lisa Peters regarding draft of demand letter to Comenity Bank (.2). | BJK | 0.60 | $177.00 |
| 06/05/2017 | CBD: review and analyze proof of claim filed by Comenity Bank (.2); CA: review court's text order granting Motion for Order Clarifying Requirement to Provide Access to Confidential or Privileged Information (.1). | BJK | 0.30 | $88.50 |
| 06/06/2017 | CC: Call from unsecured creditor with questions regarding reconciliation of claims between schedules and proofs of claim and deadline to file administrative expense claims; notes to file regarding same (.4). | BJK | 0.40 | $118.00 |
| 06/09/2017 | CA: Attorney discussions and conference regarding analyzing administrative expense claims based on post-petition lease charges (.2); research under § 365 of the Bankruptcy Code and Eighth Circuit case law standards for granting administrative claims of post-petition lease obligations, in particular, review of Eighth Circuit case law to identify how such such administrative expense claims are measured (1.2); based upon the same, consider and analyze administrative expense claim seeking stub rent and real estate taxes and identify any possible objections to the same, including reviewing underlying lease and invoices (.6). | KMK | 2.00 | $530.00 |
| 06/12/2017 | CA: Call with Lisa Peters regarding coordinating the assertion of potential objections to administrative expense claims (.3). | BJK | 0.30 | $88.50 |
| 06/12/2017 | CA: Research under Bankruptcy Code and bankruptcy case law, in particular, Eighth Circuit and Third Circuit case law, whether certain claims arising under a certain lease may qualify as an administrative expense claim under § 365(d)(3) of the Bankruptcy Code, in particular, focus on case law discussing property taxes and stub rent and standards for assessing whether the same qualify as administrative expense claims (2.5); based upon bankruptcy case law, consider and review what objections may exist for specific application to certain administrative claim (.8); telephone conference with counsel for Lisa Peters regarding particular potential objections to specific administrative claim and discussions regarding assessing objections to applications for administrative claims moving forward (.3). | KMK | 3.60 | $954.00 |
| 06/15/2017 | CA: Call with Lisa Peters regarding potential objection to administrative expense claim (.3). | BJK | 0.30 | $88.50 |

Page 2

**KOLEY■JESSEN**

July 18, 2017
Official Committee of Unsecured Creditors for Gordmans Stores, Inc.                                             Invoice #: 325362
Gordmans Chapter 11                                                                                                                                ID: 19279-0000-0366

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 06/19/2017 | CBD: Review and analyze draft of Motion for Protective Order and provide comments on the same (.6); FEA: Review carve out language inserted into Duff & Phelps Securities, LLC's monthly fee statement and provide comments regarding same (.1). | BJK | 0.70 | $206.50 |
| 06/20/2017 | FEA: Review detail for monthly fee statement. | DLS | 0.50 | $185.00 |
| 06/20/2017 | INV: Begin reviewing and analyzing corporate meeting minutes, Duff & Phelps' opinion, and notes regarding recapitalization (1.9). | BJK | 1.90 | $560.50 |
| 06/21/2017 | INV: Continue to review and analyze meeting minutes, insolvency opinion, financial performance indicators and other documents from June - August 2013 relating to decision to issue dividend; notes to file regarding same (2.9); CBD: receive and review email from Lisa Peters with demand letter to Comenity Bank, timeline of events, and Joint Defense/Common Interest Privilege Agreement (.1); CBD: review and analyze Joint Defense/Common Interest Privilege Agreement (.3). | BJK | 3.30 | $973.50 |
| 06/22/2017 | CBD: Review and analyze draft demand letter to Comenity Bank (.7); CBD: call with Doug Lutz regarding Comenity Bank dispute (.5); INV: continue reviewing solvency opinion issued in 2013 and analysis conducted in connection with the same (1.3). | BJK | 2.50 | $737.50 |
| 06/23/2017 | INV: Review and analyze Gordmans' board resolution approving dividend and materials reviewed by the board in connection of approving dividend (.5); INV: Review and analyze materials related to dividend prepared by Province (1.6). | BJK | 2.10 | $619.50 |
| 06/24/2017 | CBD: edit and revise draft demand letter to Comenity Bank requesting turnover of funds (.7); FEA: receive and review Monthly Fee Statement of Duff & Phelps Securities, LLC (.2). | BJK | 0.90 | $265.50 |
| 06/26/2017 | INV: call with D. Lutz regarding Province's analysis regarding dividend recapitalization (.4); call with L. Peters regarding Comenity Bank dispute and demand for turnover (.1); receive and review objections to administrative expense claims filed by debtors (.3). | BJK | 0.80 | $236.00 |
| 06/27/2017 | CBD: call with Lisa Peters with comments on draft demand letter to Comenity Bank (1.0); INV: receive and review draft of letter to K & E requesting additional information for committee to complete its investigation (.3). | BJK | 1.30 | $383.50 |

**KOLEY ■ JESSEN**

July 18, 2017
Official Committee of Unsecured Creditors for Gordmans Stores, Inc.                                          Invoice #: 325362
Gordmans Chapter 11                                                                                          ID: 19279-0000-0366

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 06/28/2017 | INV: review revised draft of letter to K & E regarding investigation of claims and request for additional information and provide edits and suggestions regarding the same (.8); INV: review and analyze materials relied upon by board of directors in deciding whether to approve dividend (1.9); INV: call with R. Gold and D. Lutz regarding thoughts on potential claims (.3); INV: review and analyze board minutes and materials leading up to the filing of bankruptcy (.9); INV: call with D. Lutz, Paul Huygens and Carol Cabello regarding finalizing letter to K & E regarding investigation of claims and request for additional information (.8). | BJK | 4.70 | $1,386.50 |
| 06/29/2017 | CA: receive and review report of Province covering latest forecast, estimated recoveries, and potential litigation claims. | BJK | 0.50 | $147.50 |
| 06/30/2017 | CBD: call with L. Peters regarding Comenity Bank demand letter and consider issues with the same (.3). | BJK | 0.30 | $88.50 |

## Disbursement Details

| Date | Type | Amount |
|------|------|--------|
| 05/30/2017 | Federal Express - Express Mail; 6/30/17 Omaha, NE | $17.14 |
| 05/30/2017 | Federal Express - Express Mail; 5/30/17 Cincinnati, OH | $26.88 |
| 05/30/2017 | Federal Express - Express Mail; 5/30/17 Chicago, IL | $25.41 |
| 05/30/2017 | Federal Express - Express Mail; 5/30/17 Omaha, NE | $17.14 |
| 05/30/2017 | Federal Express - Express Mail; 5/30/17 Boston, MA | $27.05 |
| 05/30/2017 | Federal Express - Express Mail; 5/30/17 Omaha, NE | $17.14 |
| 05/30/2017 | Federal Express - Express Mail; 5/30/17 New York, NY | $27.05 |
| 05/30/2017 | Federal Express - Express Mail; 5/30/17 Omaha, NE | $17.14 |
| | Advanced Costs for Public Records | $9.00 |
| | Computerized Legal Research | $88.53 |

### Invoice Summary

| | |
|------|------|
| Total Fees | $8,070.50 |
| Total Disbursements | $272.48 |
| Total This Billing Period | $8,342.98 |
| **Total Due** | **$8,242.98** |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| In re: | Chapter 11 |
| **GORDMANS STORES, INC.,** *et al.*,[1] | Case No. 17-80304 (TLS) |
| | **(Jointly Administered)** |
| **Debtors.** | |

### FIFTH MONTHLY FEE STATEMENT OF KOLEY JESSEN P.C., L.L.O. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GORDMANS STORES, INC., ET AL. FROM JULY 1, 2017 THROUGH AND INCLUDING JULY 31, 2017

| | |
|---|---|
| **Name of Applicant** | Koley Jessen P.C., L.L.O. |
| **Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | March 13, 2017 |
| **Date of Approval of Employment** | April 27, 2017 [Doc. No. 406] |
| **Fee Period** | July 1, 2017 – July 31, 2017[2] |
| **Total Hours Billed** | 51.9 |
| **Total Fees Requested** | $13,340.40 (80% of $16,675.50) |
| **Total Expenses Requested** | $684.37 |
| **Total Fees and Expenses Requested** | $14,024.77 |
| **Prior Fees Paid to Applicant** | $69,104.40 |
| **Prior Expenses Paid to Applicant** | $1,460.03 |

This is a:   X  Monthly   ___ Interim   ___ Final Fee Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: G-Estate Liquidation Stores, Inc. formerly known as Gordmans Stores, Inc. (1987); Gordmans, Inc. (1211); Gordmans Management Company, Inc. (5281); Gordmans Distribution Company, Inc. (5421); Gordmans Intermediate Holdings Corp. (9938); and Gordmans LLC (1987).

[2] KJ reserves the right to include any time expended in the Fee Period in future application(s) if it is not included herein.

In accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and Reimbursement of Creditors' Committee Member Expenses, and (II) Granting Related Relief*, entered on April 17, 2017, [Doc. No. 351] (the "Interim Compensation Order")[3], Koley Jessen P.C., L.L.O. ("KJ"), local counsel to the Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession in the above-captioned cases (the "Debtors"), hereby submits this statement of fees and expenses (the "Fifth Monthly Fee Statement") seeking compensation and reimbursement of expenses for the period of July 1, 2017 through and including July 31, 2017 (the "Fee Period"). By this Fifth Monthly Fee Statement, KJ seeks payment of: $13,340.40, which represents 80 percent of the total amount of compensation sought for actual and necessary professional services rendered during the Fee Period, and $684.37, which represents 100 percent of KJ's actual and necessary expenses incurred during the Fee Period.

