**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEBRASKA**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **GORDMANS STORES, INC.,** *et al.*,[1] | Case No. 17-80304 (TLS) |
| | **(Jointly Administered)** |
| **Post-Effective Date Debtors.** | |

**NEB.R. BANKR. P. 9013-1**
**NOTICE OF MOTION AND DEADLINE TO**
**FILE AND SERVE RESISTANCE OR REQUEST FOR HEARING**

On February 16, 2018, G-Estate Liquidation Stores, Inc., formerly known as Gordmans Stores, Inc., and its debtor affiliates in the above-captioned chapter 11 cases, by and through Meta Advisors LLC, in its capacity as plan administrator, filed and served that certain *Motion for Entry of an Order and Final Decree Closing Certain of the Chapter 11 Cases* [Docket No. 1119] (the "Motion") with the United States Bankruptcy Court for the District of Nebraska (the "Court").

You are hereby notified that any (i) objections or resistance to (collectively, "Objections"), or (ii) requests for a hearing (collectively, "Requests") on the Motion must be filed and served on or before **March 9, 2018**.

If no Objection or Request is timely filed and served upon the undersigned on or before **March 9, 2018**, the Court may enter an Order on the Motion without further notice or hearing.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, include: G-Estate Liquidation Stores, Inc., formerly known as Gordmans Stores, Inc. (1987); G-Estate Liquidation, Inc., formerly known as Gordmans, Inc. (1211); G-Estate Management Company, Inc., formerly known as Gordmans Management Company, Inc. (5281); G-Estate Distribution Company, Inc., formerly known as Gordmans Distribution Company, Inc. (5421); G-Estate Intermediate Holdings Corp., formerly known as Gordmans Intermediate Holdings Corp. (9938); and G-Estate Liquidation, LLC, formerly known as Gordmans LLC (1987).

If an Objection to or Request on the Motion is timely filed and served, a hearing will be scheduled by the Court on the Motion and any Objections thereto.

| | |
|---|---|
| Dated: February 16, 2018 | Respectfully submitted, |

*/s/ Douglas L. Lutz*
Douglas L. Lutz, Esq. (admitted *pro hac vice*)
Ohio Bar No. 0064761
Erin P. Severini, Esq. (admitted *pro hac vice*)
Ohio Bar No. 0091487
**FROST BROWN TODD LLC**
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
513-651-6800 Telephone
513-651-6981 Facsimile
dlutz@fbtlaw.com
eseverini@fbtlaw.com

-and-

Brian J. Koenig, #23807
**KOLEY JESSEN P.C., L.L.O.**
1125 South 103rd Street, Suite 800
Omaha, NE 68124
(402) 390-9500 Telephone
(402) 390-9005 Facsimile
Brian.Koenig@koleyjessen.com

*Counsel to the Post-Effective Date Debtors and Plan Administrator*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 16, 2018, a copy of the foregoing was served electronically through the court's ECF System to all CM/ECF system participants and on the following via regular U.S. Mail:

United States Trustee for Region 13
Attn: Jerry L. Jensen and Patricia D. Fahey
Roman L. Hruska U.S. Courthouse
111 S 18th Plaza Ste. 1148
Omaha, Nebraska 68102

                                                              */s/ Douglas L. Lutz*