**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEBRASKA**

| | |
|---|---|
| In re: | Chapter 11 |
| **GORDMANS STORES, INC.,** *et al.*,[1] | Case No. 17-80304 (TLS) |
| | **(Jointly Administered)** |
| Post-Effective Date Debtors. | |

## ORDER AND FINAL DECREE CLOSING CERTAIN OF THE CHAPTER 11 CASES

Upon the motion (the "Motion")[2] of the Post-Effective Date Debtors seeking entry of an order (this "Order"), pursuant to sections 105(a) and 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, closing the chapter 11 cases of G-Estate Liquidation, Inc., formerly known as Gordmans, Inc. (1211); G-Estate Distribution Company, Inc., formerly known as Gordmans Distribution Company, Inc. (5421); G-Estate Intermediate Holdings Corp., formerly known as Gordmans Intermediate Holdings Corp. (9938); and G-Estate Liquidation, LLC, formerly known as Gordmans LLC (1987); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; consideration of the Motion and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Motion having been

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, include: G-Estate Liquidation Stores, Inc., formerly known as Gordmans Stores, Inc. (1987); G-Estate Liquidation, Inc., formerly known as Gordmans, Inc. (1211); G-Estate Management Company, Inc., formerly known as Gordmans Management Company, Inc. (5281); G-Estate Distribution Company, Inc., formerly known as Gordmans Distribution Company, Inc. (5421); G-Estate Intermediate Holdings Corp., formerly known as Gordmans Intermediate Holdings Corp. (9938); and G-Estate Liquidation, LLC, formerly known as Gordmans LLC (1987) (collectively, before the Plan Effective Date, the "Debtors").

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

provided, and it appearing that no other or further notice need be provided; the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is granted.

2. The following chapter 11 cases of the Debtors shall be and are hereby closed effective as of the date of this Order:

| Debtor | Case No. |
|---|---|
| G-Estate Liquidation, Inc., formerly known as Gordmans, Inc. (1211) | 17-80305 |
| G-Estate Distribution Company, Inc., formerly known as Gordmans Distribution Company, Inc. (5421) | 17-80307 |
| G-Estate Intermediate Holdings Corp., formerly known as Gordmans Intermediate Holdings Corp. (9938) | 17-80308 |
| G-Estate Liquidation, LLC, formerly known as Gordmans LLC (1987) | 17-80309 |

3. To the extent necessary, further proceedings in this Court with respect to any remaining matters that may potentially affect the estates of the Subsidiary Debtors shall be administered in the Lead Case.

4. Closure of the Subsidiary Cases shall not alter or modify the terms of the Plan, Confirmation Order, any supplement, exhibit, appendix, or schedule to the Plan, or any other contract, instrument, release or other agreement executed or created pursuant to the Plan.

5. This Order is without prejudice to any party's right to re-open the Subsidiary Cases.

      6.      The Clerk of the Court shall enter this Order individually on the docket of the Subsidiary Cases and thereafter such docket shall be marked as "Closed."

      7.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

      8.      The Court shall retain jurisdiction to construe and enforce this Order.

Dated: March 19, 2018  
Omaha, Nebraska

      /s/Thomas L. Saladino  
      Honorable Thomas L. Saladino  
      United States Bankruptcy Judge

Notice provided by the Court to:  
US Trustee  
*Douglas Lutz

Movant (*) shall provide notice to any other parties, if required by rule or statute.