## Services Rendered and Expenses Incurred

1.     Attached as **Exhibit A** is a timekeeper summary that includes the names, positions, and hourly rates of each professional and paraprofessional who billed time during the Fee Period.

2.     Attached as **Exhibit B** is a project summary that includes the total hours spent by KJ professionals and paraprofessionals per project category for the Fee Period.

3.     Attached as **Exhibit C** is a summary of all expenses incurred by KJ during the Fee Period.

4.     Attached as **Exhibit D** are KJ's  detailed time and expense records of KJ for the Fee Period.

---

[3] Terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

## Total Fees and Expenses Sought for the Fee Period

5.      The total amount sought for fees for services rendered and reimbursement of expenses incurred for the Fee Period are as follows:

| | |
|---|---|
| **Total Fees for the Fee Period** | $16,675.50 |
| **Total Expenses for the Fee Period** | $684.37 |
| **TOTAL** | $17,359.87 |

6.      Pursuant to the Interim Compensation Order, KJ seeks payment of $14,024.77, which equals (i) 80 percent of KJ's total fees for services rendered during the Fee Period and (ii) 100 percent of KJ's total expenses incurred during the Fee Period.

| | |
|---|---|
| **80% of Total Fees for the Fee Period** | $13,340.40 |
| **100% Total Expenses for the Fee Period** | $684.37 |
| **TOTAL** | $14,024.77 |

## Notice and Objections Procedures

7.      No trustee or examiner has been appointed in these chapter 11 cases. In accordance with the Interim Compensation Order, notice of this Fifth Monthly Fee Statement has been served, via overnight delivery and the Court's ECF system, on:  (i) the Debtors, Gordmans Stores, Inc., 13917 Gold Circle, Suite 200, Omaha, Nebraska 68144, Attn: Andy Hall and James Brown; (ii) co- counsel to the Debtors, Kutak Rock LLP, The Omaha Building, 1650 Farnam Street, Omaha, Nebraska 68102, Attn: Jeffrey T. Wegner and Lisa M. Peters; (iii) co-counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn: Brad Weiland and Jamie R. Netznik; (iv) the Office of the United States Trustee for the District of Nebraska, 111 South 18th Plaza, Suite 1148, Omaha, Nebraska 68102, Attn: Jerry L. Jansen; (v) co-counsel to the administrative agent, Riemer Braunstein LLP, Seven Times Square, Suite 2506, New York, New York 10036, Attn: Steven Fox and Donald E. Rothman; (vi) co-counsel to the administrative agent, Greenberg Traurig, LLP, One International Place, Suite 2000, Boston, Massachusetts 02110,

Attn: Jeffrey M. Wolf; (vii) co-counsel to the administrative agent, Croker Huck Kasher DeWitt Anderson & Gonderinger, L.L.C., 2120 South 72nd Street, Suite 1200, Omaha, Nebraska 68124, Attn: Robert Gonderinger; and (viii) lead counsel to the Committee, Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, Ohio 45202, Attn: Ronald E. Gold and Douglas L. Lutz (the "Application Recipients"). KJ submits that no other or further notice need be provided.

8.      Pursuant to the Interim Compensation Order, objections to this Fifth Monthly Fee Statement, if any, must be served upon KJ and the Application Recipients no later than fourteen days after service of the Fifth Monthly Fee Statement (the "Review Deadline") setting forth the precise nature of the objection and the amount at issue.

9.      If no objections to this Fifth Monthly Fee Statement are made on or before the Review Deadline and upon the filing of a certificate of no objection with this Court with respect to the unopposed portion of the fees and expenses requested in the Fee Period by KJ, the Debtors will pay KJ: (i) 80 percent of KJ's total fees for services rendered during the Fee Period and (ii) 100 percent of KJ's total expenses incurred during the Fee Period.

10.     To the extent a Notice of Objection to Monthly Fee Statement is received on or before the Review Deadline, the objecting party and KJ shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtors shall promptly pay 80 percent of the agreed-upon fees and 100 percent of the agreed-upon expenses. If, however, the parties are unable to reach a resolution within 14 days after service of the Notice of Objection to Monthly Fee Statement, the objecting party shall file its objection (the "Objection") with this Court within 3 business days and serve such Objection on KJ and each of the other Application Recipients. Thereafter, KJ may either (i) file with the Court a response to the Objection, together with a

request for payment of the Disputed Amount or (ii) forego payment of the Disputed Amount until

the next interim fee application hearing at which time this Court will consider the Objection, if

requested by the parties.

Dated:  August 28, 2017.                                        Respectfully submitted,


                                                    _/s/ Brian J. Koenig_____
                                                    Brian J. Koenig, #23807
                                                    **KOLEY JESSEN P.C., L.L.O.**
                                                    1125 South 103rd Street, Suite 800
                                                    Omaha, NE 68124
                                                    (402) 390-9500
                                                    (402) 390-9005 (fax)
                                                    Brian.Koenig@koleyjessen.com

                                                    *Local Counsel for the*
                                                    *Official Committee of Unsecured Creditors*

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on August 28, 2017, I caused the filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which was served on all parties receiving ECF notice in this case, and I further certify that on August 28, 2017, I caused the foregoing to be served via overnight delivery to the parties indicated below.

                                    */s/ Brian J. Koenig* _____

Gordmans Stores, Inc.
Attn:  Andy Hall and James Brown
13917 Gold Circle, Suite 200
Omaha, NE  68144
*Debtors*

Kirkland & Ellis LLP
Attn:  Brad Weiland and Jamie R. Netznik
300 North LaSalle
Chicago, IL  60654

and

Kutak Rock LLP
Attn:  Jeffrey T. Wegner and Lisa M. Peters
1650 Farnam Street
Omaha, NE  68102
*Co-Counsel to the Debtors*

Office of the United States Trustee
For the District of Nebraska
Attn:   Jerry L. Jensen
111 South 18th Plaza, Suite 1148
Omaha, NE  68102
*United States Trustee*

Riemer Braunstein LLP
Attn:  Steven Fox and Donald E. Rothman
Seven Times Square, Suite 2506
New York, NY  10036

and

Greenberg Traurig, LLP
Attn:  Jeffrey M. Wolf
One International Place, Suite 2000
Boston, MA  02110

and

Croker Huck Kasher DeWitt Anderson &
Gonderinger L.L.C.
Attn:  Robert Gonderinger
2120 South 72nd Street, Suite 1200
Omaha, NE  68124
*Co-Counsel to the Administrative Agent*

Frost Brown Todd LLC
Attn:  Ronald E. Gold and Douglas L. Lutz
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH  45202
*Lead Counsel to the Committee*

**EXHIBIT A**

**Summary of Hours Billed by Professionals and Paraprofessional for the Fee Period**

| Name of Professional | Dept | Title | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Brian J. Koenig | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 2007 | $295.00 | 33.7 | $9,941.50 |
| Donald L. Swanson | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 1980 | $370.00 | 18.2 | $6,734.00 |
| **TOTAL** | | | | | 51.9 | $16,675.50 |

**EXHIBIT B**

**Summary of Time by Project Category**

| Project Category | Hours | Amount |
|---|---|---|
| Case Administration | 2.5 | $    737.50 |
| Fee/Employment Applications | 0.8 | $    236.00 |
| Comenity Bank Dispute | 1.0 | $    295.00 |
| Investigation of Dividend/Recap & Other Claims | 47.6 | $15,407.00 |
| **TOTAL** | 51.9 | $16,675.50 |

## EXHIBIT C

### Summary of Expenses for the Fee Period

| Description | Amounts |
|---|---|
| Pacer | $13.30 |
| Airfare/Parking – Chicago Trip 7/11/17 | $308.46 |
| FedEx | $362.61 |
| **TOTAL** | $684.37 |

**EXHIBIT D**

# KOLEY ■ JESSEN

KOLEYJESSEN■COM

**KOLEY JESSEN P.C., L.L.O.**
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE  68124

*PHONE:*  402.390.9500

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.
c/o Julie Minnick Bowden, Chair
GGP, a Retail Real Estate Company
110 N Wacker Drive
Chicago, IL  60606

| Matter # | Matter Name | | Fees | Disbursements | Total |
|---|---|---|---|---|---|
| 19279-0000-0366 | Gordmans Chapter 11 | | $16,675.50 | $684.37 | $17,359.87 |
| | | Total This Billing Period | $16,675.50 | $684.37 | $17,359.87 |
| | | Total Current | | | $17,359.87 |

**KOLEY ■ JESSEN**

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.
Gordmans Chapter 11

August 18, 2017
Invoice #: 326716
ID: 19279-0000-0366

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 07/03/2017 | INV: Review and analyze 2017 meeting minutes and board materials (.9); CBD: email exchange with L. Peters and R. Berner regarding protective order and revisions to the same (.2). | BJK | 1.10 | $324.50 |
| 07/05/2017 | CBD: Email exchange with L. Peters regarding Comenity Bank's claim (.2); CA: attend committee call with status update (.6); call with L. Peters regarding Comenity Bank communications (.2). | BJK | 1.00 | $295.00 |
| 07/06/2017 | INV: Call with D. Lutz regarding meeting with Debtors' counsel regarding plan and preliminary results of investigation (.2); CBD: receive and review email from Rob Berner regarding communication history related to dispute with Comenity Bank (.1). | BJK | 0.30 | $88.50 |
| 07/07/2017 | INV: Call with D. Lutz regarding investigation matters (.4); call with debtors' counsel regarding investigation and plan (.8); call with committee co-counsel, D. Lutz and R. Gold, regarding call with debtors' counsel and coordinating investigation plans (.4); review and analyze case law and research regarding Duty of Oversight (1.0). | BJK | 2.60 | $767.00 |
| 07/08/2017 | INV: Continue to review and analyze memo compiling research on fiduciary duties and standard of care and consider whether claim for breach can be made (.8); INV: continue to review board minutes and materials from mid-2016 to date of bankruptcy filing (1.2); INV: consider releases proposed by debtors in plan and alternatives to the same (.6). | BJK | 2.60 | $767.00 |
| 07/10/2017 | INV: Call with D. Lutz regarding standards for evaluation of potential claims against debtors' directors and others (.2); INV: call with committee professionals to prepare for meeting with debtors regarding requests for information related to investigation (.5); INV: review research regarding plan releases and settlements (.8). | BJK | 1.50 | $442.50 |
| 07/11/2017 | INV: Outline questions and topics of discussion for meeting (1.2); INV: meeting with Paul Huygens, Carol Cabello, and Doug Lutz regarding topics of discussion and plan for meeting with debtors' counsel (1.0); INV: meeting with debtors' counsel regarding conducting due diligence related to potential claims (2.5); INV: meeting with P. Huygens, C. Cabello, and D. Lutz regarding take aways from meeting and next steps (.7); INV: continued meeting with debtors' counsel regarding requests for information and next steps (.9); INV: notes to file with summary of documents to be produced, witnesses to be interviewed, and subjects to be covered (.3). | BJK | 6.60 | $1,947.00 |
| 07/12/2017 | INV: Review and analyze unredacted board minutes and consider possible claims (.9). | BJK | 0.90 | $265.50 |

**KOLEY■JESSEN**

August 18, 2017
Official Committee of Unsecured Creditors for Gordmans Stores, Inc.
Invoice #: 326716
Gordmans Chapter 11
ID: 19279-0000-0366

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 07/12/2017 | INV: Email to debtors' counsel regarding scheduling time for call to discuss unredacted board minutes (.1); FEA: email to committee chair with monthly fee statement (.1). | BJK | 0.20 | $59.00 |
| 07/13/2017 | INV: Receipt of and evaluate report on recommendations concerning potential claims | DLS | 1.50 | $555.00 |
| 07/13/2017 | FEA: Finalize and file KJ's Third Monthly Fee Statement (.1); INV: receive and review corporate payroll data and email from Paul Huygens regarding the same (.2); INV: call with debtors' counsel regarding unredacted board minutes and next steps (.2); CBD: call with Lisa Peters regarding approach to Comenity Bank (.2). | BJK | 0.70 | $206.50 |
| 07/14/2017 | CA: Review administrative expense claims and coordinate attendance at hearing on objections to administrative expense claims (.3); INV: review and analyze documents produced by debtors related to potential sale of company during 2016 (1.7). | BJK | 2.00 | $590.00 |
| 07/17/2017 | INV: Evaluate fraudulent transfer claims involving dividend, review legal authorities thereon, research information on surrounding economic conditions, and evaluate potential viability of claims. | DLS | 3.60 | $1,332.00 |
| 07/17/2017 | CA: Call with Lisa Peters regarding plan for hearing on administrative expense claim of CSHV Crossroads and other matters to update and discuss with Court (.2) | BJK | 0.20 | $59.00 |
| 07/18/2017 | INV: Continue analyzing actual intent issues, review legal authorities, review factual information, and prepare summary of thoughts (3.3);INV: attorney conference thereon and review additional legal authorities regarding Delaware law and proceedings (.7). | DLS | 4.00 | $1,480.00 |
| 07/18/2017 | CA: Prepare for and attend hearing on administrative expense claim of CSHV Crossroads (.6); CBD: Conference with Lisa Peters and Brad Weiland regarding Comenity Bank (.3); INV: Review and analyze potential actual fraud claim and consider how the badges of fraud may be used to support a finding of intent (1.2); INV: Prepare for call with Duff & Phelps by preparing questions (.8). | BJK | 2.90 | $855.50 |
| 07/19/2017 | INV: Call with Doug Lutz regarding preparation for interview of Duff & Phelps (.1); INV: Review Application for Employment of Duff & Phelps and declarations of Josh Benn and Ed Mielke (.3); INV: Call with Mr. Benn and Mr. Mielke regarding Duff & Phelps' involvement from mid-2016 to filing date (.8); call with D. Lutz and R. Gold regarding next steps (.2); INV: Prepare topics for purposes of discussion with Andy Hall or James Brown (.6); INV: Email to Brad Weiland with topics for discussions with board or executive team member (.1). | BJK | 2.10 | $619.50 |

**KOLEY ■ JESSEN**

August 18, 2017
Official Committee of Unsecured Creditors for Gordmans Stores, Inc.                                          Invoice #: 326716
Gordmans Chapter 11                                                                                          ID: 19279-0000-0366

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|---------------|------|-------|--------|
| 07/20/2017 | INV: Receipt and review of new and related legal authorities on actual fraud issues. | DLS | 0.70 | $259.00 |
| 07/21/2017 | FEA: Prepare and edit monthly fee statement (.3). | BJK | 0.30 | $88.50 |
| 07/25/2017 | CA: Receive and review revised draft of plan and consider death trap provision contained within the same and absence of such provision in other cases (.6); FEA: continue preparation of monthly statement for June (.2); INV: coordinate date and time for interview of Andy Hall (.1); INV: consider potential claims related to pre-petition conduct (.7). | BJK | 1.60 | $472.00 |
| 07/27/2017 | INV: Review and evaluate new legal authorities on dividends as fraudulent transfers. | DLS | 1.50 | $555.00 |
| 07/27/2017 | INV: Prepare for interview of Andy Hall by reviewing notes from informal interview of executive team regarding Wells Fargo lien/debt, notes from interview of Duff & Phelps, and notes from meeting with debtor' counsel and reviewing documents provided pursuant to request in letter from Doug Lutz to debtors' counsel; notes to file regarding same. | BJK | 2.60 | $767.00 |
| 07/28/2017 | INV: Further evaluation of claims for actual intent to hinder or delay creditors and issues relating to disclosure statement and plan. | DLS | 2.50 | $925.00 |
| 07/28/2017 | INV: Coordinate and reschedule call with Andy Hall (.1); INV: call with Doug Lutz regarding interview of Andy Hall and potential further investigation into claims (.2); INV: continue preparing for interview with Mr. Hall (.9). | BJK | 1.20 | $354.00 |
| 07/29/2017 | INV: Evaluate impact of leases in distressed economy upon valuation and solvency issues and review economic reports from time of dividend. | DLS | 1.80 | $666.00 |
| 07/31/2017 | INV: Evaluate financial, historical and publicly-available information relating to solvency issues in a hypothetical liquidation in relation to dividend. | DLS | 2.60 | $962.00 |
| 07/31/2017 | INV: Prepare for call/interview with Andy Hall regarding issues identified in email to debtors (1.5); INV: lead interview/call with Mr. Hall and question him re potential claims (1.4); INV: call with Doug Lutz to debrief call with Mr. Hall (.3); FEA: finalize and file monthly fee application (.1). | BJK | 3.30 | $973.50 |

## Disbursement Details

| Date | Type | Amount |
|------|------|--------|
| 07/11/2017 | Brian J. Koenig - Travel Expense (Airfare/Parking); 7/11/17 Trip to Chicago for Meeting at K&E | $308.46 |
| 07/13/2017 | Federal Express - Express Mail; 7/13/17 Omaha, NE | $17.01 |

**KOLEY ■ JESSEN**

August 18, 2017
Official Committee of Unsecured Creditors for Gordmans Stores, Inc.                     Invoice #: 326716
Gordmans Chapter 11                                                                     ID: 19279-0000-0366

## Disbursement Details Continued

| Date | Type | Amount |
|------|------|-------:|
| 07/13/2017 | Federal Express - Express Mail; 7/13/17 Cincinnati, OH | $26.68 |
| 07/13/2017 | Federal Express - Express Mail; 7/13/17 Omaha, NE | $17.01 |
| 07/13/2017 | Federal Express - Express Mail; 7/13/17 Boston, MA | $26.86 |
| 07/13/2017 | Federal Express - Express Mail; 7/13/17 Omaha, NE | $17.01 |
| 07/13/2017 | Federal Express - Express Mail; 7/13/17 Omaha, NE | $17.01 |
| 07/13/2017 | Federal Express - Express Mail; 7/13/17 New York, NY | $26.86 |
| 07/13/2017 | Federal Express - Express Mail; 7/13/17 Chicago, IL | $25.22 |
| 07/31/2017 | Federal Express - Express Mail; 7/31/17 New York, NY | $27.05 |
| 07/31/2017 | Federal Express - Express Mail; 7/31/17 Omaha, NE | $17.14 |
| 07/31/2017 | Federal Express - Express Mail; 7/31/17 Omaha, NE | $17.14 |
| 07/31/2017 | Federal Express - Express Mail; 7/31/17 Boston, MA | $27.05 |
| 07/31/2017 | Federal Express - Express Mail; 7/31/17 Omaha, NE | $17.14 |
| 07/31/2017 | Federal Express - Express Mail; 7/31/17 Chicago, IL | $25.41 |
| 07/31/2017 | Federal Express - Express Mail; 7/31/17 Omaha, NE | $31.14 |
| 07/31/2017 | Federal Express - Express Mail; 7/31/17 Cincinnati, OH | $26.88 |
|  | Advanced Costs for Public Records | $13.30 |

### Invoice Summary

| | |
|------|-------:|
| Total Fees | $16,675.50 |
| Total Disbursements | $684.37 |
| Total This Billing Period | $17,359.87 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| In re: | Chapter 11 |
| **GORDMANS STORES, INC.,** *et al.,*[1] | **Case No. 17-80304 (TLS)** |
| **Debtors.** | **(Jointly Administered)** |

### SIXTH MONTHLY FEE STATEMENT OF KOLEY JESSEN P.C., L.L.O. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GORDMANS STORES, INC., ET AL. FROM AUGUST 1, 2017 THROUGH AND INCLUDING AUGUST 31, 2017

| | |
|---|---|
| **Name of Applicant** | Koley Jessen P.C., L.L.O. |
| **Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | March 13, 2017 |
| **Date of Approval of Employment** | April 27, 2017 [Doc. No. 406] |
| **Fee Period** | August 1, 2017 – August 31, 2017[2] |
| **Total Hours Billed** | 16.8 |
| **Total Fees Requested** | $4,000.80 (80% of $5,001.00) |
| **Total Expenses Requested** | $182.70 |
| **Total Fees and Expenses Requested** | $4,183.50 |
| **Prior Fees Paid to Applicant** | $82,444.80 |
| **Prior Expenses Paid to Applicant** | $2,144.40 |

This is a:  __X__ Monthly    ___ Interim    ___ Final Fee Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: G-Estate Liquidation Stores, Inc. formerly known as Gordmans Stores, Inc. (1987); Gordmans, Inc. (1211); Gordmans Management Company, Inc. (5281); Gordmans Distribution Company, Inc. (5421); Gordmans Intermediate Holdings Corp. (9938); and Gordmans LLC (1987).

[2] KJ reserves the right to include any time expended in the Fee Period in future application(s) if it is not included herein.

In accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and Reimbursement of Creditors' Committee Member Expenses, and (II) Granting Related Relief*, entered on April 17, 2017, [Doc. No. 351] (the "Interim Compensation Order")[3], Koley Jessen P.C., L.L.O. ("KJ"), local counsel to the Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession in the above-captioned cases (the "Debtors"), hereby submits this statement of fees and expenses (the "Sixth Monthly Fee Statement") seeking compensation and reimbursement of expenses for the period of August 1, 2017 through and including August 31, 2017 (the "Fee Period"). By this Sixth Monthly Fee Statement, KJ seeks payment of: $4,000.80, which represents 80 percent of the total amount of compensation sought for actual and necessary professional services rendered during the Fee Period, and $182.70, which represents 100 percent of KJ's actual and necessary expenses incurred during the Fee Period.

### Services Rendered and Expenses Incurred

1.      Attached as **Exhibit A** is a timekeeper summary that includes the names, positions, and hourly rates of each professional and paraprofessional who billed time during the Fee Period.

2.      Attached as **Exhibit B** is a project summary that includes the total hours spent by KJ professionals and paraprofessionals per project category for the Fee Period.

3.      Attached as **Exhibit C** is a summary of all expenses incurred by KJ during the Fee Period.

4.      Attached as **Exhibit D** are KJ's detailed time and expense records of KJ for the Fee Period.

---

[3] Terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

## Total Fees and Expenses Sought for the Fee Period

5.    The total amount sought for fees for services rendered and reimbursement of expenses incurred for the Fee Period are as follows:

| Total Fees for the Fee Period | $5,001.00 |
|---|---|
| Total Expenses for the Fee Period | $  182.70 |
| TOTAL | $5,183.70 |

6.    Pursuant to the Interim Compensation Order, KJ seeks payment of $4,183.50, which equals (i) 80 percent of KJ's total fees for services rendered during the Fee Period and (ii) 100 percent of KJ's total expenses incurred during the Fee Period.

| 80% of Total Fees for the Fee Period | $4,000.80 |
|---|---|
| 100% Total Expenses for the Fee Period | $  182.70 |
| TOTAL | $4,183.50 |

## Notice and Objections Procedures

7.    No trustee or examiner has been appointed in these chapter 11 cases. In accordance with the Interim Compensation Order, notice of this Sixth Monthly Fee Statement has been served, via overnight delivery and the Court's ECF system, on:  (i) the Debtors, Gordmans Stores, Inc., 13917 Gold Circle, Suite 200, Omaha, Nebraska 68144, Attn: Roger Glenn; (ii) co- counsel to the Debtors, Kutak Rock LLP, The Omaha Building, 1650 Farnam Street, Omaha, Nebraska 68102, Attn: Jeffrey T. Wegner and Lisa M. Peters; (iii) co-counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn: Brad Weiland and Jamie R. Netznik; (iv) the Office of the United States Trustee for the District of Nebraska, 111 South 18th Plaza, Suite 1148, Omaha, Nebraska 68102, Attn: Jerry L. Jansen; (v) co-counsel to the administrative agent, Riemer Braunstein LLP, Seven Times Square, Suite 2506, New York, New York 10036, Attn: Steven Fox and Donald E. Rothman; (vi) co-counsel to the administrative agent,  Greenberg Traurig, LLP, One International Place, Suite 2000, Boston, Massachusetts 02110, Attn:

Jeffrey M. Wolf; (vii) co-counsel to the administrative agent, Croker Huck Kasher DeWitt Anderson & Gonderinger, L.L.C., 2120 South 72nd Street, Suite 1200, Omaha, Nebraska 68124, Attn: Robert Gonderinger; and (viii) lead counsel to the Committee, Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, Ohio 45202, Attn: Ronald E. Gold and Douglas L. Lutz (the "Application Recipients"). KJ submits that no other or further notice need be provided.

8.     Pursuant to the Interim Compensation Order, objections to this Sixth Monthly Fee Statement, if any, must be served upon KJ and the Application Recipients no later than fourteen days after service of the Sixth Monthly Fee Statement (the "Review Deadline") setting forth the precise nature of the objection and the amount at issue.

9.     If no objections to this Sixth Monthly Fee Statement are made on or before the Review Deadline and upon the filing of a certificate of no objection with this Court with respect to the unopposed portion of the fees and expenses requested in the Fee Period by KJ, the Debtors will pay KJ: (i) 80 percent of KJ's total fees for services rendered during the Fee Period and (ii) 100 percent of KJ's total expenses incurred during the Fee Period.

10.     To the extent a Notice of Objection to Monthly Fee Statement is received on or before the Review Deadline, the objecting party and KJ shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtors shall promptly pay 80 percent of the agreed-upon fees and 100 percent of the agreed-upon expenses. If, however, the parties are unable to reach a resolution within 14 days after service of the Notice of Objection to Monthly Fee Statement, the objecting party shall file its objection (the "Objection") with this Court within 3 business days and serve such Objection on KJ and each of the other Application Recipients. Thereafter, KJ may either (i) file with the Court a response to the Objection, together with a

request for payment of the Disputed Amount or (ii) forego payment of the Disputed Amount until

the next interim fee application hearing at which time this Court will consider the Objection, if

requested by the parties.

Dated:  September 27, 2017.                          Respectfully submitted,


                                                    */s/ Brian J. Koenig*
                                                    Brian J. Koenig, #23807
                                                    **KOLEY JESSEN P.C., L.L.O.**
                                                    1125 South 103rd Street, Suite 800
                                                    Omaha, NE 68124
                                                    (402) 390-9500
                                                    (402) 390-9005 (fax)
                                                    Brian.Koenig@koleyjessen.com


                                                    ***Local Counsel for the***
                                                    ***Official Committee of Unsecured Creditors***

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2017, I caused the filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which was served on all parties receiving ECF notice in this case, and I further certify that on September 27, 2017, I caused the foregoing to be served via overnight delivery to the parties indicated below.

*/s/ Brian J. Koenig*

Gordmans Stores, Inc.
Attn: Roger Glenn
13917 Gold Circle, Suite 200
Omaha, NE 68144
*Debtors*

Kirkland & Ellis LLP
Attn: Brad Weiland and Jamie R. Netznik
300 North LaSalle
Chicago, IL 60654

and

Kutak Rock LLP
Attn: Jeffrey T. Wegner and Lisa M. Peters
1650 Farnam Street
Omaha, NE 68102
*Co-Counsel to the Debtors*

Office of the United States Trustee
For the District of Nebraska
Attn: Jerry L. Jensen
111 South 18th Plaza, Suite 1148
Omaha, NE 68102
*United States Trustee*

Riemer Braunstein LLP
Attn: Steven Fox and Donald E. Rothman
Seven Times Square, Suite 2506
New York, NY 10036

and

Greenberg Traurig, LLP
Attn: Jeffrey M. Wolf
One International Place, Suite 2000
Boston, MA 02110

and

Croker Huck Kasher DeWitt Anderson &
Gonderinger L.L.C.
Attn:  Robert Gonderinger
2120 South 72nd Street, Suite 1200
Omaha, NE  68124
*Co-Counsel to the Administrative Agent*

Frost Brown Todd LLC
Attn:  Ronald E. Gold and Douglas L. Lutz
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH  45202
*Lead Counsel to the Committee*

## EXHIBIT A

### Summary of Hours Billed by Professionals and Paraprofessional for the Fee Period

| Name of Professional | Dept | Title | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Brian J. Koenig | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 2007 | $295.00 | 16.2 | $4,779.00 |
| Donald L. Swanson | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 1980 | $370.00 | .6 | $222.00 |
| **TOTAL** | | | | | 16.8 | $5,001.00 |

## EXHIBIT B

### Summary of Time by Project Category

| Project Category | Hours | Amount |
|---|---|---|
| Case Administration | 4.9 | $1,445.50 |
| Fee/Employment Applications | 1.2 | $354.00 |
| Comenity Bank Dispute | .5 | $147.50 |
| Asset Analysis Recovery | .9 | $265.50 |
| Creditor Communication | .2 | $59.00 |
| Investigation of Dividend/Recap & Other Claims | 9.1 | $2,729.50 |
| **TOTAL** | 16.8 | $5,001.00 |

## EXHIBIT C

### Summary of Expenses for the Fee Period

| Description | Amounts |
|-------------|---------|
| Pacer | $6.90 |
| FedEx | $175.80 |
| **TOTAL** | $182.70 |

**EXHIBIT D**

# KOLEY ■ JESSEN

**KOLEYJESSEN ■ COM**

**KOLEY JESSEN P.C., L.L.O.**
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE 68124

*PHONE:* 402.390.9500

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.
c/o Julie Minnick Bowden, Chair
GGP, a Retail Real Estate Company
110 N Wacker Drive
Chicago, IL  60606

| Matter # | Matter Name | | Fees | Disbursements | Total |
|----------|-------------|--|------|---------------|-------|
| 19279-0000-0366 | Gordmans Chapter 11 | | $5,001.00 | $182.70 | $5,183.70 |
| | | Total This Billing Period | $5,001.00 | $182.70 | $5,183.70 |
| | | Total Current | | | $5,183.70 |

Page 1

**KOLEY■JESSEN**

September 08, 2017
Invoice #: 328184
ID: 19279-0000-0366

Official Committee of Unsecured Creditors for Gordmans Stores,
Inc.

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 08/01/2017 | INV: review and analyze case law regarding fraudulent transfer claim in the context of special dividends (1.2); INV: review and analyze Province's report on solvency (.4); INV: review, edit and analyze draft of memorandum regarding results of investigation (1.5); INV: email exchange with D. Lutz regarding draft of memorandum (.3). | BJK | 3.40 | $1,003.00 |
| 08/02/2017 | INV: Evaluate issues relating to proposed release language. | DLS | 0.60 | $222.00 |
| 08/02/2017 | INV: review and edit revised memo to committee with findings regarding investigation of claims (1.3); INV: emails to Doug Lutz regarding draft of memo to committee with findings regarding investigation of claims (.2). | BJK | 1.50 | $442.50 |
| 08/03/2017 | INV: call with Carol Cabello regarding solvency analysis (.3); CA: review and analyze latest draft of Disclosure Statement (1.9). | BJK | 2.20 | $649.00 |
| 08/04/2017 | INV: call with committee's professionals to discuss finalizing memo to committee with investigation results (.3); INV: edit and revise memo to committee based on discussion with committee's professionals (2.5); CC: email to committee with copy of memo, timeline and historic D&O info (.2); CA: review revised version of Disclosure Statement (.5). | BJK | 3.50 | $1,032.50 |
| 08/07/2017 | CA: call with Debtors' counsel regarding disclosure statement issues (.2); AAR: receive and review revised cash forecast from Province (.4); CC: call with committee with results of investigation and status update (.5); CBD: call with Tim Thalken regarding expected distribution to unsecured creditors (.3). | BJK | 1.40 | $413.00 |
| 08/11/2017 | CA: review and analyze debtors' operating report for July (.2); CA: review and analyze revised draft of Disclosure Statement and Plan (.7); CA: receive and review filed copy of final Disclosure Statement and Plan (.3). | BJK | 1.20 | $354.00 |
| 08/14/2017 | CA: receive and review email from Lisa Peters regarding status conference and 9013 Notice (.1); CA: receive and review notification from court of status conference (.1); CA: receive and review email from Jaime Netznik regarding proposed schedule of important dates (.1). | BJK | 0.30 | $88.50 |
| 08/15/2017 | FEA: prepare and file certificate of no objection to monthly fee application (.1). | BJK | 0.10 | $29.50 |
| 08/16/2017 | CA: call with Ron Gold regarding plan for status conference hearing (.1); CA: attend status conference hearing (.3). | BJK | 0.40 | $118.00 |
| 08/21/2017 | FEA: begin preparing Fifth Monthly Fee Statement. | BJK | 0.60 | $177.00 |
| 08/22/2017 | FEA: continue preparing Fifth Monthly Fee Statement. | BJK | 0.20 | $59.00 |

# KOLEY ■ JESSEN

Official Committee of Unsecured Creditors for Gordmans Stores,
Inc.

September 08, 2017
Invoice #: 328184
ID: 19279-0000-0366

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 08/25/2017 | CBD: Email exchange with Ron Gold and Lisa Peters regarding status of Comenity Bank matter and issues associated with same (.2); FEA: finalize monthly fee statement and email draft of same to Julie Minnick for her review and approval (.2). | BJK | 0.40 | $118.00 |
| 08/28/2017 | FEA: Finalize and file Fifth Monthly Fee Statement. | BJK | 0.10 | $29.50 |
| 08/30/2017 | CA: review and analyze draft of Committee Plan Support letter (.2); CA: email to Doug Lutz and Ron Gold with thoughts regarding draft of Committee Plan Support letter (.1); AAR: receive and review claim filed by Comenity Bank regarding lost profits (.4). | BJK | 0.70 | $206.50 |
| 08/31/2017 | CA: email exchange with Lisa Peters regarding scheduling of hearing in Gordmans (.1); AAR: receive and review email from Ms. Peters with information regarding Comenity Bank's rejection damage claim (.1). | BJK | 0.20 | $59.00 |

## Disbursement Details

| Date | Type | Amount |
|------|------|--------|
| 08/28/2017 | Federal Express - Express Mail; 8/28/17 Boston, MA | $27.19 |
| 08/28/2017 | Federal Express - Express Mail; 8/28/17 Cincinnati, OH | $27.01 |
| 08/28/2017 | Federal Express - Express Mail; 8/28/17 Omaha, NE | $68.88 |
| 08/28/2017 | Federal Express - Express Mail; 8/28/17 New York, NY | $27.19 |
| 08/28/2017 | Federal Express - Express Mail; 8/28/17 Chicago, IL | $25.53 |
|  | Advanced Costs for Public Records | $6.90 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEBRASKA

|  |  |
|---|---|
| In re: | **Chapter 11** |
| **GORDMANS STORES, INC.,** *et al.*,[1] | **Case No. 17-80304 (TLS)** |
|  | **(Jointly Administered)** |
| **Debtors.** |  |

**SEVENTH MONTHLY FEE STATEMENT OF KOLEY JESSEN P.C., L.L.O. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GORDMANS STORES, INC., ET AL. FROM SEPTEMBER 1, 2017 THROUGH AND INCLUDING SEPTEMBER 30, 2017**

| | |
|---|---|
| **Name of Applicant** | Koley Jessen P.C., L.L.O. |
| **Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | March 13, 2017 |
| **Date of Approval of Employment** | April 27, 2017 [Doc. No. 406] |
| **Fee Period** | September 1, 2017 – September 30, 2017[2] |
| **Total Hours Billed** | 9.9 |
| **Total Fees Requested** | $2,426.40 (80% of $3,033.00) |
| **Total Expenses Requested** | $3.00 |
| **Total Fees and Expenses Requested** | $2,429.40 |
| **Prior Fees Paid to Applicant** | $86,445.60 |
| **Prior Expenses Paid to Applicant** | $2,297.10 |

This is a:  X  Monthly    __ Interim    __ Final Fee Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: G-Estate Liquidation Stores, Inc. formerly known as Gordmans Stores, Inc. (1987); Gordmans, Inc. (1211); Gordmans Management Company, Inc. (5281); Gordmans Distribution Company, Inc. (5421); Gordmans Intermediate Holdings Corp. (9938); and Gordmans LLC (1987).

[2] KJ reserves the right to include any time expended in the Fee Period in future application(s) if it is not included herein.

In accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and Reimbursement of Creditors' Committee Member Expenses, and (II) Granting Related Relief*, entered on April 17, 2017, [Doc. No. 351] (the "Interim Compensation Order")[3], Koley Jessen P.C., L.L.O. ("KJ"), local counsel to the Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession in the above-captioned cases (the "Debtors"), hereby submits this statement of fees and expenses (the "Seventh Monthly Fee Statement") seeking compensation and reimbursement of expenses for the period of September 1, 2017 through and including September 30, 2017 (the "Fee Period"). By this Seventh Monthly Fee Statement, KJ seeks payment of: $2,426.40, which represents 80 percent of the total amount of compensation sought for actual and necessary professional services rendered during the Fee Period, and $3.00, which represents 100 percent of KJ's actual and necessary expenses incurred during the Fee Period.

## Services Rendered and Expenses Incurred

1.      Attached as **Exhibit A** is a timekeeper summary that includes the names, positions, and hourly rates of each professional and paraprofessional who billed time during the Fee Period.

2.      Attached as **Exhibit B** is a project summary that includes the total hours spent by KJ professionals and paraprofessionals per project category for the Fee Period.

3.      Attached as **Exhibit C** is a summary of all expenses incurred by KJ during the Fee Period.

4.      Attached as **Exhibit D** are KJ's detailed time and expense records of KJ for the Fee Period.

[3] Terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

**Total Fees and Expenses Sought for the Fee Period**

5.      The total amount sought for fees for services rendered and reimbursement of

expenses incurred for the Fee Period are as follows:

| | |
|---|---|
| **Total Fees for the Fee Period** | $3,033.00 |
| **Total Expenses for the Fee Period** | $     3.00 |
| **TOTAL** | $3,036.00 |

6.      Pursuant to the Interim Compensation Order, KJ seeks payment of $2,426.40, which

equals (i) 80 percent of KJ's total fees for services rendered during the Fee Period and (ii) 100

percent of KJ's total expenses incurred during the Fee Period.

| | |
|---|---|
| **80% of Total Fees for the Fee Period** | $2,426.40 |
| **100% Total Expenses for the Fee Period** | $     3.00 |
| **TOTAL** | $2,429.40 |

**Notice and Objections Procedures**

7.      No trustee or examiner has been appointed in these chapter 11 cases. In accordance

with the Interim Compensation Order, notice of this Seventh Monthly Fee Statement has been

served, via overnight delivery and the Court's ECF system, on:   (i) the Debtors, Gordmans

Stores, Inc., 13917 Gold Circle, Suite 200, Omaha, Nebraska 68144, Attn: Roger Glenn; (ii) co-

counsel to the Debtors, Kutak Rock LLP, The Omaha Building, 1650 Farnam Street, Omaha,

Nebraska 68102, Attn: Jeffrey T. Wegner and Lisa M. Peters; (iii) co-counsel to the Debtors,

Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn: Brad Weiland and

Jamie R. Netznik; (iv) the Office of the United States Trustee for the District of Nebraska, 111

South 18th Plaza, Suite 1148, Omaha, Nebraska 68102, Attn: Jerry L. Jansen; (v) co-counsel to the

administrative agent, Riemer Braunstein LLP, Seven Times Square, Suite 2506, New York, New

York 10036, Attn: Steven Fox and Donald E. Rothman; (vi) co-counsel to the administrative agent,

Greenberg Traurig, LLP, One International Place, Suite 2000, Boston, Massachusetts 02110,

Attn:  Jeffrey M. Wolf; (vii) co-counsel to the administrative agent, Croker Huck Kasher DeWitt Anderson & Gonderinger, L.L.C., 2120 South 72nd Street, Suite 1200, Omaha, Nebraska 68124, Attn: Robert Gonderinger; and (viii) lead counsel to the Committee, Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, Ohio 45202, Attn: Ronald E. Gold and Douglas L. Lutz (the "Application Recipients"). KJ submits that no other or further notice need be provided.

8.      Pursuant to the Interim Compensation Order, objections to this Seventh Monthly Fee Statement, if any, must be served upon KJ and the Application Recipients no later than fourteen days after service of the Seventh Monthly Fee Statement (the "Review Deadline") setting forth the precise nature of the objection and the amount at issue.

9.      If no objections to this Seventh Monthly Fee Statement are made on or before the Review Deadline and upon the filing of a certificate of no objection with this Court with respect to the unopposed portion of the fees and expenses requested in the Fee Period by KJ, the Debtors will pay KJ: (i) 80 percent of KJ's total fees for services rendered during the Fee Period and (ii) 100 percent of KJ's total expenses incurred during the Fee Period.

10.     To the extent a Notice of Objection to Monthly Fee Statement is received on or before the Review Deadline, the objecting party and KJ shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtors shall promptly pay 80 percent of the agreed-upon fees and 100 percent of the agreed-upon expenses. If, however, the parties are unable to reach a resolution within 14 days after service of the Notice of Objection to Monthly Fee Statement, the objecting party shall file its objection (the "Objection") with this Court within 3 business days and serve such Objection on KJ and each of the other Application Recipients. Thereafter, KJ  may either (i) file with the Court a response to the Objection, together with a

request for payment of the Disputed Amount or (ii) forego payment of the Disputed Amount until

the next interim fee application hearing at which time this Court will consider the Objection, if

requested by the parties.

Dated:  October 24, 2017.                    Respectfully submitted,


                                             */s/   Brian J. Koenig*
                                             Brian J. Koenig, #23807
                                             **KOLEY JESSEN P.C., L.L.O.**
                                             1125 South 103rd Street, Suite 800
                                             Omaha, NE 68124
                                             (402) 390-9500
                                             (402) 390-9005 (fax)
                                             Brian.Koenig@koleyjessen.com


                                             ***Local Counsel for the***
                                             ***Official Committee of Unsecured Creditors***

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2017, I caused the filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which was served on all parties receiving ECF notice in this case, and I further certify that on October 24, 2017, I caused the foregoing to be served via overnight delivery to the parties indicated below.


/s/ Brian J. Koenig


Gordmans Stores, Inc.
Attn: Roger Glenn
13917 Gold Circle, Suite 200
Omaha, NE 68144
*Debtors*

Kirkland & Ellis LLP
Attn: Brad Weiland and Jamie R. Netznik
300 North LaSalle
Chicago, IL 60654

and

Kutak Rock LLP
Attn: Jeffrey T. Wegner and Lisa M. Peters
1650 Farnam Street
Omaha, NE 68102
*Co-Counsel to the Debtors*

Office of the United States Trustee
For the District of Nebraska
Attn: Jerry L. Jensen
111 South 18th Plaza, Suite 1148
Omaha, NE 68102
*United States Trustee*

Riemer Braunstein LLP
Attn: Steven Fox and Donald E. Rothman
Seven Times Square, Suite 2506
New York, NY 10036

and

Greenberg Traurig, LLP
Attn: Jeffrey M. Wolf
One International Place, Suite 2000
Boston, MA 02110

and

Croker Huck Kasher DeWitt Anderson &
Gonderinger L.L.C.
Attn:  Robert Gonderinger
2120 South 72nd Street, Suite 1200
Omaha, NE  68124
*Co-Counsel to the Administrative Agent*

Frost Brown Todd LLC
Attn:  Ronald E. Gold and Douglas L. Lutz
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH  45202
*Lead Counsel to the Committee*

## EXHIBIT A

### Summary of Hours Billed by Professionals and Paraprofessional for the Fee Period

| Name of Professional | Dept | Title | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Brian J. Koenig | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 2007 | $295.00 | 8.4 | $2,478.00 |
| Donald L. Swanson | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 1980 | $370.00 | 1.5 | $555.00 |
| **TOTAL** | | | | | 9.9 | $3,033.00 |

**EXHIBIT B**

**Summary of Time by Project Category**

| <u>Project Category</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|
| Case Administration | 0.3 | $88.50 |
| Fee/Employment Applications | 1.5 | $442.50 |
| Comenity Bank Dispute | 2.4 | $708.00 |
| Asset Analysis Recovery | 5.7 | $1,794.00 |
| Creditor Communication | ---- | ---- |
| Investigation of Dividend/Recap & Other Claims | ---- | ---- |
| **TOTAL** | 9.9 | $3,033.00 |

## EXHIBIT C

### Summary of Expenses for the Fee Period

| Description | Amounts |
| --- | --- |
| Pacer | |
| FedEx | |
| Public Records | $3.00 |
| **TOTAL** | **$3.00** |

**EXHIBIT D**

**KOLEY JESSEN P.C., L.L.O.**
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE  68124

*PHONE:*  402.390.9500

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.
c/o Julie Minnick Bowden, Chair
GGP, a Retail Real Estate Company
110 N Wacker Drive
Chicago, IL  60606

| Matter # | Matter Name | Fees | Disbursements | Total |
|----------|-------------|------|---------------|-------|
| 19279-0000-0366 | Gordmans Chapter 11 | $3,033.00 | $3.00 | $3,036.00 |
|  | Total This Billing Period | $3,033.00 | $3.00 | $3,036.00 |
|  | Total Current |  |  | $3,036.00 |

October 20, 2017
Invoice #: 329522
ID: 19279-0000-0366

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.
Gordmans Chapter 11

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 09/01/2017 | CBD: email exchange with Doug Lutz regarding Comenity Bank claim and documents supporting the same (.3). | BJK | 0.30 | $88.50 |
| 09/06/2017 | FEA: receive and review fee statements of CTG, K&E, and Kutak (.4); FEA: begin preparing monthly fee statement for August work (.3). | BJK | 0.70 | $206.50 |
| 09/08/2017 | CBD: receive and review email from Lisa Peters forwarding email from Rob Berner regarding Comenity Bank's concerns with proposed order approving disclosure statement (.2); CBD: review correspondence between Ron Gold and Lisa Peters regarding resolving objection of Comenity Bank (.1). | BJK | 0.30 | $88.50 |
| 09/11/2017 | CBD: receive and review correspondence between Lisa Peters and Ron Gold regarding objection to claim of Comenity Bank and draft of objection (.2); CBD: review and analyze draft of objection to claim of Comenity Bank (.3). | BJK | 0.50 | $147.50 |
| 09/12/2017 | CBD: receive and review Motion to File Comenity Claim Objection Under Seal (.1); CBD: receive and review Declaration of Lisa Peters in support of claim objection (.1); CBD: receive and review filed claim objection to claim of Comenity Bank (.1); FEA: prepare and file certificate of no objection to fee request (.1). | BJK | 0.40 | $118.00 |
| 09/15/2017 | CA: receive and review August operating report. | BJK | 0.30 | $88.50 |
| 09/18/2017 | AAR: review Court docket, locate lease rejection orders and prepare summary. | DLS | 1.50 | $555.00 |
| 09/19/2017 | CBD: review and analyze draft of Joinder in Debtors Objection to Claim of Comenity Bank (.2); email exchange with A.J. Webb regarding same (.1). | BJK | 0.30 | $88.50 |
| 09/22/2017 | CBD: Receive and review letter from counsel for Comenity Bank rejecting debtors' counteroffer (.3); CBD: call with Doug Lutz regarding Comenity Bank's settlement offer (.3); CBD: call with Mr. Lutz regarding conversation with Lisa Peters regarding Comenity Bank (.1). | BJK | 0.70 | $206.50 |
| 09/25/2017 | AAR: review administrative expense claim of Oracle and evaluate legitimacy of the same by reviewing case law (1.9); FEA: prepare Sixth Monthly Fee Statement (.5). | BJK | 2.40 | $708.00 |
| 09/26/2017 | AAR: phone conference with Lisa Peters regarding Oracle's administrative expense claim and potential resolution to the same(.2); AAR: review case law regarding benefit to estate of software provider's availability of services (1.4); AAR: email to Ms. Peters with thoughts regarding resolution of Oracle's claim and case law to support position/thoughts(.2); CC call with creditor, N&W Transfer, regarding claim amount (.2). | BJK | 2.00 | $590.00 |

October 20, 2017
Invoice #: 329522
ID: 19279-0000-0366

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.
Gordmans Chapter 11

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 09/27/2017 | FEA: email to Julie Minnick with draft fee statement and receive email from Ms. Minnick approving the same (.1); FEA: finalize and file monthly fee statement (.1). | BJK | 0.20 | $59.00 |
| 09/28/2017 | AAR: call with Lisa Peters regarding Oracle administrative expense claim and how to respond to settlement offer of Oracle (.2). | BJK | 0.20 | $59.00 |
| 09/29/2017 | AAR: review correspondence between debtors counsel, Jaime Netznik, and committee counsel, Doug Lutz, regarding clawback letter and cancellation of letters of credit (.1). | BJK | 0.10 | $29.50 |

## Disbursement Details

| Type | Amount |
|------|--------|
| Advanced Costs for Public Records | $3.00 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| In re: | Chapter 11 |
| **GORDMANS STORES, INC.,** *et al.*,[1] | Case No. 17-80304 (TLS) |
| | **(Jointly Administered)** |
| **Debtors.** | |

**EIGHTH MONTHLY FEE STATEMENT OF KOLEY JESSEN P.C., L.L.O. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GORDMANS STORES, INC., ET AL. FROM OCTOBER 1, 2017 THROUGH AND INCLUDING OCTOBER 31, 2017**

| | |
|---|---|
| **Name of Applicant** | Koley Jessen P.C., L.L.O. |
| **Client** | Official Committee of Unsecured Creditors |
| **Petition Date** | March 13, 2017 |
| **Date of Approval of Employment** | April 27, 2017 [Doc. No. 406] |
| **Fee Period** | October 1, 2017 – October 31, 2017[2] |
| **Total Hours Billed** | 7.6 |
| **Total Fees Requested** | $1,793.60 (80% of $2,242.00) |
| **Total Expenses Requested** | $178.78 |
| **Total Fees and Expenses Requested** | $1,972.38 |
| **Prior Fees Paid to Applicant** | $86,445.60 |
| **Prior Expenses Paid to Applicant** | $2,327.10 |

This is a:  X  Monthly    __ Interim    __ Final Fee Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: G-Estate Liquidation Stores, Inc. formerly known as Gordmans Stores, Inc. (1987); Gordmans, Inc. (1211); Gordmans Management Company, Inc. (5281); Gordmans Distribution Company, Inc. (5421); Gordmans Intermediate Holdings Corp. (9938); and Gordmans LLC (1987).

[2] KJ reserves the right to include any time expended in the Fee Period in future application(s) if it is not included herein.

In accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and Reimbursement of Creditors' Committee Member Expenses, and (II) Granting Related Relief*, entered on April 17, 2017, [Doc. No. 351] (the "<u>Interim Compensation Order</u>")[3], Koley Jessen P.C., L.L.O. ("KJ"), local counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the debtors and debtors in possession in the above-captioned cases (the "<u>Debtors</u>"), hereby submits this statement of fees and expenses (the "<u>Eighth Monthly Fee Statement</u>") seeking compensation and reimbursement of expenses for the period of October 1, 2017 through and including October 31, 2017 (the "<u>Fee Period</u>"). By this Eighth Monthly Fee Statement, KJ seeks payment of: $1,793.60, which represents 80 percent of the total amount of compensation sought for actual and necessary professional services rendered during the Fee Period, and $178.78, which represents 100 percent of KJ's actual and necessary expenses incurred during the Fee Period.

## <u>Services Rendered and Expenses Incurred</u>

1.      Attached as **<u>Exhibit A</u>** is a timekeeper summary that includes the names, positions, and hourly rates of each professional and paraprofessional who billed time during the Fee Period.

2.      Attached as **<u>Exhibit B</u>** is a project summary that includes the total hours spent by KJ professionals and paraprofessionals per project category for the Fee Period.

3.      Attached as **<u>Exhibit C</u>** is a summary of all expenses incurred by KJ during the Fee Period.

4.      Attached as **<u>Exhibit D</u>** are KJ's detailed time and expense records of KJ for the Fee Period.

---

[3] Terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

## Total Fees and Expenses Sought for the Fee Period

5.    The total amount sought for fees for services rendered and reimbursement of expenses incurred for the Fee Period are as follows:

| | |
|---|---|
| **Total Fees for the Fee Period** | $2,242.00 |
| **Total Expenses for the Fee Period** | $  178.78 |
| **TOTAL** | $2,420.78 |

6.    Pursuant to the Interim Compensation Order, KJ seeks payment of $1,793.60, which equals (i) 80 percent of KJ's total fees for services rendered during the Fee Period and (ii) 100 percent of KJ's total expenses incurred during the Fee Period.

| | |
|---|---|
| **80% of Total Fees for the Fee Period** | $1,793.60 |
| **100% Total Expenses for the Fee Period** | $  178.78 |
| **TOTAL** | $1,972.38 |

## Notice and Objections Procedures

7.    No trustee or examiner has been appointed in these chapter 11 cases. In accordance with the Interim Compensation Order, notice of this Eighth Monthly Fee Statement has been served, via overnight delivery and the Court's ECF system, on:  (i) the Debtors, Gordmans Stores, Inc., 13917 Gold Circle, Suite 200, Omaha, Nebraska 68144, Attn: Roger Glenn; (ii) co- counsel to the Debtors, Kutak Rock LLP, The Omaha Building, 1650 Farnam Street, Omaha, Nebraska 68102, Attn: Jeffrey T. Wegner and Lisa M. Peters; (iii) co-counsel to the Debtors, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn: Brad Weiland and Jamie R. Netznik; (iv) the Office of the United States Trustee for the District of Nebraska, 111 South 18th Plaza, Suite 1148, Omaha, Nebraska 68102, Attn: Jerry L. Jansen; (v) co-counsel to the administrative agent, Riemer Braunstein LLP, Seven Times Square, Suite 2506, New York, New York 10036, Attn: Steven Fox and Donald E. Rothman; (vi) co-counsel to the administrative agent,  Greenberg Traurig, LLP, One International Place, Suite 2000, Boston, Massachusetts 02110, Attn:

Jeffrey M. Wolf; (vii) co-counsel to the administrative agent, Croker Huck Kasher DeWitt Anderson & Gonderinger, L.L.C., 2120 South 72nd Street, Suite 1200, Omaha, Nebraska 68124, Attn: Robert Gonderinger; and (viii) lead counsel to the Committee, Frost Brown Todd LLC, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, Ohio 45202, Attn: Ronald E. Gold and Douglas L. Lutz (the "Application Recipients"). KJ submits that no other or further notice need be provided.

8.     Pursuant to the Interim Compensation Order, objections to this Eighth Monthly Fee Statement, if any, must be served upon KJ and the Application Recipients no later than fourteen days after service of the Eighth Monthly Fee Statement (the "Review Deadline") setting forth the precise nature of the objection and the amount at issue.

9.     If no objections to this Eighth Monthly Fee Statement are made on or before the Review Deadline and upon the filing of a certificate of no objection with this Court with respect to the unopposed portion of the fees and expenses requested in the Fee Period by KJ, the Debtors will pay KJ: (i) 80 percent of KJ's total fees for services rendered during the Fee Period and (ii) 100 percent of KJ's total expenses incurred during the Fee Period.

10.     To the extent a Notice of Objection to Monthly Fee Statement is received on or before the Review Deadline, the objecting party and KJ shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtors shall promptly pay 80 percent of the agreed-upon fees and 100 percent of the agreed-upon expenses. If, however, the parties are unable to reach a resolution within 14 days after service of the Notice of Objection to Monthly Fee Statement, the objecting party shall file its objection (the "Objection") with this Court within 3 business days and serve such Objection on KJ and each of the other Application Recipients. Thereafter, KJ may either (i) file with the Court a response to the Objection, together with a

request for payment of the Disputed Amount or (ii) forego payment of the Disputed Amount until

the next interim fee application hearing at which time this Court will consider the Objection, if

requested by the parties.

Dated:  November 21, 2017.                    Respectfully submitted,


                                             */s/ Brian J. Koenig*
                                             Brian J. Koenig, #23807
                                             **KOLEY JESSEN P.C., L.L.O.**
                                             1125 South 103rd Street, Suite 800
                                             Omaha, NE 68124
                                             (402) 390-9500
                                             (402) 390-9005 (fax)
                                             Brian.Koenig@koleyjessen.com


                                             ***Local Counsel for the***
                                             ***Official Committee of Unsecured Creditors***

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2017, I caused the filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which was served on all parties receiving ECF notice in this case, and I further certify that on November 21, 2017, I caused the foregoing to be served via overnight delivery to the parties indicated below.

*/s/ Brian J. Koenig*

Gordmans Stores, Inc.
Attn:  Roger Glenn
13917 Gold Circle, Suite 200
Omaha, NE  68144
*Debtors*

Kirkland & Ellis LLP
Attn:  Brad Weiland and Jamie R. Netznik
300 North LaSalle
Chicago, IL  60654

and

Kutak Rock LLP
Attn:  Jeffrey T. Wegner and Lisa M. Peters
1650 Farnam Street
Omaha, NE  68102
*Co-Counsel to the Debtors*

Office of the United States Trustee
For the District of Nebraska
Attn:   Jerry L. Jensen
111 South 18th Plaza, Suite 1148
Omaha, NE  68102
*United States Trustee*

Riemer Braunstein LLP
Attn:  Steven Fox and Donald E. Rothman
Seven Times Square, Suite 2506
New York, NY  10036

and

Greenberg Traurig, LLP
Attn:  Jeffrey M. Wolf
One International Place, Suite 2000
Boston, MA  02110

and

Croker Huck Kasher DeWitt Anderson &
Gonderinger L.L.C.
Attn:  Robert Gonderinger
2120 South 72nd Street, Suite 1200
Omaha, NE  68124
*Co-Counsel to the Administrative Agent*

Frost Brown Todd LLC
Attn:  Ronald E. Gold and Douglas L. Lutz
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH  45202
*Lead Counsel to the Committee*

## EXHIBIT A

### Summary of Hours Billed by Professionals and Paraprofessional for the Fee Period

| Name of Professional | Dept | Title | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Brian J. Koenig | Litigation, Banking, Finance & Creditors' Rights | Shareholder | 2007 | $295.00 | 7.6 | $2,242.00 |
| **TOTAL** | | | | | 7.6 | $2,242.00 |

**EXHIBIT B**

**Summary of Time by Project Category**

| Project Category | Hours | Amount |
|---|---|---|
| Case Administration | 0.5 | $147.50 |
| Fee/Employment Applications | 0.7 | $206.50 |
| Comenity Bank Dispute | 2.1 | $619.50 |
| Asset Analysis Recovery | 4.2 | $1,239.00 |
| Creditor Communication | 0.1 | $29.50 |
| Investigation of Dividend/Recap & Other Claims | ---- | ---- |
| **TOTAL** | 7.6 | $2,242.00 |

## EXHIBIT C

### Summary of Expenses for the Fee Period

| Description | Amounts |
|---|---|
| Pacer | |
| FedEx | $178.78 |
| Public Records | |
| **TOTAL** | **$178.78** |

**EXHIBIT D**

# KOLEY ■ JESSEN

KOLEYJESSEN■COM

**KOLEY JESSEN P.C., L.L.O.**
ATTORNEYS AT LAW

ONE PACIFIC PLACE, SUITE 800
1125 SOUTH 103RD STREET
OMAHA, NE  68124

*PHONE:*  402.390.9500

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.
c/o Julie Minnick Bowden, Chair
GGP, a Retail Real Estate Company
110 N Wacker Drive
Chicago, IL  60606

| Matter # | Matter Name | | Fees | Disbursements | Total |
|----------|-------------|--|------|---------------|-------|
| 19279-0000-0366 | Gordmans Chapter 11 | | $2,242.00 | $178.78 | $2,420.78 |
| | | Total This Billing Period | $2,242.00 | $178.78 | $2,420.78 |
| | | Total Current | | | $2,420.78 |

**KOLEY ■ JESSEN**

November 08, 2017

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.
Gordmans Chapter 11

Invoice #: 330771
ID: 19279-0000-0366

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 10/02/2017 | CBD: receive and review response of Comenity Bank to Objection of Debtors and UCC to its claims (.4). | BJK | 0.40 | $118.00 |
| 10/03/2017 | CBD: receive and review preliminary pretrial order (.1); AAR: call with debtors' counsel, Jaime Netznik and Lisa Peters, and Doug Lutz regarding outstanding letter of credit issue and update regarding Comenity Bank negotiations; notes to file regarding same (.5). | BJK | 0.60 | $177.00 |
| 10/04/2017 | CBD: receive and review debtors' objection to Comenity Bank's request for administrative expense (.2); CA: call with Doug Lutz regarding status of matters and next steps in plan confirmation process (.2). | BJK | 0.40 | $118.00 |
| 10/05/2017 | FEA: begin preparing Seventh Monthly Fee Statement (.3). | BJK | 0.30 | $88.50 |
| 10/09/2017 | AAR: receive and review e-mail from Lisa Peters regarding settlement with Oracle and terms thereof. | BJK | 0.20 | $59.00 |
| 10/10/2017 | CBD: Receive and review email from Lisa Peters regarding status of Comenity Bank matter (0.1); CA: receive and review objection to plan filed by personal injury claimant and consider issues related thereto (0.3) | BJK | 0.40 | $118.00 |
| 10/12/2017 | CBD: Call with debtors' counsel regarding status of Comenity Bank settlement negotiations (.3); CBD: review and analyze plan regarding substantive consolidation (.9); CBD: call with Lisa Peters regarding result of negotiations and terms of settlement (.1). | BJK | 1.30 | $383.50 |
| 10/13/2017 | FEA: prepare and file Certificate of No Objection to Fee Statement (.1). | BJK | 0.10 | $29.50 |
| 10/16/2017 | AAR: receive and review Amended POCs filed by Nebraska Department of Revenue (.7); AAR: receive and review text order from court canceling hearing (.1); AAR: email exchange and call with Ron Gold regarding plan confirmation language (.3); AAR: receive and review latest draft of Confirmation Order from Jamie Netzik via email (.2); AAR: receive and review declarations filed in support of confirmation (.7); AAR: receive and review summary of ballots filed (.1); CC: receive and review email from Ron Gold with information regarding voting and confirmation (.1); AAR: receive and review email from Lisa Peters with proposed order confirming the plan of liquidation (.5). | BJK | 2.70 | $796.50 |
| 10/16/2017 | AAR: review and analyze proposed order confirming plan (.4) | BJK | 0.40 | $118.00 |
| 10/17/2017 | AAR: review and analyze revised confirmation order. | BJK | 0.50 | $147.50 |
| 10/20/2017 | FEA: edit and review KJ's monthly fee statement (.1); email to Julie Minnick with copy of monthly fee statement for approval (.1). | BJK | 0.20 | $59.00 |

**KOLEY ■ JESSEN**

Official Committee of Unsecured Creditors for Gordmans Stores, Inc.
Gordmans Chapter 11

November 08, 2017
Invoice #: 330771
ID: 19279-0000-0366

## Fee Details

| Date | Time Narrative | Tkpr | Hours | Amount |
|------|----------------|------|-------|--------|
| 10/24/2017 | FEA: finalize and file monthly fee statement. | BJK | 0.10 | $29.50 |

## Disbursement Details

| Date | Type | Amount |
|------|------|--------|
| 09/27/2017 | Federal Express - Express Mail; 9/27/17 Cincinnati, OH | $27.47 |
| 09/27/2017 | Federal Express - Express Mail; 9/27/17 Boston, MA | $27.65 |
| 09/27/2017 | Federal Express - Express Mail; 9/27/17 Omaha, NE | $17.51 |
| 09/27/2017 | Federal Express - Express Mail; 9/27/17 Omaha, NE | $17.51 |
| 09/27/2017 | Federal Express - Express Mail; 9/27/17 New York, NY | $27.65 |
| 09/27/2017 | Federal Express - Express Mail; 9/27/17 Omaha, NE | $35.02 |
| 09/27/2017 | Federal Express - Express Mail; 9/27/17 Chicago, IL | $25.97 |